

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL. | * * * | Docket No. |
| VERSUS | * * | Judge: |
| MURPHY OIL USA, INC. | * * | Magistrate |

**SECT. L (2)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**05-4206**

## CLASS ACTION COMPLAINT

This is a class action brought by the representative plaintiff on his own behalf and on behalf of a class of residents and  property owners for compensation for the mental anguish, emotional distress, inconvenience, loss of use, loss of property value, loss of income, loss of profits, loss of business opportunity, and fear of cancer suffered by plaintiffs.  This action arises from defendant's negligence in allowing, or causing to allow, or contributing to the release of oil from the 85,000 barrel tank it owned and operated within its refinery facility in Mereaux, Louisiana, in the Parish of St. Bernard on or following the arrival of Hurricane Katrina into St. Bernard Parish

I.

This court has subject matter jurisdiction pursuant to 28 USC 1332 (Diversity Jurisdiction) because the amount in controversy exceeds $75,000 exclusive of interest and costs and because this action is brought by individuals and representative companaints who are citizens of a different state than the defendant.

II.

Venue is proper in this district pursuant to 28 U.S.C. 1391 as the accident occurred and the damages were sustained in this district.

___ Fee 250.00
___ Process 20.00
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

III.

## PARTIES

1. Patrick Joseph Turner is a citizen of the State of Louisiana, residing at 2001 Landry Ct., Mereaux, Louisiana..

2. Defendant Murphy Oil USA, Inc., is a Delaware corporation authorized to do business in Louisiana, and the owner and operator of the 85,000 barrel tank within its refinery facility in Mereaux, Louisiana, from which the oil spill emanated.

IV.

## CLASS ACTION ALLEGATIONS

1. Plaintiff Patrick Joseph Turner brings this action on his own behalf and on behalf of all similarly situated residents and property owners of St. Bernard Parish, Louisiana, residing or owning property that was damaged by oil spilled from defendant Murphy Oil USA, Inc.'s 85,000 barrel oil tank, hereinafter referred to as the "spill area."

2. Those residents and property owners who are members of that class of persons whose property within the spill area was damaged by the oil spill and who have suffered injury caused by defendant are so numerous as to make it impractical to join all members of the class as plaintiffs. Upon knowledge and belief, the number of class members is in excess of 500 persons.

3. There are questions of law and fact which are common to all members of the class. Furthermore, the questions of law and fact common to the class members predominate over any question affecting any individual class members. A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4. Those persons named as representative plaintiffs will fairly and adequately protect the

interests of all class members in the prosecution of this action and in the administration of all matters relating to claims stated herein.

## V.

## FACTS

1.  Upon information and belief, at some time immediately following the arrival of Hurricane Katrina into St. Bernard Parish, a significant, but as yet unknown, quantity of oil was spilled from an 85,000 barrel tank owned and maintained by defendant at its Mereaux, Louisiana, refinery facility.

2.  The oil spilled into St. Bernard Parish is a hazardous material.

3.  The oil spilled into St. Bernard Parish presents a health hazard to humans.

4.  The oil spilled into St. Bernard Parish is a toxic substance.

5.  The oil spilled into St. Bernard Parish covered much of the Eastern part of the Parish.

6.  As a direct and proximate cause of the negligence of the defendant, Plaintiffs sustained damages that include contamination of property, mental anguish, emotional distress, inconvenience, loss of use, loss of property value, loss of income, loss of profits, loss of business opportunity, and fear of cancer.

7.  The injuries sustained by the plaintiffs as a result of the oil spill were the direct and proximate result of the negligence of the defendant as follows:

    a.  Negligent construction and/or maintenance of the 85,000 barrel oil tank located within its Mereaux, Louisiana, refinery facility.

    b.  Negligent failure to implement and/or enact a reasonable plan to prevent or lessen the likelihood of an oil spill from its facility in the event of a hurricane or other weather event.

c.    Negligent failure to install or utilize necessary equipment or machinery that would prevent or lessen the likelihood of an oil spill from its facility in the event of a hurricane or other weather event.

d.    Any and all other acts of negligence to be proven at trial.

8.    The injuries sustained by the plaintiffs as a result of the oil spill were the direct and proximate result of the strict liability of the defendant as follows:

a.    Defendant is the owner or custodian of the 85,000 barrel tank from which th oil was released;

b.    The release of oil from the tank was occasioned by its ruin, vice or defect;

c.    The defendant knew or, in the exercise of reasonable care, should have known of the ruin, vice or defect which caused the damage;

d.    The damage could have been prevented by the exercise of reasonable care, and defendant failed to exercise such reasonable care.

9.    Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays that:

a.    Defendant be served with a copy of the complaint and be cited to appear and answer same;

b.    This court certify the plaintiff as representative of a class comprised of residents and business owners within the geographic area as outlined above and that this action be certified as a class action;

c.    After due proceedings had, including trial by jury, that judgment be rendered against the defendant in an amount to be determined together with interest, costs, and attorney fees, including exemplary damages if applicable to which plaintiffs are

entitled by law.

Respectfully submitted,

LANDRY & SWARR, L.L.C.

MICKEY P. LANDRY (#22817)
FRANK J. SWARR (#23322)
DAVID R. CANNELLA (#      )
1010 Common Street, Suite 2050
New Orleans, Louisiana 70124
Telephone: (504) 299-1214
Fax: (504) 299-1215

ROBERT G. CREELY (#      )
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054
Telephone: (504) 367-8181

COUNSEL FOR PLAINTIFFS

PLEASE SERVE:

MURPHY OIL USA, INC.
through its registered agent for service of process:
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

Service by waiver