FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -9 PM 4: 32

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET. AL. | * | CIVIL ACTION NO. 05-4206 |
| Plaintiffs | * | CONSOLIDATED CASE |
| | * | (ALL CASES) |
| VERSUS | * | SECTION "L" |
| | * | |
| MURPHY OIL USA, INC. | * | MAGISTRATE "2" |
| Defendant | * | |
| | * | FILED: _____ |

### DEFENDANT'S FACT AND EXPERT WITNESS LIST

### THIS DOCUMENT RELATES TO ALL CASES

Pursuant to this Court's Scheduling Order, Murphy Oil USA, Inc., defendant in these consolidated cases, hereby submits its Fact and Expert Witness List, who may be called at the time of the hearing on plaintiffs' Motion for Class Certification in this matter.

**FACT WITNESSES:**

1.     Named Plaintiffs and Class Representatives.

2.     Ben Badon
       The O'Brien Group
       645 Codifer Street
       Slidell, LA  70458
       (985)781-0804

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No._____

3.      Carl J. Zornes
        Murphy Oil USA, Inc.
        Meraux Refinery
        2500 E. St. Bernard Highway
        P.O. Box 100
        Meraux, LA  70075
        (504)278-5229

4.      Lewis Strate
        Murphy Oil USA, Inc.
        200 Peach Street
        P.O. Box 7000
        El Dorado, Arkansas 717390-7000
        (870)862-6408

5.      C.L. Russell
        Murphy Oil USA, Inc.
        200 Peach Street
        P.O. Box 7000
        El Dorado, Arkansas 717390-7000
        (870)862-6408
        (504)400-2280

6.      David Dauterive
        3641 Corinne Avenue
        Chalmette, LA  70043

7.      Tony Calamia
        2812 Riverland Drive
        Chalmette, LA  70043

8.      Eugenie Uhl
        840 Louisa Street
        New Orleans, LA  70117

9.      Chad Morris
        6730 Exchequer Drive
        Baton Rouge, LA  70809
        (225)752-0995

**EXPERTS:**

1.     Glenn C. Millner, Ph.D.
Vice President and Senior Toxicologist
Center for Toxicology & Environmental Health, LLC
615 West Markham
Little Rock, Arkansas 72201
(501)614-2834

Dr. Millner is an expert in the area of toxicology.

2.     D. Keith Bauger
DKB Consulting, Inc.
838 Woodleigh Drive
Baton Rouge, LA  70810
(225)751-7989

Mr. Bauger will provide expert testimony in the area of calculating the amount of

crude oil that left the Murphy Refinery premises.

3.     Scott A. Stout, Ph.D.
New Fields Environmental Forensics Practice LLC
100 Ledgewood Place, Suite 302
Rockland, MA 02370
(781)681-5040

Dr. Stout is an expert in the area of chemical analysis and fingerprinting.

4.     Paul Kuhlmeier
5393 E. Softwood Drive
Boise, Idaho  83716

Mr. Kuhlmeier is an expert in the area of hydrology.

Defendant reserves the right to supplement and amend its Fact and Expert

Witness List.

3

Respectfully submitted,

LIAISON COUNSEL

KERRY J. MILLER (#245620)
**FRILOT, PARTRIDGE, KOHNKE
& CLEMENTS, L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA  70163
Telephone: (504)599-8000


GEORGE A. FRILOT (#57478)
A. J. KROUSE (#14426)
PATRICK J. McSHANE (#19055)
FRILOT, PARTRIDGE, KOHNKE
& CLEMENTS
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone:  (504) 599-8000
Fax:  (504) 599-8100

And

DANIEL L. DYSART (#5156)
DYSART & TABARY
Three Courthouse Square
Chalmette, LA  70043
Telephone:  (504)271-8011
Fax:  (504)271-8020

**Attorneys for Defendant Murphy Oil USA, Inc.**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon plaintiffs' liaison counsel via e-mail and/or United States Mail, properly addressed and postage pre-paid on this ___ day of December, 2005.

4