

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 16 P 3: 17

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET. AL. | * | CIVIL ACTION NO. 05-4206 |
| Plaintiffs | * | CONSOLIDATED CASE |
| | * | (ALL CASES) |
| VERSUS | * | SECTION "L" |
| | * | |
| MURPHY OIL USA, INC. | * | MAGISTRATE "2" |
| Defendant | * | |
| | * | FILED: _____ |

## DEFENDANT'S FINAL FACT AND EXPERT WITNESS LIST

### THIS DOCUMENT RELATES TO ALL CASES

Pursuant to this Court's Scheduling Order, Murphy Oil USA, Inc., defendant in these consolidated cases, hereby submits its Fact and Expert Witness List, who may be called at the time of the hearing on plaintiffs' Motion for Class Certification in this matter.

**FACT WITNESSES:**

1.    Named Plaintiffs and Class Representatives.

2.    Ben Badon
      The O'Brien Group
      645 Codifer Street
      Slidell, LA  70458
      (985)781-0804

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3.      Carl J. Zornes
        Murphy Oil USA, Inc.
        Meraux Refinery
        2500 E. St. Bernard Highway
        P.O. Box 100
        Meraux, LA  70075
        (504)278-5229

4.      Lewis Strate
        Murphy Oil USA, Inc.
        200 Peach Street
        P.O. Box 7000
        El Dorado, Arkansas 717390-7000
        (870)862-6408

5.      C.L. Russell
        Murphy Oil USA, Inc.
        200 Peach Street
        P.O. Box 7000
        El Dorado, Arkansas 717390-7000
        (870)862-6408
        (504)400-2280

6.      David Dauterive
        3641 Corinne Avenue
        Chalmette, LA  70043

7.      Tony Calamia
        2812 Riverland Drive
        Chalmette, LA  70043

8.      Eugenie Uhl
        840 Louisa Street
        New Orleans, LA  70117

**EXPERTS:**

1.      Glenn C. Millner, Ph.D.
        Vice President and Senior Toxicologist
        Center for Toxicology & Environmental Health, LLC
        615 West Markham
        Little Rock, Arkansas 72201
        (501)614-2834

Dr. Millner is an expert in the area of toxicology.

2.    D. Keith Bauger
      DKB Consulting, Inc.
      838 Woodleigh Drive
      Baton Rouge, LA  70810
      (225)751-7989

Mr. Bauger will provide expert testimony in the area of calculating the amount of

crude oil that left the Murphy Refinery premises.

3.    Scott A. Stout, Ph.D.
      New Fields Environmental Forensics Practice LLC
      100 Ledgewood Place, Suite 302
      Rockland, MA 02370
      (781)681-5040

Dr. Stout is an expert in the area of chemical analysis and fingerprinting.

4.    Paul Kuhlmeier
      5393 E. Softwood Drive
      Boise, Idaho  83716

Mr. Kuhlmeier is an expert in the area of hydrology.

Defendant reserves the right to supplement and amend this Fact and Expert

Witness List with regard to the three plaintiff experts who have just been disclosed and

who have not submitted expert reports as of this filing.

Defendant may call any witness listed by any other party.

Respectfully submitted,

LIAISON COUNSEL

KERRY J. MILLER (#24562)
**FRILOT, PARTRIDGE, KOHNKE
  & CLEMENTS, L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA  70163
Telephone: (504)599-8000

GEORGE A. FRILOT (#57478)
A. J. KROUSE (#14426)
PATRICK J. McSHANE (#19055)
FRILOT, PARTRIDGE, KOHNKE
  &amp; CLEMENTS
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone:  (504) 599-8000
Fax:  (504) 599-8100

And

DANIEL L. DYSART (#5156)
DYSART & TABARY
Three Courthouse Square
Chalmette, LA  70043
Telephone: (504)271-8011
Fax: (504)271-8020

**Attorneys for Defendant Murphy Oil USA, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon plaintiffs' liaison counsel via e-mail and/or United States Mail, properly addressed and postage pre-paid on this ___ day of December, 2005.