UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL | * | |
| | * | CIVIL ACTION NO. 05-4206 |
| | * | CONSOLIDATED CASE |
| VERSUS | * | |
| | * | SECTION "L" (2) |
| MURPHY OIL USA, INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' FIRST AMENDED EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who hereby submit the following amended exhibit list correcting topographical errors in the numbering for certain exhibits that may be used at the Class Certification Hearing in the above captioned matter. Further, Plaintiffs supplement and amend Plaintiffs' Exhibit List as follows:

P104   Affidavit of Lewis W. Strate (Ex. A- Katrina Oil Spill; Settlement Programs Update through January 8, 2006) (Ex. B- itemized list of properties settled as of January 8, 2006);

P105   Map of "Total Settlements as of 1/8/2006;

P106   St. Bernard Parish, Canal and Ditch Locations, edited 10-13-05

Please see attached Exhibit "A".

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

BY: _____
SIDNEY D. TORRES, III, Esq.
La. Bar No. 12869
1290 7th Street

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____

Slidell, Louisiana 70458
Telephone: (985) 661-8910
**LIAISON COUNSEL
ON BEHALF OF THE COURT
APPOINTED PLAINTIFFS' STEERING
COMMITTEE:**

Mickey P. Landry, La. Bar No. 22817
Hugh P. Lambert, La. Bar No. 7933
Scott R. Bickford, La. Bar No. 1165
Joseph M. Bruno, La. Bar No. 3604
N. Madro Bandaries, La. Bar No. 25339
William E. Bradley, La. Bar No. 22266
Ronnie G. Penton, La. Bar No. 10462
Robert Becnel, La. Bar No. 14072
Walter John Leger, Jr., La. Bar No. 8278
Donni Elizabeth Young, La. Bar No. 19843
Darleen M. Jacobs, La. Bar No. 7208
E. Carroll Rogers, La. Bar No. 11421
Salvador E. Gutierrez, Jr., La. Bar No.1401
Michael Hingle, La. Bar No. 6943
Walter C. Dumas, La. Bar No. 5163

AND

**COURT APPOINTED PLAINTIFFS'
EXECUTIVE COMMITTEE:**
Richard J. Arsenault, La. Bar No. 02563
Daniel E. Becnel, Jr., La. Bar No. 2926
Val P. Exnicios, La. Bar No. 19563
Michael G. Stag, La. Bar No. 23314
Sidney D. Torres, III, La. Bar No. 12869

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon plaintiffs' liaison counsel and defendant's liaison counsel via hand delivery, e-mail and/or United States Mail, properly addressed and postage prepaid on this 10th day of January, 2006.

_____
LINDA J. NELSON

MURPHY OIL LITIGATION
PLAINTIFFS' FIRST AMENDED EXHIBITS CHART

| EXHIBIT ID | EXHIBIT DESCRIPTION | | |
|---|---|---|---|
| P1 | Curriculum Vitae of Marco Kaltofen | | |
| P2 | Affidavit of Marco Kaltofen | | |
| P3 | Deposition Designations of Marco Kaltofen | | |
| P4 | Murphy Data<br>On-Site Source Sample<br>Sample ID CHM0068B-<br>At refinery<br>GC- FID fingerprint | | |
| P5 | Murphy Data<br>On-Site Source Sample<br>Sample ID CHM0068B<br>At refinery<br>PAH Histogram | | |
| P6 | Murphy Data<br>Offsite less weathered sample<br>Sample ID CHM0019B<br>On Jacob Drive<br>GC-FID fingerprint | | |
| P7 | Murphy Data<br>Offsite less weathered sample<br>Sample ID CHM0019 B<br>On Jacob Drive<br>PAH Histogram | | |
| P8 | Murphy Data<br>Offsite more weathered sample<br>Sample ID CHM0021 S<br>On Despaux Drive<br>PAH Histogram | | |
| P9 | Murphy Data<br>Offsite more weathered sample<br>Sample ID CHM0021 S<br>On Despaux Drive<br>GC-FID fingerprint<br>PAH Histogram | | |
| P10 | Recap Standards | | |

