**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 12, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK JOSEPH TURNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4206** |
| | **REF: ALL CASES** |
| **MURPHY OIL USA, INC.** | **SECTION: L** |

**Before JUDGE ELDON E. FALLON**          Thursday, January 12, 2006, 9:30 am
**Courtroom Deputy: Gaylyn Lambert**
**Court Reporter: Karen Ibos**
**Appearances:** Sidney D. Torres III, Esq., Hugh Lambert, Esq. Gerald Meunier, Esq.,
       Joseph Bruno, Esq., Ronnie Penton, Esq. For plaintiffs
           Kerry Miller, Esq. And A. J. Krause, Esq. For defendant

---

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION:**
Opening Statements. Motion of plaintiffs to sequester witnesses - granted.

**Plaintiffs' Witnesses:**
Marco P. Kaltofen - sworn - accepted as expert.

Plaintiffs designate personal class representatives as: Phyllis Michon, Robin Clark and Phillip Hebert and business class representatives as Cherie Perez, Dr. James Leo Shoemaker and Fernand Marsolan, Jr.
Plaintiffs offer and file into the record the depositions of:
Dr. Philip Bedient, Dr. Paul Templet, Dr. Vincent Wilson, Dr. Erno Sajo, Dr. John Kilpatrick, Keith Baugher, Cherie Perez, Phyllis Michon, Fernand Marsolan, Robin Clark, James Shoemaker, Phillip Hebert, Danny Gaspard, Joseph Giroux Charles Imbornone, Tammie Oggs, Blaise Sauro. The Murphy 30(b)(6) depositions of Carl Zornes and C. L. Russell. The deposition of Lewis Strat is submitted jointly.
Plaintiffs rest.

**Defendant's Witnesses:**
Chad A. Morris - sworn
Carl Joseph Joseph Zornes - sworn
Benjamin Wm. Badon - sworn.

Court adjourned at 6:25 pm until Friday, January 13, 2006, at 8:30 am.

JS-10:  7:05

Fee ____
Process ____
X D ____
CtRmDep ____
Doc.No. ____