**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 13, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK JOSEPH TURNER** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-4206** |
| | **REF:  ALL CASES** |
| **MURPHY OIL USA, INC.** | **SECTION:  L** |

Before JUDGE ELDON E. FALLON          Friday, January 13, 2006, 8:30 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Cathy Pepper
Appearances: Sidney D. Torres III, Esq., Daniel Becnel, Esq., Hugh Lambert, Esq.
          For plaintiffs
          Kerry Miller, Esq., A. J. Krause, Esq. & Pat McShane, Esq.  For defendant

---

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION:**

<u>Defendant's Witnesses:</u>
**Dennis Keith Baugher - sworn - accepted as expert.**
**Glenn Millner - sworn - accepted as expert.**
**Dr. Scott A. Stout - sworn - accepted as expert.**
**Paul D. Kuhlmeier - sworn - accepted as expert.**
**Defendant, Murphy, rests.**

**Plaintiffs withdraw their offer of the deposition of Keith Baugher as part of their case.**

<u>Plaintiffs' Rebuttal Witness:</u>   **Marco Kaltofen - previously sworn**
**Plaintiffs rest in rebuttal.**
**Counsel are directed to meet with the courtroom deputy on Tuesday, January 17th at 3:00 pm to execute the Certification of Trial Exhibits.**

**This matter is TAKEN UNDER SUBMISSION.**
**Court adjourned at 6:00 pm.**

| JS-10:    7:15 |
|---|

Fee _____
Process _____
X  paid
CtRmDep _____
Doc.No. _____

05-4206+ck-L

**MURPHY OIL LITIGATION**
**PLAINTIFFS' FIRST AMENDED EXHIBITS CHART**
CLASS Certification HEARING.

| EXHIBIT ID | EXHIBIT DESCRIPTION | | |
|---|---|---|---|
| P1 | Curriculum Vitae of Marco Kaltofen | | 1-12-06 |
| P2 | Affidavit of Marco Kaltofen | | JAN 1 2 2006 |
| P3 | Deposition Designations of Marco Kaltofen | | IJAN 1 2 2006 |
| P4 | Murphy Data On-Site Source Sample Sample ID CHM0068B- At refinery GC- FID fingerprint | | [JAN 1 2 2006 |
| P5 | Murphy Data On-Site Source Sample Sample ID CHM0068B At refinery PAH Histogram | | IJAN 1 2 2006 |
| P6 | Murphy Data Offsite less weathered sample Sample ID CHM0019B On Jacob Drive GC-FID fingerprint | | JAN 1 2 2006 |
| P7 | Murphy Data Offsite less weathered sample Sample ID CHM0019 B On Jacob Drive PAH Histogram | | JAN 1 2 2006 |
| P8 | Murphy Data Offsite more weathered sample Sample ID CHM0021 S On Despaux Drive PAH Histogram | | JAN 1 2 2006 |
| P9 | Murphy Data Offsite more weathered sample Sample ID CHM0021 S On Despaux Drive GC-FID fingerprint PAH Histogram | | JAN 1 2 2006 |
| P10 | Recap Standards  Screening) | | |

1

| P11 a | Alpha Woods Hole Analytical Report Dated October 31, 2005 | | JAN 1 2 2006 |
|---|---|---|---|
| P11 b | Alpha Woods Hole Labs Analytical Report Dated November 9, 2005 | | JAN 1 2 2006 |
| P11 c | Alpha Woods Hole Labs Analytical Report Dated December 1, 2005 | | JAN 1 2 2006 |
| P11 d | Alpha Woods Hole Labs Analytical Report Dated December 13, 2005 | | JAN 1 2 2006 |
| P11 e | Alpha Woods Hole Labs Analytical Report Dated December 13, 2005 | | JAN 1 2 2006 |
| P11 f | Alpha Woods Hole Labs Analytical Report Dated December 14, 2005 | | JAN 1 2 2006 |
| P11 g | Alpha Woods Hole Labs Analytical Report Dated December 15, 2005 | | JAN 1 2 2006 |
| P11 h | GC-FID Fingerprint Sample ID CHM0014W Sample Name 0511066-01 Vial Number 33 | | JAN 1 2 2006 |
| P11 i | GC-FID Fingerprint Sample ID CHM0016S Sample Name 0511066-02 Vial Number 34 | | JAN 1 2 2006 |
| P11 j | GC-FID Fingerprint Sample ID CHM0017S Sample Name 0511066-03 Vial Number 35 | | JAN 1 2 2006 |
| P11 k | GC-FID Fingerprint Sample ID CHM00185 Sample Name 051106-04 Vial Number 36 | | JAN 1 2 2006 |
| P11 l | GC-FID Fingerprint Sample ID CHM0019B Sample Name 0511066-05 Vial Number 37 | | JAN 1 2 2006 |
| P11 m | GC-FID Fingerprint Sample ID CHM 0021S Sample Name 0511066-06 Vial Number 38 | | JAN 1 2 2006 |

| P11 n | GC-FID Fingerprint<br>Sample ID CHM 0022S<br>Sample Name 0511066-07<br>Vial Number 39 | | JAN 1 2 2006 |
| P11 o | GC Fingerprint<br>Sample ID CHM0023S<br>Sample Name 051106-08<br>Vial Number 42 | | JAN 1 2 2006 |
| P11 p | GC Fingerprint<br>Sample ID CHM0024-S<br>Sample Name 0511066-09<br>Vial Number 43 | | JAN 1 2 2006 |
| P11 q | GC Fingerprint<br>Sample ID CHM0025S<br>Sample Name 051106-10<br>Vial Number 44 | | JAN 1 2 2006 |
| P11 r | GC Fingerprint<br>Sample ID CHM0026W<br>Sample Name 0511066-11<br>Vial Number 53 | | JAN 1 2 2006 |
| P11 s | GC Fingerprint<br>Sample ID CHM0027S<br>Sample Name 0511066-12<br>Vial Number 45 | | JAN 1 2 2006 |
| P11 t | GC Fingerprint<br>Sample ID CHM0029S<br>Sample Name 0511066-13<br>Vial Number 46 | | JAN 1 2 2006 |
| P11 u | GC Fingerprint<br>Sample ID CHM0030S<br>Sample Name 0511066-14<br>Vial Number 47 | | JAN 1 2 2006 |
| P11 v | GC Fingerprint<br>Sample ID CHM0032S<br>Sample Name 0511083-01<br>Vial Number 60 | | JAN 1 2 2006 |
| P11 w | GC Fingerprint<br>Sample ID CHM0033S<br>Sample Name 0511083-02<br>Vial Number 61 | | JAN 1 2 2006 |
| P11 x | GC Fingerprint<br>Sample ID CHM0034S<br>Sample Name 0511083-03<br>Vial Number 62 | | JAN 1 2 2006 |

