UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  PM 4: 48

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER: <u>054206</u> |
| | * | (CW ALL CASES) |
| MURPHY OIL USA, INC. | * | JUDGE FALLON |

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| GENE JOHNSTON, SHERI JOHNSTON<br>JOSEPH GIROUX, AND<br>MARGARET GIROUX | * | CIVIL ACTION |
| | * | NUMBER: |
| VERSUS | * | SECTION: |
| MURPHY OIL USA, INC. | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, personally came and appeared:

who, after being duly sworn and under oath, declared that:

KRISTA ALQUIST

Appearer personally mailed by U. S. Mail, certified receipt number 7003 3110 0000 2622 5886, with sufficient postage attached, properly addressed to Muphy Oil, Through Agent for service, CT Corp. System, 8550 United Plaza Blvd., Baton Rouge, LA 70809, a certified copy of the Complaint, together with the citation in regard to the above captioned proceeding.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

The return receipt indicating service on the defendant was made by delivery on December 8, 2005. The original return receipt is attached to this affidavit.

*[signature]*

SWORN TO AND SUBSCRIBED BEFORE ME, this 11th day of January, 2006

_____
NOTARY PUBLIC
#22796

G:\pld affidavit of mailing murphy oil 1.10.06 ka.wpd

PAUL D. HESSE
MY COMMISSION IS FOR LIFE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Murphy Oil<br>Through Agent for Serv.<br>CT Corp. System<br>8550 United Plaza Blvd<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0000 2622 5886 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DEC 8 2005

Michael Hingle & Associates
P.O. Box 1129
Slidell, LA 70459

HR USDC Serve Murphy Oil (PH)