UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4206 |
| | | CONSOLIDATED CASE |
| MURPHY OIL USA, INC. | * | SECTION "L" (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

ORDER

Before the Court is Defendant Murphy Oil USA, Inc.'s Motion to Stay Proceedings. This motion came on for expedited hearing on January 31, 2006.

IT IS ORDERED that the Motion to Stay Proceedings is DENIED. For the reasons articulated in the Court's Order and Reasons granting class certification, the Court believes a stay of proceedings is not warranted in this matter under the factors listed in *Baylor University Medical Center*, 711 F.2d 38, 39 (5th Cir. 1983) (per curiam).

New Orleans, Louisiana, this  31st  day of January, 2006.

UNITED STATES DISTRICT JUDGE