# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK JOSEPH TURNER, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4206**<br>**CONSOLIDATED CASE** |
| **MURPHY OIL USA, INC.** | * | **SECTION "L" (2)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**


### ORDER

Several motions remain pending that relate to the Plaintiffs' Motion for Class Certification.  The Court now issues rulings on these motions.

Regarding the Defendant's Motion to Strike the Expert Testimony of Nachman Brautbar (Rec. Doc. No. 72), IT IS ORDERED that the motion is DENIED AS MOOT.  Dr. Brautbar was not offered as an expert during the class certification hearing.

Regarding the Plaintiffs' Motion to Designate Additional Expert Witnesses (Rec. Doc. No. 78), the experts named in the motion offered either opinions or depositions during the hearing.  To the extent that the Court has made no explicit ruling on the Plaintiffs' Motion, IT IS ORDERED that the motion is hereby GRANTED.

New Orleans, Louisiana, this  3rd  day of April, 2006.

_____

UNITED STATES DISTRICT JUDGE