UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK JOSEPH TURNER, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4206**<br>**CONSOLIDATED CASE** |
| **MURPHY OIL USA, INC.** | * | **SECTION "L" (2)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has received several communications from Plaintiffs indicating their desire to withdraw the Motion of Certain Plaintiffs to Enforce, or, Alternatively, to Set Aside Settlement Agreement (Rec. Doc. No. 351) and the Motion of Plaintiffs' Steering Committee for a Court-Appointed Expert Under FRE 706 (Rec. Doc. No. 352). The motions are currently set for hearing on June 12, 2006.

Accordingly, IT IS ORDERED that the motions are deemed withdrawn, pending further discussion among counsel.

New Orleans, Louisiana, this  9th  day of June, 2006.

UNITED STATES DISTRICT JUDGE