

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 PM 2:52

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK JOSEPH TURNER, Individually and as Representative of Similarly Situated Persons, | **Master Docket No. 05-4206**<br>**CONSOLIDATED CASE** |
| v. | **JUDGE: HON. ELDON E. FALLON** |
| MURPHY OIL USA, INC. | **SECTION "L"** |

## THIS DOCUMENT RELATES TO ALL CASES

### [proposed] ORDER ALLOWING PRIMIE, LLC AND PLM, LLC TO OPT-OUT OF CLASS

THIS MATTER came before the Court upon the Motion of Primie, LLC and PLM, LLC to be allowed to opt-out of the class in this matter after the deadline initially set by the Court to opt-out. The Court having considered the Motion and accompanying Exhibits and Declaration, and considered any other papers and/or oral argument, it is now hereby

///////

///////

///////

///////

**Page 1 - [proposed] ORDER ALLOWING PRIMIE, LLC AND PLM, LLC TO OPT-OUT OF CLASS**

Fee
Process
X Dktd
CtRmDep
Doc. No.

ORDERED that Primie, LLC and PLM, LLC (Oregon limited liability companies registered

to do business in Louisiana) are now out of the class in this matter, and may pursue a separate action

for damages against Murphy Oil.

DATED:_____, 2006

_____
Honorable Eldon E. Fallon
United States District Judge

Prepared and presented by:
Andrew A. Lemmon
        Representing Primie, LLC and PLM, LLC
Louisiana Bar Number TA18302
**LEMMON LAW FIRM, LLC**
15058 River Rd.
Hahnville, LA 70057-2104
Telephone:     985-783-6789
Facsimile:      985-783-1333
E-mail:          andrew@lemmonlawfirm.com

**Page 2 - [proposed] ORDER ALLOWING PRIMIE, LLC AND PLM, LLC TO OPT-OUT OF CLASS**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK JOSEPH TURNER, Individually and as Representative of Similarly Situated Persons, | **Master Docket No. 05-4206**<br>**CONSOLIDATED CASE** |
| v. | **JUDGE: HON. ELDON E. FALLON** |
| MURPHY OIL USA, INC. | **SECTION "L"** |

## THIS DOCUMENT RELATES TO ALL CASES

## HEARING NOTICE ON MOTION TO OPT-OUT

NOTICE is hereby given that Primie, LLC and PLM, LLC (Oregon limited liability companies registered to do business in Louisiana) have Moved the Court for an Order allowing them to opt-out of the class herein to pursue a separate action against Murphy Oil.

///////

///////

///////

///////

///////

**Page 1 - [proposed] ORDER ALLOWING PRIMIE, LLC AND PLM, LLC TO OPT-OUT OF CLASS**

_____ The Court will rule on the Motion without a hearing.

__X__ The Court has set oral argument on the Motion for 5 : 00 p .m. on July 27 ,

2006.

New Orleans, Louisiana,

DATED: June 30 , 2006

_____
Honorable Eldon E. Fallon
United States District Judge


Prepared and presented by:
Andrew A. Lemmon
        *Representing Primie, LLC and PLM, LLC*
Louisiana Bar Number TA18302
**LEMMON LAW FIRM, LLC**
15058 River Rd.
Hahnville, LA 70057-2104
Telephone:     985-783-6789
Facsimile:     985-783-1333
E-mail:         andrew@lemmonlawfirm.com


**Page 2 - [proposed] ORDER ALLOWING PRIMIE, LLC AND PLM, LLC TO OPT-OUT OF CLASS**