1

| | | | |
|---|---|---|---|
| P11 a | Alpha Woods Hole Analytical Report Dated October 31, 2005 | | |
| P11 b | Alpha Woods Hole Labs Analytical Report Dated November 9, 2005 | | |
| P11 c | Alpha Woods Hole Labs Analytical Report Dated December 1, 2005 | | |
| P11 d | Alpha Woods Hole Labs Analytical Report Dated December 13, 2005 | | |
| P11 e | Alpha Woods Hole Labs Analytical Report Dated December 13, 2005 | | |
| P11 f | Alpha Woods Hole Labs Analytical Report Dated December 14, 2005 | | |
| P11 g | Alpha Woods Hole Labs Analytical Report Dated December 15, 2005 | | |
| P11 h | GC-FID Fingerprint Sample ID CHM0014W Sample Name 0511066-01 Vial Number 33 | | |
| P11 i | GC-FID Fingerprint Sample ID CHM0016S Sample Name 0511066-02 Vial Number 34 | | |
| P11 j | GC-FID Fingerprint Sample ID CHM0017S Sample Name 0511066-03 Vial Number 35 | | |
| P11 k | GC-FID Fingerprint Sample ID CHM00185 Sample Name 051106-04 Vial Number 36 | | |
| P11 l | GC-FID Fingerprint Sample ID CHM0019B Sample Name 0511066-05 Vial Number 37 | | |
| P11 m | GC-FID Fingerprint Sample ID CHM 0021S Sample Name 0511066-06 Vial Number 38 | | |

2

| | | | |
|---|---|---|---|
| P11 n | GC-FID Fingerprint<br>Sample ID CHM 0022S<br>Sample Name 0511066-07<br>Vial Number 39 | | |
| P11 o | GC Fingerprint<br>Sample ID CHM0023S<br>Sample Name 051106-08<br>Vial Number 42 | | |
| P11 p | GC Fingerprint<br>Sample ID CHM0024-S<br>Sample Name 0511066-09<br>Vial Number 43 | | |
| P11 q | GC Fingerprint<br>Sample ID CHM0025S<br>Sample Name 051106-10<br>Vial Number 44 | | |
| P11 r | GC Fingerprint<br>Sample ID CHM0026W<br>Sample Name 0511066-11<br>Vial Number 53 | | |
| P11 s | GC Fingerprint<br>Sample ID CHM0027S<br>Sample Name 0511066-12<br>Vial Number 45 | | |
| P11 t | GC Fingerprint<br>Sample ID CHM0029S<br>Sample Name 0511066-13<br>Vial Number 46 | | |
| P11 u | GC Fingerprint<br>Sample ID CHM0030S<br>Sample Name 0511066-14<br>Vial Number 47 | | |
| P11 v | GC Fingerprint<br>Sample ID CHM0032S<br>Sample Name 0511083-01<br>Vial Number 60 | | |
| P11 w | GC Fingerprint<br>Sample ID CHM0033S<br>Sample Name 0511083-02<br>Vial Number 61 | | |
| P11 x | GC Fingerprint<br>Sample ID CHM0034S<br>Sample Name 0511083-03<br>Vial Number 62 | | |

3

| | | | |
|---|---|---|---|
| P11 y | GC Fingerprint<br>Sample ID CHM00355<br>Sample Name 051108304<br>Vial Number 63 | | |
| P11 z | GC Fingerprint<br>Sample ID CHM0036S<br>Sample Name 0511083-05<br>Vial Number 54 | | |
| P11 a (1) | GC Fingerprint<br>Sample ID CHM0037S<br>Sample Name 0511083-06<br>Vial Number 64 | | |
| P11 a(2) | GC Fingerprint<br>Sample ID CHM0039S<br>Sample Name 0511083-07<br>Vial Number 65 | | |
| P11 a(3) | GC Fingerprint<br>Sample ID CHM0048S<br>Sample Name 0511083-13<br>Vial Number 73 | | |
| P11 a(4) | GC Fingerprint<br>Sample ID CHM0049B<br>Sample Name 0511083-14<br>Vial Number 74 | | |
| P11 a(5) | GC Fingerprint<br>Sample ID CHM0050S<br>Sample Name 0511084-01<br>Vial Number 80 | | |
| P11 a(6) | GC Fingerprint<br>Sample ID CHM0051S<br>Sample Name 0511084-02<br>Vial Number 81 | | |
| P11 a(7) | GC Fingerprint<br>Sample ID CHM0053S<br>Sample Name 0511084-03<br>Vial Number 82 | | |
| P11 a(8) | GC Fingerprint<br>Sample ID CHM0054S<br>Sample Name 0511084-04<br>Vial Number 83 | | |
| P11 a(9) | GC Fingerprint<br>Sample ID CHM 0055S<br>Sample Name 0511084-05<br>Vial Number 84 | | |