| P11 y | GC Fingerprint<br>Sample ID CHM00355<br>Sample Name 051108304<br>Vial Number 63 | | JAN 1 2 2006 |
|-------|---------|---|---|
| P11 z | GC Fingerprint<br>Sample ID CHM0036S<br>Sample Name 0511083-05<br>Vial Number 54 | | JAN 1 2 2006 |
| P11 a (1) | GC Fingerprint<br>Sample ID CHM0037S<br>Sample Name 0511083-06<br>Vial Number 64 | | JAN 1 2 2006 |
| P11 a(2) | GC Fingerprint<br>Sample ID CHM0039S<br>Sample Name 0511083-07<br>Vial Number 65 | | JAN 1 2 2006 |
| P11 a(3) | GC Fingerprint<br>Sample ID CHM0048S<br>Sample Name 0511083-13<br>Vial Number 73 | | JAN 1 2 2006 |
| P11 a(4) | GC Fingerprint<br>Sample ID CHM0049B<br>Sample Name 0511083-14<br>Vial Number 74 | | JAN 1 2 2006 |
| P11 a(5) | GC Fingerprint<br>Sample ID CHM0050S<br>Sample Name 0511084-01<br>Vial Number 80 | | JAN 1 2 2006 |
| P11 a(6) | GC Fingerprint<br>Sample ID CHM0051S<br>Sample Name 0511084-02<br>Vial Number 81 | | JAN 1 2 2006 |
| P11 a(7) | GC Fingerprint<br>Sample ID CHM0053S<br>Sample Name 0511084-03<br>Vial Number 82 | | JAN 1 2 2006 |
| P11 a(8) | GC Fingerprint<br>Sample ID CHM0054S<br>Sample Name 0511084-04<br>Vial Number 83 | | JAN 1 2 2006 |
| P11 a(9) | GC Fingerprint<br>Sample ID CHM 0055S<br>Sample Name 0511084-05<br>Vial Number 84 | | JAN 1 2 2006 |

| P11 a(10) | GC Fingerprint<br>Sample ID CHM 0056S<br>Sample Name 0511084-06<br>Vial Number 85 | | JAN 1 2 2006 |
|---|---|---|---|
| P11 a(11) | GC Fingerprint<br>Sample ID CHM 0057S<br>Sample Name 0511084-07<br>Vial Number 86 | | JAN 1 2 2006 |
| P11 a(12) | GC Fingerprint<br>Sample ID CHM 0058S<br>Sample Name 0511084-08<br>Vial Number 89 | | JAN 1 2 2006 |
| P11 a(13) | GC Fingerprint<br>Sample ID CHM 0060S<br>Sample Name 0511084-09<br>Vial Number 90 | | JAN 1 2 2006 |
| P11 a(14) | GC Fingerprint<br>Sample ID CHM 0061S<br>Sample Name 0511084-10<br>Vial Number 91 | | JAN 1 2 2006 |
| P11 a(15) | GC Fingerprint<br>Sample ID CHM 0062Z<br>Sample Name 0511084-11<br>Vial Number 92 | | JAN 1 2 2006 |
| P11 a(16) | GC Fingerprint<br>Sample ID CHM 0063S<br>Sample Name 0511084-12<br>Vial Number 93 | | JAN 1 2 2006 |
| P11 a(17) | GC Fingerprint<br>Sample ID CHM 0067S<br>Sample Name 0511084-15<br>Vial Number 96 | | JAN 1 2 2006 |
| P11 a(18) | GC Fingerprint<br>Sample ID CHM 0068B<br>Sample Name 0511091-01<br>Vial Number 54 | | JAN 1 2 2006 |
| P11 a(19) | GC Fingerprint<br>Sample ID CHM 0069B<br>Sample Name 0511091-02<br>Vial Number 55 | | JAN 1 2 2006 |
| P11 a(20) | GC Fingerprint<br>Sample ID CHM 0070S<br>Sample Name 0511091-03<br>Vial Number 56 | | JAN 1 2 2006 |

| P11 a(21) | GC Fingerprint<br>Sample ID CHM0071S<br>Sample Name 0511091-04<br>Vial Number 57 | | JAN 1 2 2006 |
| P11 a(22) | GC Fingerprint<br>Sample ID CHM0072S<br>Sample Name 0511091-05<br>Vial Number 58 | | JAN 1 2 2006 |
| P11 a(23) | GC Fingerprint<br>Sample ID CHM0073S<br>Sample Name 0511091-06<br>Vial Number 59 | | JAN 1 2 2006 |
| P11 a(24) | GC Fingerprint<br>Sample ID CHM0074S<br>Sample Name 0511091-07<br>Vial Number 60 | | JAN 1 2 2006 |
| P11 a(25) | GC Fingerprint<br>Sample ID CHM0075S<br>Sample Name 0511091-08<br>Vial Number 63 | | JAN 1 2 2006 |
| P11 a(26) | GC Fingerprint<br>Sample ID CHM0076S<br>Sample Name 0511091-09<br>Vial Number 64 | | JAN 1 2 2006 |
| P11 a(27) | GC Fingerprint<br>Sample ID CHM0077S<br>Sample Name 0511091-10<br>Vial Number 65 | | JAN 1 2 2006 |
| P11 a(28) | GC Fingerprint<br>Sample ID CHM0078B<br>Sample Name 0511091-11<br>Vial Number 66 | | JAN 1 2 2006 |
| P12 | Class Representatives<br>Properties ALS<br>Environmental – Raw HC<br>Data | *oly* | *w/drawn*<br>JAN 1 2 2006 |
| P13 | Alpha Analytical<br>Laboratories<br>Laboratory Job Number<br>L0512906<br>Boston Chemical Data | | JAN 1 2 2006 |
| P14 | Brian Moore Sampling Field<br>Notes – Refinery Tank Farm<br>November 9, 2005 | | JAN 1 2 2006 |