4

| P11 a(10) | GC Fingerprint<br>Sample ID CHM 0056S<br>Sample Name 0511084-06<br>Vial Number 85 | | |
|---|---|---|---|
| P11 a(11) | GC Fingerprint<br>Sample ID CHM 0057S<br>Sample Name 0511084-07<br>Vial Number 86 | | |
| P11 a(12) | GC Fingerprint<br>Sample ID CHM 0058S<br>Sample Name 0511084-08<br>Vial Number 89 | | |
| P11 a(13) | GC Fingerprint<br>Sample ID CHM 0060S<br>Sample Name 0511084-09<br>Vial Number 90 | | |
| P11 a(14) | GC Fingerprint<br>Sample ID CHM 0061S<br>Sample Name 0511084-10<br>Vial Number 91 | | |
| P11 a(15) | GC Fingerprint<br>Sample ID CHM 0062Z<br>Sample Name 0511084-11<br>Vial Number 92 | | |
| P11 a(16) | GC Fingerprint<br>Sample ID CHM 0063S<br>Sample Name 0511084-12<br>Vial Number 93 | | |
| P11 a(17) | GC Fingerprint<br>Sample ID CHM 0067S<br>Sample Name 0511084-15<br>Vial Number 96 | | |
| P11 a(18) | GC Fingerprint<br>Sample ID CHM 0068B<br>Sample Name 0511091-01<br>Vial Number 54 | | |
| P11 a(19) | GC Fingerprint<br>Sample ID CHM 0069B<br>Sample Name 0511091-02<br>Vial Number 55 | | |
| P11 a(20) | GC Fingerprint<br>Sample ID CHM 0070S<br>Sample Name 0511091-03<br>Vial Number 56 | | |

5

| | | | |
|---|---|---|---|
| P11 a(21) | GC Fingerprint<br>Sample ID CHM0071S<br>Sample Name 0511091-04<br>Vial Number 57 | | |
| P11 a(22) | GC Fingerprint<br>Sample ID CHM0072S<br>Sample Name 0511091-05<br>Vial Number 58 | | |
| P11 a(23) | GC Fingerprint<br>Sample ID CHM0073S<br>Sample Name 0511091-06<br>Vial Number 59 | | |
| P11 a(24) | GC Fingerprint<br>Sample ID CHM0074S<br>Sample Name 0511091-07<br>Vial Number 60 | | |
| P11 a(25) | GC Fingerprint<br>Sample ID CHM0075S<br>Sample Name 0511091-08<br>Vial Number 63 | | |
| P11 a(26) | GC Fingerprint<br>Sample ID CHM0076S<br>Sample Name 0511091-09<br>Vial Number 64 | | |
| P11 a(27) | GC Fingerprint<br>Sample ID CHM0077S<br>Sample Name 0511091-10<br>Vial Number 65 | | |
| P11 a(28) | GC Fingerprint<br>Sample ID CHM0078B<br>Sample Name 0511091-11<br>Vial Number 66 | | |
| P12 | Class Representatives Properties ALS Environmental – Raw HC Data | | |
| P13 | Alpha Analytical Laboratories<br>Laboratory Job Number L0512906<br>Boston Chemical Data | | |
| P14 | Brian Moore Sampling Field Notes – Refinery Tank Farm November 9, 2005 | | |

6

| | | | |
|---|---|---|---|
| P15 | Brian Moore Sampling Field Notes for Class Representatives Properties – December 13 – 14, 2005 | | |
| P16 | Brian Moore Sampling Field Notes – November 1 – 3, 2005 – Offsite homes and properties in Chalmette | | |
| P17 | Summary of all Soil and Sludge Test Results with GPS Coordinates as Decimal Degrees | | |
| P18 | Distances From Sampled Homes to Failed Tank | | |
| P19 | Zymax Reports | | |
| P20 | Land Source Survey | | |
| P21 | Chicago Bridge & Iron Company As-Built Sketch Tank 250-2 Bates #TU 102086 | | |
| P22 | September 28, 2005 Letter from W. Michael Hulse, President, Murphy Oil USA, Inc., Addressed to St. Bernard Parish Friends and Neighbors | | |
| P23 | Figure 4.4 of Murphy Oil's Emergency Response Plan for the Meraux Refinery, Issued January 2001 | | |
| P24 | Bottom and Roof Critical Zones for Tank No. 450-1 Bates #TU 102012 | | |
| P25 | Bottom Zone and Critical Zone for Tank No. 450-2 Bates #TU102011 | | |
| P26 | Inspection Report for Storage Facilities, Naphtha Storage Tank, Drawing 250.2 Bates #TU101979 | | |
| P27 | Petro Chem Inspection Report for November 17, 2004 Inspection of Storage Tank K-V-250-2 Bates #TU 101973 – 101978 And TU 101980 | | |