| P15 | Brian Moore Sampling Field Notes for Class Representatives Properties – December 13 – 14, 2005 | | JAN 1 2 2006 |
|---|---|---|---|
| P16 | Brian Moore Sampling Field Notes – November 1 – 3, 2005 – Offsite homes and properties in Chalmette | | JAN 1 2 2006 |
| P17 | Summary of all Soil and Sludge Test Results with GPS Coordinates as Decimal Degrees | | JAN 1 2 2006 |
| P18 | Distances From Sampled Homes to Failed Tank | | JAN 1 2 2006 |
| P19 | Zymax Reports | | w/drawn |
| P20 | Land Source Survey | | JAN 1 2 2006 |
| P21 | Chicago Bridge & Iron Company As-Built Sketch Tank 250-2 Bates #TU 102086 | | JAN 1 2 2006 |
| P22 | September 28, 2005 Letter from W. Michael Hulse, President, Murphy Oil USA, Inc., Addressed to St. Bernard Parish Friends and Neighbors | | JAN 1 2 2006 |
| P23 | Figure 4.4 of Murphy Oil's Emergency Response Plan for the Meraux Refinery, Issued January 2001 | | JAN 1 2 2006 |
| P24 | Bottom and Roof Critical Zones for Tank No. 450-1 Bates #TU 102012 | | JAN 1 2 2006 |
| P25 | Bottom Zone and Critical Zone for Tank No. 450-2 Bates #TU102011 | | JAN 1 2 2006 |
| P26 | Inspection Report for Storage Facilities, Naphtha Storage Tank, Drawing 250.2 Bates #TU101979 | | JAN 1 2 2006 |
| P27 | Petro Chem Inspection Report for November 17, 2004 Inspection of Storage Tank K-V-250-2 Bates #TU 101973 – 101978 And TU 101980 | | |

| P28 | Daily Recovery Readings and Personnel Count Bates #TU 101927 – TU 101949 | | JAN 1 2 2006 |
|-----|-----|-----|-----|
| P29 | Land Source Survey Identified as Deposition Exhibit "Baugher #23" | | JAN 1 2 2006 |
| P30 a | Material Safety Data Sheet for Petroleum Crude Oil | | JAN 1 2 2006 |
| P30 b | Material Safety Data Sheet for Petroleum Crude Oil with Murphy Oil Questions and Answers | | JAN 1 2 2006 |
| P31 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Larry Ingargiola, St. Bernard Parish Government | | JAN 1 2 2006 |
| P32 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Department of Environmental Quality | | JAN 1 2 2006 |
| P33 | December 30, 2005 Letter from Dennis Bennett, Operations Manager with Murphy Oil, to Director of Department of Public Safety & Corrections, Office of State Police | | JAN 1 2 2006 |
| P34 | Emergency Occurrence and/or Air Upset Notification Form | | JAN 1 2 2006 |
| P35 | Chicago Bridge & Iron Company General Plan for Tanks 250-1, 250-2 and 250-3 Bates #TU 102014 | | JAN 1 2 2006 |
| P36 | Chicago Bridge & Iron Company Field Weld & Assembly for 223 Type 5 (K.O.) Pontoon Floating Roof, identified as Deposition Exhibit "Baugher #29" | | JAN 1 2 2006 |
| P37 | Plant Diagram | | JAN 1 2 2006 |

| P38 | Murphy Oil Plant Logs<br>Bates #TU 104465 – 104492 | | JAN 1 2 2006 |
|---|---|---|---|
| P39 | *Murphy Oil Announces Crude Oil Spill at Meraux Refinery Due to Damage from Hurricane Katrina,* September 4, 2005 | | JAN 1 2 2006 |
| P40 | *Rita Floods New Orleans,* CBC News, September 24, 2005 | *olj* | — |
| P41 | *U.S. EPA Expands Boundary Around Affected Homes in Murphy Oil Spill Area,* Hurricane Response Incident Command Post, Metairie, LA, December 5, 2005 | | JAN 1 2 2006 |
| P42 | *Katrina Oil Spill Clouds Future of Battered Suburb,* The Wall Street Journal, January 3, 2006 | *olj* | — |
| P43 | *Hurricane Rita Floods New Orleans as Storm Surge Tops Fragile Levee,* CBC News, January 7, 2006 | *olj* | — |
| P44 | U.S. Environmental Protection Agency News Release, December 2, 2005, *EPA Releases Murphy Oil Sampling Data* | | JAN 1 2 2006 |
| P45 | November 8, 2005 Report from U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | JAN 1 2 2006 |
| P46 | December 9, 2005 Report from U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | JAN 1 2 2006 |
| P47 | December 9, 2005 Health Consultation of U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry | | JAN 1 2 2006 |

9

| P48 | December 9, 2005 Murphy Oil Spill Health Consultation by Agency for Toxic Substances and Disease Registry | | JAN 1 2 2006 |
|---|---|---|---|
| P49 | November 10, 2005 Report of the U.S. Environmental Protection Agency, *EPA, ATSDR & LDEQ Discuss Recent Environmental Katrina/Rita – Transcript* | | JAN 1 2 2006 |
| P50 | *Tropical Cyclone Report, Hurricane Katrina,* by Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown, National Hurricane Center dated December 20, 2005 | | JAN 1 2 2006 |
| P51 | Class Action Administrative Master Complaint filed November 28, 2005 | | JAN 1 2 2006 |
| P52 | Motions and Applications for Appointments of Counsel to PSC from Original Record | | JAN 1 2 2006 |
| P53 | Satellite Image of Murphy Oil Spill – impacted structure developed by U.S. Coast Guard, La. DEQ, and USEPA showing Chalmette High School in Red (Heaviest) oiled structure area | | JAN 1 2 2006 |
| P54 | Infrared Satellite Image Produced by Defendant, Undated, Attached to Stout Deposition as Exhibit 8 by Glen Schurr | | w/ drawn |
| P55 | Infrared Satellite Image Produced by Defendant (Undated) by Glen Schurr | | w/ drawn |
| P56 a – f | Blaise Sauro's Photographs of Various Properties (Exhibit 4A – 4F of Sauro Depositions) | | JAN 1 2 2006 |