7

| | | | |
|---|---|---|---|
| P28 | Daily Recovery Readings and Personnel Count Bates #TU 101927 – TU 101949 | | |
| P29 | Land Source Survey Identified as Deposition Exhibit "Baugher #23" | | |
| P30 a | Material Safety Data Sheet for Petroleum Crude Oil | | |
| P30 b | Material Safety Data Sheet for Petroleum Crude Oil with Murphy Oil Questions and Answers | | |
| P31 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Larry Ingargiola, St. Bernard Parish Government | | |
| P32 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Department of Environmental Quality | | |
| P33 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Director of Department of Public Safety & Corrections, Office of State Police | | |
| P34 | Emergency Occurrence and/or Air Upset Notification Form | | |
| P35 | Chicago Bridge & Iron Company General Plan for Tanks 250-1, 250-2 and 250-3 Bates #TU 102014 | | |
| P36 | Chicago Bridge & Iron Company Field Weld & Assembly for 223 Type 5 (K.O.) Pontoon Floating Roof, identified as Deposition Exhibit "Baugher #29" | | |
| P37 | Plant Diagram | | |

8

| | | | |
|---|---|---|---|
| P38 | Murphy Oil Plant Logs Bates #TU 104465 – 104492 | | |
| P39 | *Murphy Oil Announces Crude Oil Spill at Meraux Refinery Due to Damage from Hurricane Katrina*, September 4, 2005 | | |
| P40 | *Rita Floods New Orleans*, CBC News, September 24, 2005 | | |
| P41 | *U.S. EPA Expands Boundary Around Affected Homes in Murphy Oil Spill Area*, Hurricane Response Incident Command Post, Metairie, LA, December 5, 2005 | | |
| P42 | *Katrina Oil Spill Clouds Future of Battered Suburb*, The Wall Street Journal, January 3, 2006 | | |
| P43 | *Hurricane Rita Floods New Orleans as Storm Surge Tops Fragile Levee*, CBC News, January 7, 2006 | | |
| P44 | U.S. Environmental Protection Agency News Release, December 2, 2005, *EPA Releases Murphy Oil Sampling Data* | | |
| P45 | November 8, 2005 Report from U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | |
| P46 | December 9, 2005 Report from U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | |
| P47 | December 9, 2005 Health Consultation of U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | |

9

| | | | |
|---|---|---|---|
| P48 | December 9, 2005 Murphy Oil Spill Health Consultation by Agency for Toxic Substances and Disease Registry | | |
| P49 | November 10, 2005 Report of the U.S. Environmental Protection Agency, *EPA, ATSDR & LDEQ Discuss Recent Environmental Katrina/Rita – Transcript* | | |
| P50 | *Tropical Cyclone Report, Hurricane Katrina*, by Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown, National Hurricane Center dated December 20, 2005 | | |
| P51 | Class Action Administrative Master Complaint filed November 28, 2005 | | |
| P52 | Motions and Applications for Appointments of Counsel to PSC from Original Record | | |
| P53 | Satellite Image of Murphy Oil Spill – impacted structure developed by U.S. Coast Guard, La. DEQ, and USEPA showing Chalmette High School in Red (Heaviest) oiled structure area | | |
| P54 | Infrared Satellite Image Produced by Defendant, Undated, Attached to Stout Deposition as Exhibit 8 by Glen Schurr | | |
| P55 | Infrared Satellite Image Produced by Defendant (Undated) by Glen Schurr | | |
| P56 a – f | Blaise Sauro's Photographs of Various Properties (Exhibit 4A – 4F of Sauro Depositions) | | |