| P57 a – a(6) | Tammie Oggs' Photographs of Various Properties (Exhibit 3 to Tammie Oggs' Deposition) | | JAN 1 2 2006 |
|---|---|---|---|
| P58 (a – i) | Photographs of Tammie and Theodore Oggs' Home (Exhibit 2 to Tammie Oggs Deposition) | | JAN 1 2 2006 |
| P59 a & b | Aerial Photographs of Tank Area Taken by Glen Schurr Showing Oil Sheen | | w/drawn |
| P60  a & b | Auto Cad Photographs of Floating Tank Top on August 30, 2005 | | JAN 1 2 2006 |
| P61 | Aerial Photograph of August 30, 2005 | | JAN 1 2 2006 |
| P62 | Aerial Photograph of Murphy Oil Plan Identified as Baugher Deposition Exhibit 22 | | JAN 1 2 2006 |
| P63 | Crowsey, Inc. 8/31/2005 Quickbird Satellite Image identified as Baugher Deposition Exhibit #17 | | JAN 1 2 2006 |
| P64 | Murphy Oil Aerial Photograph Showing Oil Sheen on Water | | JAN 1 2 2006 |
| P65 a & b | Murphy Oil Overlays of CTEH and EPA/DEQ Affected Areas | | JAN 1 2 2006 |
| P66 | Tank Reef Photographs identified as Bates Number TU 102108 | | JAN 1 2 2006 |
| P67 | Photograph of Murphy Oil Spill by EPA | | JAN 1 2 2006 |
| P68 a & b | Photograph of Murphy Oil Spill by EPA and EPA Murphy Oil Spill Article | | JAN 1 2 2006 |
| P69 | Louisiana DEQ photographs showing oil sheen in neighborhood | | JAN 1 2 2006 |
| P70 | Crowsey, Inc. Images of Various Canal Bates # TU 102173-102187 | | JAN 1 2 2006 |

| P71 | Aerial Photograph Taken by Murphy Oil Showing Oil Sheen | | *w/drawn* |
| P72 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 10 | | JAN 1 2 2006 |
| P73 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 11 | | JAN 1 2 2006 |
| P74 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 12 | | JAN 1 2 2006 |
| P75 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 13 | | JAN 1 2 2006 |
| P76 | Aerial Photographs of Murphy Oil Plant Baugher Deposition Exhibit 16 | | JAN 1 2 2006 |
| P77 | Photographs and Affidavit of Anthony Joseph Valenti | | JAN 1 2 2006 |
| P78 | Photographs and Affidavit of Stanley George Guidry | | JAN 1 2 2006 |
| P79 | Murphy Oil Photographs Bates Number TU 102101 | | JAN 1 2 2006 |
| P80 | Murphy Oil Aerial Photographs Bates #TU 102114 | | JAN 1 2 2006 |
| P81 | Murphy Oil Aerial Photographs Bates #TU 102115 | | JAN 1 2 2006 |
| P82 a | Class Representative Affidavit of Cherie Scott Perez | | JAN 1 2 2006 |
| P82 b | Cherie Scott Perez Photographs – Depositions Exhibits 3A – 3I) | | JAN 1 2 2006 |
| P82 c | Driver's License of Cherie Scott Perez (Deposition Exhibit 1) | | JAN 1 2 2006 |
| P82 d | Cherie Scott Perez Commercial Lease Agreement with J&R Amusement | | JAN 1 2 2006 |

| | | | |
|---|---|---|---|
| P82 e | Cherie Scott Perez J&R Amusement Monthly Report (Deposition Exhibit 6 – 9) | | JAN 1 2 2006 |
| P83 a | Affidavit of Robin D. Clark | | JAN 1 2 2006 |
| P83 b | Robin D. Clark Photographs Identified as Exhibit Deposition 6 of Robin Clark | | JAN 1 2 2006 |
| P83 c | Robin D. Clark Photographs (Exhibit 7 to Deposition of Robin Clark) | | JAN 1 2 2006 |
| P83 d | Robin Clark Driver's License (Attached as Exhibit 1 to Robin Clark's Deposition) | | JAN 1 2 2006 |
| P83 e | Robin Clark Map (Attached as Exhibit 2 to Robin Clark's Deposition) | | JAN 1 2 2006 |
| P83 f | Appraisal (Attached as Exhibit 3 to Robin Clark Deposition) | | JAN 1 2 2006 |
| P83 g | Act of Sale and Act of Mortgage (Attached as Exhibit 4 to Robin Clark Deposition) | | JAN 1 2 2006 |
| P83 h | Income Tax Returns (Attached as Exhibit 5 to Robin Clark Deposition) | | JAN 1 2 2006 |
| P84 a | Philip Hebert Affidavit | | JAN 1 2 2006 |
| P84 b | Philip Hebert's Photographs (Exhibits 2A – 2W of Philip Hebert's Depositions) | | JAN 1 2 2006 |
| P84 c | Philip Hebert's Photographs Attached to Affidavit | | JAN 1 2 2006 |
| P85 a | Phyllis Michon's Affidavit | | JAN 1 2 2006 |
| P85 b | Phyllis Michon's Photographs (Exhibit 5A – 5D of Phyllis Michon Deposition) | | JAN 1 2 2006 |
| P85 c | Phyllis Michon's Photographs (Exhibit 6A – 6B of Phyllis Michon Deposition) | | JAN 1 2 2006 |
| P85 d | Phyllis Michon Driver's License Attached as Exhibit 1 to Michon Deposition | | JAN 1 2 |
| P85 e | Map attached as Exhibit 3 to | | JAN 1 2 2006 |