10

| | | | |
|---|---|---|---|
| P57 a – a(6) | Tammie Oggs' Photographs of Various Properties (Exhibit 3 to Tammie Oggs' Deposition) | | |
| P58 (a – i) | Photographs of Tammie and Theodore Oggs' Home (Exhibit 2 to Tammie Oggs Deposition) | | |
| P59 a & b | Aerial Photographs of Tank Area Taken by Glen Schurr Showing Oil Sheen | | |
| P60 a & b | Auto Cad Photographs of Floating Tank Top on August 30, 2005 | | |
| P61 | Aerial Photograph of August 30, 2005 | | |
| P62 | Aerial Photograph of Murphy Oil Plan Identified as Baugher Deposition Exhibit 22 | | |
| P63 | Crowsey, Inc. 8/31/2005 Quickbird Satellite Image identified as Baugher Deposition Exhibit #17 | | |
| P64 | Murphy Oil Aerial Photograph Showing Oil Sheen on Water | | |
| P65 a & b | Murphy Oil Overlays of CTEH and EPA/DEQ Affected Areas | | |
| P66 | Tank Reef Photographs identified as Bates Number TU 102108 | | |
| P67 | Photograph of Murphy Oil Spill by EPA | | |
| P68 a & b | Photograph of Murphy Oil Spill by EPA and EPA Murphy Oil Spill Article | | |
| P69 | Louisiana DEQ photographs showing oil sheen in neighborhood | | |
| P70 | Crowsey, Inc. Images of Various Canal Bates # TU 102173-102187 | | |

| | | | |
|---|---|---|---|
| P71 | Aerial Photograph Taken by Murphy Oil Showing Oil Sheen | | |
| P72 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 10 | | |
| P73 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 11 | | |
| P74 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 12 | | |
| P75 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 13 | | |
| P76 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 16 | | |
| P77 | Photographs and Affidavit of Anthony Joseph Valenti | | |
| P78 | Photographs and Affidavit of Stanley George Guidry | | |
| P79 | Murphy Oil Photographs Bates Number TU 102101 | | |
| P80 | Murphy Oil Aerial Photographs Bates #TU 102114 | | |
| P81 | Murphy Oil Aerial Photographs Bates #TU 102115 | | |
| P82 a | Class Representative Affidavit of Cherie Scott Perez | | |
| P82 b | Cherie Scott Perez Photographs – Depositions Exhibits 3A – 3I) | | |
| P82 c | Driver's License of Cherie Scott Perez (Deposition Exhibit 1) | | |
| P82 d | Cherie Scott Perez Commercial Lease Agreement with J&R Amusement | | |

12

| | | | |
|---|---|---|---|
| P82 e | Cherie Scott Perez J&R Amusement Monthly Report (Deposition Exhibit 6 – 9) | | |
| P83 a | Affidavit of Robin D. Clark | | |
| P83 b | Robin D. Clark Photographs Identified as Exhibit Deposition 6 of Robin Clark | | |
| P83 c | Robin D. Clark Photographs (Exhibit 7 to Deposition of Robin Clark) | | |
| P83 d | Robin Clark Driver's License (Attached as Exhibit 1 to Robin Clark's Deposition) | | |
| P83 e | Robin Clark Map (Attached as Exhibit 2 to Robin Clark's Deposition) | | |
| P83 f | Appraisal (Attached as Exhibit 3 to Robin Clark Deposition) | | |
| P83 g | Act of Sale and Act of Mortgage (Attached as Exhibit 4 to Robin Clark Deposition) | | |
| P83 h | Income Tax Returns (Attached as Exhibit 5 to Robin Clark Deposition) | | |
| P84 a | Philip Hebert Affidavit | | |
| P84 b | Philip Hebert's Photographs (Exhibits 2A – 2W of Philip Hebert's Depositions) | | |
| P84 c | Philip Hebert's Photographs Attached to Affidavit | | |
| P85 a | Phyllis Michon's Affidavit | | |
| P85 b | Phyllis Michon's Photographs (Exhibit 5A – 5D of Phyllis Michon Deposition) | | |
| P85 c | Phyllis Michon's Photographs (Exhibit 6A – 6B of Phyllis Michon Deposition) | | |
| P85 d | Phyllis Michon Driver's License Attached as Exhibit 1 to Michon Deposition | | |
| P85 e | Map attached as Exhibit 3 to | | |