13

| | | | |
|---|---|---|---|
| | Phyllis Michon Deposition | | |
| P86 a | Affidavit of James Leo Shoemaker | | JAN 1 2 2006 |
| P86 b | James Shoemaker's Photographs of Business at 221 West Judge Perez (Exhibit 6 to Deposition of James Shoemaker) | | JAN 1 2 2006 |
| P86 c | James Shoemaker's Photographs of Home at 3525 Palmisano (Exhibit 9 to Deposition of James Shoemaker) | | JAN 1 2 2006 |
| P86 d | James Shoemaker's Photographs of Pool and Garage at 3525 Palmisano (Exhibit 11 to Deposition of James Shoemaker) | | JAN 1 2 2006 |
| P86 e | James Shoemaker's Photograph of Garage at 3525 Palmisano (Exhibit 14 to Deposition of James Shoemaker) | | JAN 1 2 2006 |
| P86 f | Driver's License of James Shoemaker (Exhibit 1 to Deposition of James Shoemaker) | | JAN 1 2 2006 |
| P86 g | Corporate Tax Returns for James Shoemaker APCC (Exhibit 4 to James Shoemaker's Depositions) | | JAN 1 2 2006 |
| P86 h | Individual Tax Returns for James Shoemaker (Exhibit 5 to James Shoemaker Deposition) | | JAN 1 2 2006 |
| P86 i | 9/14/05 and 10/20/05 e-mails to James Shoemaker (Exhibit 15 to James Shoemaker's Deposition) | | JAN 1 2 2006 |
| P86 j | Color Map of Kaltofen's Outline (Exhibit 18 to Deposition of James Shoemaker) | | JAN 1 2 2006 |

| | | | |
|---|---|---|---|
| P86 k | James Shoemaker's Photographs of Rental Property at 4028 Hamlet (Exhibit 2 to Deposition of James Shoemaker | | JAN 1 2 2006 |
| P87 a | Affidavit of Fernand J. Marsolan | | JAN 1 2 2006 |
| P87 b | Fernand Marsolan Photographs (Exhibit 3 A – 3t of Fernand Marsolan Deposition) | | JAN 1 2 2006 |
| P87 c | Fernand Marsolan Photographs (Exhibit 2A – 2F of Fernand Marsolan Depositions) | | JAN 1 2 |
| P87 d | Driver's License of Fernand Marsolan (Exhibit 1 to Deposition of Marsolan) | | JAN 1 2 2006 |
| P87 e | Income Tax Returns (Attached as Exhibit 4 to Fernand Marsolan Deposition) | | JAN 1 2 2006 |
| P87 f | Act of Lease on 3212 Dautrieve (Attached as Exhibit 4 to Marsolan Deposition) | | JAN 1 2 2006 |
| P88 | Numerosity Affidavits | | JAN 1 2 2006 |
| P89 | Aerial Photographs Showing Crude From Tank 250-2 in Dike Area  - Stout Deposition Exhibit 4 | | w/ drawn |
| P90 | Infrared of View of the Area – Stout Deposition Exhibit 8 | | w/ drawn |
| P91 | Aerial Photograph Dated 8/30/05 Taken by Landsource Incorporated for Defendant Showing Containment Dike Overtopped | | JAN 1 2 2006 |
| P92 | Marco Kaltofen Blue Line Boundary Map | | JAN 1 2 2006 |
| P93 | Marco Kaltofen Blue Line Boundary Map With Sample Sites | | JAN 1 2 2006 |
| P94 | Map of Proposed Class Boundaries (Kaltofen Blue | | JAN 1 2 2006 |

| | | | |
|---|---|---|---|
| | Boundaries Expanded With Proposed Red Boundary) | | ~~JAN 12 2006~~ |
| P95 | U.S. Geological Survey 1998 (Bates # TU 102165) | | JAN 1 2 2006 |
| P96 | U.S. Geological Survey – Legend Bates # TU 102168 | | JAN 1 2 2006 |
| P97 | Murphy Oil Settlement and Release Agreement and Addendum | | JAN 1 2 2006 |
| P98 | Deposition Exhibits of Keith Baugher (Exhibit Numbers 1, 4, 18, 19, 20, 24 and 28) | | JAN 1 2 2006 |
| P99 a | Paul Hughes Templet CV | | JAN 1 2 2006 |
| P99 b | Paul Hughes Templet Affidavit | | JAN 1 2 2006 |
| P99 c | Paul Hughes Templet Deposition Exhibits 1, 2, 3, 4, 5 | | JAN 1 2 2006 |
| P100 a | Dr. Vincent Lee Wilson CV | | JAN 1 2 2006 |
| P100 b | Dr. Vincent Lee Wilson Affidavit | | JAN 1 2 2006 |
| P101 a | Erno Sajo CV | | JAN 1 2 2006 |
| P101 b | Erno Sajo Affidavit | | JAN 1 2 2006 |
| P102 a | Philip Bedient CV | | JAN 1 2 2006 |
| P102 b | Philip Bedient Affidavit | | JAN 1 2 2006 |
| P103 a | John Kilpatrick CV | | JAN 1 2 2006 |
| P103 b | John Kilpatrick Affidavit | | JAN 1 2 2006 |
| P104 | Affidavit of Lewis W. Strate (Ex. A- Katrina Oil Spill; Settlement Programs Update through January 8, 2006) (Ex. B- itemized list of properties settled as of January 8, 2006) | | JAN 1 2 2006 |
| P105 | Map of "Total Settlements as of 1/8/2006" | | JAN 1 2 2006 |
| P106 | St. Bernard Parish, Canal and Ditch Locations, edited 10-13-05 | | JAN 1 2 2006 |

P-107 A Kaltofen — Diagram of Witness — JAN 1 2 2006

P-107 B Kaltofen — Gas chromatograph w/ markings of witness — JAN 1 2 2006

P-107 C Kaltofen — Plaintiffs' Class Boundaries Sample Points   olij — JAN 1 2 2006

P-107 — Map of Sample Points - — JAN 1 2 2006

P-107T — Blue Lined Map — 1-13-06 (16)

P-108 - Letter 9-21-05 to Murphy Oil 1-13-06

P-109 - Most samples are "Negative" chart 1-13-06

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| Turner | VS. | Murphy | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|

| PLAINTIFF'S ATTORNEY<br>Sidney Torres | DEFENDANT'S ATTORNEY<br>A. J. Krause<br>Kerry Miller | DOCKET NUMBER<br>05-4206 ~ %c - L<br>TRIAL DATE(S)<br>1-12-06 - 1-13-06 |
|---|---|---|

| PRESIDING JUDGE - Eldon E. Fallon | COURT REPORTER  Karen Ibos<br>Cathy Pepper | COURTROOM DEPUTY  Gaylyn Lambert |
|---|---|---|

| PLT.<br>NO. | DEFT.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 110 | | 1-13-06 | | ✓ | Forensics Data 11-28-05 Vial 57 |
| 111 | | 1-13-06 | | ✓ | Forensics Data 11-29-05 Vial 64 |
| 112 | | 1-13-06 | | ✓ | Forensics Data 11-28-05 Vial 60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 17 of 17 Pages