13

|  |  | Phyllis Michon Deposition |  |  |
|---|---|---|---|---|
|  | P86 a | Affidavit of James Leo Shoemaker |  |  |
|  | P86 b | James Shoemaker's Photographs of Business at 221 West Judge Perez (Exhibit 6 to Deposition of James Shoemaker) |  |  |
|  | P86 c | James Shoemaker's Photographs of Home at 3525 Palmisano (Exhibit 9 to Deposition of James Shoemaker) |  |  |
|  | P86 d | James Shoemaker's Photographs of Pool and Garage at 3525 Palmisano (Exhibit 11 to Deposition of James Shoemaker) |  |  |
|  | P86 e | James Shoemaker's Photograph of Garage at 3525 Palmisano (Exhibit 14 to Deposition of James Shoemaker) |  |  |
|  | P86 f | Driver's License of James Shoemaker (Exhibit 1 to Deposition of James Shoemaker) |  |  |
|  | P86 g | Corporate Tax Returns for James Shoemaker APCC (Exhibit 4 to James Shoemaker's Depositions) |  |  |
|  | P86 h | Individual Tax Returns for James Shoemaker (Exhibit 5 to James Shoemaker Deposition) |  |  |
|  | P86 i | 9/14/05 and 10/20/05 e-mails to James Shoemaker (Exhibit 15 to James Shoemaker's Deposition) |  |  |
|  | P86 j | Color Map of Kaltofen's Outline (Exhibit 18 to Deposition of James Shoemaker) |  |  |

14

| | | | |
|---|---|---|---|
| P86 k | James Shoemaker's Photographs of Rental Property at 4028 Hamlet (Exhibit 2 to Deposition of James Shoemaker | | |
| P87 a | Affidavit of Fernand J. Marsolan | | |
| P87 b | Fernand Marsolan Photographs (Exhibit 3 A – 3t of Fernand Marsolan Deposition) | | |
| P87 c | Fernand Marsolan Photographs (Exhibit 2A – 2F of Fernand Marsolan Depositions) | | |
| P87 d | Driver's License of Fernand Marsolan (Exhibit 1 to Deposition of Marsolan) | | |
| P87 e | Income Tax Returns (Attached as Exhibit 4 to Fernand Marsolan Deposition) | | |
| P87 f | Act of Lease on 3212 Dautrieve (Attached as Exhibit 4 to Marsolan Deposition) | | |
| P88 | Numerosity Affidavits | | |
| P89 | Aerial Photographs Showing Crude From Tank 250-2 in Dike Area - Stout Deposition Exhibit 4 | | |
| P90 | Infrared of View of the Area – Stout Deposition Exhibit 8 | | |
| P91 | Aerial Photograph Dated 8/30/05 Taken by Landsource Incorporated for Defendant Showing Containment Dike Overtopped | | |
| P92 | Marco Kaltofen Blue Line Boundary Map | | |
| P93 | Marco Kaltofen Blue Line Boundary Map With Sample Sites | | |
| P94 | Map of Proposed Class Boundaries (Kaltofen Blue | | |

15

| | | | |
|---|---|---|---|
| | Boundaries Expanded With Proposed Red Boundary) | | |
| P95 | U.S. Geological Survey 1998 (Bates # TU 102165) | | |
| P96 | U.S. Geological Survey – Legend Bates # TU 102168 | | |
| P97 | Murphy Oil Settlement and Release Agreement and Addendum | | |
| P98 | Deposition Exhibits of Keith Baugher (Exhibit Numbers 1, 4, 18, 19, 20, 24 and 28) | | |
| P99 a | Paul Hughes Templet CV | | |
| P99 b | Paul Hughes Templet Affidavit | | |
| P99 c | Paul Hughes Templet Deposition Exhibits 1, 2, 3, 4, 5 | | |
| P100 a | Dr. Vincent Lee Wilson CV | | |
| P100 b | Dr. Vincent Lee Wilson Affidavit | | |
| P101 a | Erno Sajo CV | | |
| P101 b | Erno Sajo Affidavit | | |
| P102 a | Philip Bedient CV | | |
| P102 b | Philip Bedient Affidavit | | |
| P103 a | John Kilpatrick CV | | |
| P103 b | John Kilpatrick Affidavit | | |
| P104 | Affidavit of Lewis W. Strate (Ex. A- Katrina Oil Spill; Settlement Programs Update through January 8, 2006) (Ex. B- itemized list of properties settled as of January 8, 2006) | | |
| P105 | Map of "Total Settlements as of 1/8/2006 | | |
| P106 | St. Bernard Parish, Canal and Ditch Locations, edited 10-13-05 | | |