**MURPHY OIL TRIAL EXHIBIT LIST**

MURPHY

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|--------|-------------|---------|----------|---------|--------|
| 1 001 | TU 104765 - TU 104770 | AFFIDAVIT | AFFIDAVIT OF MARCO KALTOFEN, PE CONCERNING MUPRHY OIL COPROATION RELEASE | 12/01/2005 | KALTOFEN MARCO |
| 2 002 | TU 104771 - TU 104778 | AFFIDAVIT | AFFIDAVIT OF MARCO KALTOFEN, P.E. ATTACHMENT 5.I | 00/00/0000 | KALTOFEN MARCO JAN 1 3 2006 |
| 3 003 | TU 104786 - TU 104788 | ATTACHMENTS | ATTACHMENT 5.ii - FOR AFFIDAVIT OF MARCO KALTOFEN, P.E. | 00/00/0000 | JAN 1 3 2006 |
| 4 004 | TU 104789 - TU 104791 | ATTACHMENTS | ATTACHMENT 5.iii - AFFIDAVIT OF MARCO KALTOFEN, P.E. | 00/00/0000 | JAN 1 3 2006 |
| 5 005 | TU 104792 - TU 105068 | ATTACHMENTS | ATTACHMENT 5.IV - AFFIDAVIT OF MARCO KALTOFEN, P.E. | 00/00/0000 | JAN 1 3 2006 |
| 6 006 | TU 105069 - TU 105122 | ATTACHMENTS | ATTACHMENT 5.v - AFFIDAVIT OF MARCO KALTOFEN, P.E. | 00/00/0000 | JAN 1 3 2006 |
| 7 007 | TU 105122 | ATTACHMENTS | ATTACHMENT 5.vi - AFFIDAVIT OF MARCO KALTOFEN, P.E. | 00/00/0000 | JAN 1 3 2006 |
| 8 008 | TU 102103 | CD CONTAINING PHOTOS | CD CONTAINING PHOTOS | | BADON JAN 1 3 2006 |
| 9 009 | TU 102100 | CD CONTAINING ASSORTED FOLDERS | ASSORTED FOLDERS FROM JUDGE PEREZ INCIDENT '05 | 12/08/2005 | BADON JAN 1 3 2006 |
| 10 010 | TU 102116 | SURVEY DATA | LANDSOURCE SURVEY DATA 250-1, 250-2, 250-3, 05-206-02 DWG | | MORRIS,CHAD JAN 1 2 2006 |
| 11 011 | TU 102115 | CD CONTAINING PHOTOS | CD CONTAINING PHOTOS MURPHY OIL | 08/30/2005 | MORRIS,CHAD JAN 1 3 2006 |
| 12 012 | TU 102107 | CD VARIOUS FILES | CD VARIOUS BADON FILES INCLUDING SOME FILES NOT FOUND ON MASTER DVD | | BADON JAN 1 3 2006 |

-1-

*Handwritten annotations:*

CA 05-4206+c/c-L   CLASS Certification Hearing

CA 05-4206+c/c-L   CLASS Cert, Murphy, Exhibits

\* 16a

## MURPHY OIL TRIAL EXHIBIT LIST

**MURPHY**

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|--------|-------------|---------|----------|---------|--------|
| 13 013 | TU 105217 - TU 105222 | CHROMATOGRAMS | STOUT CHROMATOGRAMS - 11/08/05, 10/25/05, 10/22/05, 11/07/05, 10/19/05, 11/15/05 | | STOUT,SCOTT-A JAN 1 3 2006 |
| 14 014 | TU 105366 | | CROWSEY DEMO 1 | | JAN 1 3 2006 |
| 15 015 | TU 105367 | | CROWSEY DEMO 2 | | JAN 1 3 2006 |
| 16 016 | TU 105368 | | CROWSEY DEMO 3 | | JAN 1 3 2006 |
| 17 017 | TU 105369 | | CROWSEY DEMO 4 | | JAN 1 3 2006 |
| 18 018 | TU 105370 | CROWSEY DEMO 5 - 7 | | | JAN 1 3 2006 |
| 19 019 | TU 105506A | | EXHIBIT INTENTIONALLY LEFT BLANK | | JAN 1 3 2006 |
| 20 020 | TU 105508 | | EXHIBIT INTENTIONALLY LEFT BLANK | | |
| 21 021 | TU 105509A | | EXHIBIT INTENTIONALLY LEFT BLANK | | |
| 22 022 | TU 105010A | | EXHIBIT INTENTIONALLY LEFT BLANK | | |
| 23 023 | TU103391 | DEPO | ADLER, RUTH | 12/27/2005 | |
| 24 024 | TU103092 | DEPO | BARRETT, CHAD | 12/29/2005 | |
| 25 025 | TU103144 | DEPO | BIENVENU, CHARLES-L | 12/21/2005 | |
| 26 026 | TU103171 | DEPO | CLARK, MARION CARROLL | 12/22/0305 | |
| 27 027 | TU103426 | DEPO/CLASS REPRESENTATIVE | CLARK, ROBIN DIAZ | 12/16/2005 | |
| 28 028 | TU103069 | DEPO | DENNIS, PATRICIA ARECEMENT | 12/20/2005 | |
| 29 029 | TU103717 | DEPO | DENNIS, ROGER D | 12/20/2005 | |
| 30 030 | TU 104564 - TU 104604 | DEPO | DUCKERT, MILTON - A | 12/21/2005 | |

- 2 -

**MURPHY**

**MURPHY OIL TRIAL EXHIBIT LIST**

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 31 | 031 | TU 104527 - TU 104563 | DEPO | DUCKERT, JUNE | 12/20/2005 | |
| 32 | 032 | TU103471 | DEPO | GASPARD, DANNY | 12/19/2005 | |
| 33 | 033 | TU103368 | DEPO | GASPARD, MELISSA | 12/19/2005 | |
| 34 | 034 | TU 105149 - TU 105170 | DEPO | GIROUX, MARGARET | 12/20/2005 | |
| 35 | 035 | TU 105216 - TU 105267 | DEPO/CLASS REPRESENTATIVE | HEBERT, PHILLIP SR | 12/21/2005 | |
| 36 | 036 | TU103199 | DEPO | IMBORNONE, CHARLES | 12/19/2005 | |
| 37 | 037 | TU103245 | DEPO | IMBORNONE, JUDITH | 12/19/2005 | |
| 38 | 038 | TU103547 | DEPO / CLASS REPRESENTATIVE | MARSOLAN, FERNANDO JOSEPH, JR. | 12/15/2005 | |
| 39 | 039 | TU103312 | DEPO | MAUS, CHARLES | 12/13/2005 | |
| 40 | 040 | TU103282 | DEPO | MAUS, JOHN CHARLES | 12/13/2005 | |
| 41 | 041 | TU103332 | DEPO | MAUS, JUDITH | 12/13/2005 | |
| 42 | 042 | TU103262 | DEPO | MAUS, THEONISE | 12/13/2005 | |
| 43 | 043 | TU103508 | DEPO / CLASS REPRESENTATIVE | MICHON, PHYLLIS | 12/16/2005 | |
| 44 | 044 | TU 105171 - TU 105215 | DEPO / CLASS REPRESENTATIVE | MICHON, PHYLLIS | 12/20/2005 | |
| 45 | 045 | TU 104493 - TU 104526 | DEPO | MICHON, VICTOR | 12/20/2005 | |
| 46 | 046 | TU 104605 - TU 104632 | DEPO | MORALES, MICHAEL - | 12/27/2005 | |
| 47 | 047 | TU 105132 - TU 105148 | DEPO | MORALES, TERESA RODRIQUES | 12/27/2005 | |
| 48 | 048 | TU 104633 - TU 104680 | DEPO | OGGS, TAMMIE LYNN | 12/21/2005 | |
| 49 | 049 | TU 104681 - TU 104718 | DEPO | OGGS, THEODORE AARON, IV | 12/21/2005 | |
| 50 | 050 | TU103588 | DEPO / CLASS REPRESENTATIVE | PEREZ, CHERIE SCOTT | 12/15/2005 | |
| 51 | 051 | TU 104720 - TU 104764 | DEPO | SAURO, BLAISE | 12/21/2005 | |

- 3 -

**MURPHY OIL TRIAL EXHIBIT LIST**

MURPHY

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 52 052 | TO BE ASSIGNED | DEPO | SCHLESI, FRANK | | |
| 53 053 | TU103651 | DEPO / CLASS REPRESENTATIVE | SHOEMAKER, JAMES LEO | 12/16/2005 | |
| 54 054 | TU103688 | DEPO | VALASKE, CARLA | 12/13/2005 | |
| 55 055 | TU 104464 | DRAWING | ZORNES DRAWING - ZORNES EXH. 12 | 09/03/2005 | JAN 13 2006 |
| 56 056 | | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | | |
| 57 057 | TU 105216 | EPA MAP | EPA DOT MAP | | JAN 13 2006 |
| 58 058 | TU 102286 | EPA MAP | EPA MAP | 01/04/2006 | JAN 13 2006 |
| 59 059 | TU 102207 | EPA WEB PAGE | MURPHY OIL SAMPLING DATA RELEASED | 12/22/2005 | JAN 13 2006 |
| 60 060 | TU 103802 - TU 104391 | EXPERT REPORT TU 103802 - TU 104391 CURRICULUM VITAE | EXTENT AND DISTRIBUTION OF CRUDE OIL DERIVED FROM THE MURPHY OIL TANK 250-2 RELEASE AS DETERMINE BY CHEMICAL FINGERPRINTING BY SCOTT A. STOUT, Ph.D | 12/14/2005 | Stout, Scott A - Ph.D / JAN 13 2006 |
| 61 061 | TU 105506 | EXPERT REPORT CURRICULUM VITAE | BAUGHER | | JAN 13 2006 |
| 62 062 | TU 105507 | EXPERT REPORT CURRICULUM VITAE | MILLNER | | JAN 13 2006 |
| 63 063 | TU 105509 | EXPERT REPORT | KUHLMEIR | | JAN 13 2006 |
| 64 064 | TU 105010 | EXPERT REPORT | INTENTIONALLY LEFT BLANK | | JAN 13 2006 |
| 65 065 | TU 105292 - TU105295 | EPA FACT SHEET | EPA SPILL FACT SHEET IAN 06 | 01/00/2006 | JAN 13 2006 |
| 66 066 | | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | | |
| 67 067 | TU 100340 - TU 100827 | INCIDENT REPORT | MURPHY INCIDENT ACTION PLANS | 09/08/2005 | JAN 13 2006 |

MURPHY

## MURPHY OIL TRIAL EXHIBIT LIST

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 68 | 068 | TU 100828 - 101389 | INCIDENT REPORT | MURPHY INCIDENT ACTION PLANS | | JAN 1 3 2006 |
| 69 | 069 | T 101390 - TU 101925 | INCIDENT REPORT | MURPHY INCIDENT ACTION PLANS | 10/12/2005 | JAN 1 3 2006 |
| 70 | 070 | TU 100017 - 100339 | INCIDENT REPORT SUMMARY | SUMMARY OF ACTION PLANS | | JAN 1 3 2006 |
| 71 | 071 | TU 105377 | AFFIDAVIT | LEWIS STRATE | | JAN 1 3 2006 |
| 72 | 072 | TU 105315 - TU105322 | LIST | NO CONTACT LIST PLAINTIFF | 12/22/2005 | JAN 1 3 2006 |
| 73 | 073 | TU 104492 | LOG | LOG SHEET | 08/28/2005 | JAN 1 3 2006 |
| 74 | 074 | TU 105109 | ATTACHMENTS AND MAP | AFFIDAVIT OF MARCO KALTOFEN, P.E. ATTACHMENT 5. vii | | JAN 1 3 2006 |
| 75 | 075 | TU 105110 - TU105153 | PHOTOGRAPHS AND AFFIDAVIT | PHOTOS OF LAKEVIEW AND MERAUX/CHALMETTE EUGENIA UHL PHOTOGRAPHY | | |
| 76 | 076 | TU 102118 | PLOT PLAN | PLOT PLAN ZORNES EX. 9 - | | JAN 1 3 2006 |
| 77 | 077 | TU 105154 - 105188 | POWER POINT PRESENTATION | "MURPHY OIL SPILL CHEMICAL FINGERPRINTING INVESTIGATION CHALMETTE, LA | 00/00/2005 | STOUT,SCOTT-A - NEWFIELDS ENVIRONMENTAL FORENSICS PRACTICE LLC |
| 78 | 078 | TU 105189 - TU 105188 | POWER POINT PRESENTATION | CHEMICAL FINGERPRINTING IN OIL SPILL INDENTIFICATION - AN OVERVIEW | 00/00/2005 | STOUT,SCOTT-A - NEWFIELDS ENVIRONMENTAL FORENSICS PRACTICE LLC |
| 79 | 079 | TU 105441 | POWER POINT PRESENTATION | MILLNER | | |
| 80 | 080 | | INTENTIONALLY LEFT BLANK | KULMEIER | | |
| 81 | 081 | TU102206 | REPORT | ATSDR REPORT | 12/09/2005 | U.S. DEPT. OF HEALTH AND HUMAN SERVICES JAN 1 3 2006 |

MURPHY

## MURPHY OIL TRIAL EXHIBIT LIST

| Trial# | BATES RANGE | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 82 082 | | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | | |
| 83 083 | TU 105291 ~~SUMMARY~~ | *Intentionally Left Blank* | *Survey Data Neighborhood Survey "Summary" - Blank* | | ~~JAN 1 3 2006~~ |
| 84 084 | *TU 106341* *Survey Data Neighborhood Survey* | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK *Survey Data* | | *1-13-06* |
| 85 085 | | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | | |
| 86 086 | TU102192 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | | |
| 87 087 | TU 102101 | VIDEO | DRIVING VIDEO | 09/05/0220 | BADON JAN 1 3 2006 |
| 88 088 | TU0000001 | POWER POINT PRESENTATION | POWER POINT PRESENTATION FOR KEITH BAUGHER | | *1-13-06* |
| 89 089 | TU 105907 - TU 105945 | DEPO | BEDIENT, PHILIP B. | 12/30/2005 | |
| 90 090 | TU 105946 - TU 106005 | DEPO | KILPATRICK, JOHN A. | 12/20/2005 | |
| 91 091 | TU 106006 - 106114 | DEPO | KALTOFEN, MARCO | 12/27/2005 | |
| 92 092 | TU 106115 - TU 106158 | DEPO | SAIO, ERNO DR. | 12/16/2005 | |
| 93 093 | TU 106159 - 106220 | DEPO | WILSON, VINCENT L. | 01/02/2006 | |
| 94 094 | TU 105840 - TU 105859 | REPORT | "THE EFFECTS OF REFINERIES ON THE NEIGHBORHOOD PROPERTY VALUES" | 05/00/1994 | FLOWER, PATRICK ROGAS, WADE JAN 1 3 2006 |
| 95 095 | TU 105860 - TU 105865 | REPORT | "REFINERIES AND NEIGHBORHOOD PROPERTY VALUES" | 04/00/1994 | FLOWER, PATRICK ROGAS, WADE |
| 96 096 | TU 105866 - TU 105870 | REPORT | "PETROLEUM REFINERIES - CAN LARGER SITE BUFFERS LIMIT ADJACENT PROPERTY VALUE IMPACTS?" | 10/00/1994 | FLOWER, PATRICK ROGAS, WADE JAN 1 3 2006 |
| 97 097 | TU 105269 | KALTOFEN MAP | BOUNDARIES | | JAN 1 3 2006 |

| Trial x# | Bates Range | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 1 | 098 | | Map | St. Bernard Parish Canal and ditch location map | 10/13/05 | St. Bernard Parish |

7

JAN 1 3 2006

# MURPHY OIL USA, INC. SECOND SUPPLEMENTAL EHIBIT LIST

| Trial x# | Bates Range | Doctype | Doctitle | Docdate | Author |
|---|---|---|---|---|---|
| 1 | 099 | Map | Chalmette LA St. Bernard Parish Remote Sampling Location Maps | 1/10/06 | St. Bernard Parish (Milner)  JAN 1 3 2006 |
| 2 | 100 | Chart | Kaltofen Sampling Locations | 00/00 | Kaltofen |

112   Curriculum Vitae of Paul Kuhlmeier   JAN 1 3 2006

113   Pumping Summary   JAN 1 3 2006

114   Satellite Photo   JAN 1 3 2006

115   Satellite Photo   JAN 1 3 2006

MURPHY OIL

**DEFENDANT'S THIRD SUPPLEMENTAL EXHIBIT LIST**

| Trial Exhibit | | Description |
|---|---|---|
| 101 | JAN 1 3 2006 | Captured image from Auto-Cad showing data points taken by Chad Morris |
| 102 | JAN 1 3 2006 | Captured image from Auto-Cad showing data points taken by Chad Morris |
| 103 | | Intentionally left blank |
| 104 | JAN 1 3 2006 | 40 Arpent Canal Boom placement Sept. 11, 2005 Excepted from Def. Trial Ex. # 9 murphy\maps\sept\11-Sept-05\11-Sept-05\booming 40 arpent.jpg |
| 105 | JAN 1 3 2006 | SCAT map affected canals\excerpted from Def. Trial Ex. # 9 murphy\SCAT\BBEC\Polaris_canals_sept_16.pdf |
| 106 | JAN 1 3 2006 | SCAT map affected public streets and sidewalks excerpted from Def. Trial Ex. # 9 murphy\SCAT\BBEC\Polaris_ROW_Sept_16.pdf |
| 107 | JAN 1 3 2006 | Affected canal map created by Polaris w/annotations excerpted from Def. Trial Ex. # 9 murphy\SCAT\canals\canal_map_9_17.doc |
| 108 | JAN 1 3 2006 | Aerial photo of 40 Arpent Canal boom placement dated 9/25/05 excerpted from Def. Trial Ex. # 9 murphy\TOGPics\09-25-05\100_0367.jpg |
| 109 | JAN 1 3 2006 | Excel spreadsheet of obstructions in public areas excerpted from Def. Trial Ex. # 9 murphy\plans\obstruction\all obstructions.xl |
| 110 | JAN 1 3 2006 | Map of obstructions in public places excerpted for Def. Trial Ex. # 9 murphy\plans\obstruction\obstructions.jpg |
| 111 | JAN 1 3 2006 | Daily Reports Aug. 28 - Sept. 9, 2005 Lake Borgne Basin Levee District Pumping Stations |
| MURP001-003 | JAN 1 3 2006 | Initial hotzone and work zone designations map excerpted for Def. Trial Ex. # 9 6 7 |

9