**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  PM 5: 07

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| PATRICK JOSEPH TURNER, ET AL * | |
| * | **CIVIL ACTION NO. 05-4206** |
| * | **CONSOLIDATED CASE** |
| **VERSUS** * | |
| * | **SECTION "L" (2)** |
| **MURPHY OIL USA, INC.** * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' FACT AND EXPERT WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who hereby submit

the following witness list for the Phase I trial in the above captioned Class Action matter:

| Witness | Scope of Testimony | Type of Witness | May/Will Call |
|---|---|---|---|
| Representative of Murphy Oil - Carl Zornes Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | Will |
| Tom Germany Murphy Oil Meraux, Louisiana | Murphy Oil employee to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Ernie Cagle Murphy Oil Meraux, Louisiana | Murphy Oil employee to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Lewis Strate Murphy Oil Meraux, Louisiana | Murphy Oil employee to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Representative of Murphy Oil - Greg Neve Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | Will |

| | | | |
|---|---|---|---|
| Representative of Murphy Oil - Dennis Bennett Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning facts surrounding this spill and other relevant topics. | Fact | Will |
| Representative of Murphy Oil - C.L. Russell Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Representative of Murphy Oil - Jim Wallwork Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Representative of Murphy Oil - Doug Whittington Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | Will |
| Representative of Murphy Oil - Bill Turnage Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify concerning the facts surrounding this spill and other relevant topics. | Fact | May |
| Representative of Murphy Oil - Vincent Vicidomina Murphy Oil Meraux, Louisiana | 30(b)(6) Representative of Murphy Oil to testify on concerning this facts surrounding this spill and other relevant topics. | Fact | May |
| Representative of Murphy Oil - Richard Lee Vail Murphy Oil Meraux, Louisiana | Produced as a 30(b)(6) Representative of Murphy Oil to testify concerning the Spill Prevention Control and Countermeasure Plan (SPCC) this spill, and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Patricia M. Poirier of Wink Engineering 8641 United Plaza Blvd. Ste. 204 Baton Rouge, LA 70809 | Employee of Wink Engineering to testify concerning the Spill Prevention Control and Countermeasure Plans (SPCC) and/or Facility Response Plans (FRP) prepared for and/or concerning Murphy Oil, Meraux Refinery, including any and all work performed by Wink Engineering concerning Tank 250-2 at the Meraux refinery from 1981 to present; Any and all e-mails and/or correspondence with Murphy Oil concerning the SPCC, FRP, and/or Tank 250-2 from 1981 to present and other relevant topics. | Fact | May |
| John M. Fulgenzi, P.E of Wink Engineering 8641 United Plaza Blvd. Ste. 204 Baton Rouge, LA 70809 | Employee of Wink Engineering to testify concerning the Spill Prevention Control and Countermeasure Plans (SPCC) and/or Facility Response Plans (FRP) prepared for and/or concerning Murphy Oil, Meraux Refinery, including any and all work performed by Wink Engineering concerning Tank 250-2 at the Meraux refinery from 1981 to present; Any and all e-mails and/or correspondence with Murphy Oil concerning the SPCC, FRP, and/or Tank 250-2 from 1981 to present and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Representative of ImpactWeather, Inc. Christopher Hebert 8787 Tallyho Houston, TX 77061 | 30(b)(6) Representative of Impact Weather, Inc. to testify concerning area and site specific weather forecasts and/or warnings and/or weather alerts, advisories of any kind issued to Murphy Oil Meraux and/or to Murphy Oil El Dorado concerning the weather and Hurricane Katrina for Wednesday, August 24, 2005 through, Saturday, September 3, 2005, as well as any and all communications (including e-mails, text messages and/or telephone calls) with Murphy Oil and other relevant topics. | Fact | Will |
| Horace Stevens of Wink Engineering 8641 United Plaza Blvd. Ste. 204 Baton Rouge, LA 70809 | 30(b)(6) Representative of Wink Engineering to testify concerning the Spill Prevention Control and Countermeasure Plans (SPCC) and/or Facility Response Plans (FRP) prepared for and/or concerning Murphy Oil, Meraux Refinery, including any and all work performed by Wink Engineering concerning Tank 250-2 at the Meraux refinery from 1981 to present; Any and all e-mails and/or correspondence with Murphy Oil concerning the SPCC, FRP, and/or Tank 250-2 from 1981 to present and other relevant topics. | Fact | May |
| Representative of American Tank & Vessel 8768 Quarters Lake Road Baton Rouge, LA 70809 | Representative to testify concerning Tank 250-2, this spill and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Representative of Excel Group 2500 E. St. Bernard Hwy. Meraux, LA 70075 | Representative to testify concerning Tank 250-2, this spill and other relevant topics. | Fact | May |
| Representative of PetroChem 1036 Bert Street Laplace, LA 70068 | 30(b)(6) Representative of PetroChem to testify concerning any inspections, testing, maintenance, repairs, or work of any kind performed from 1981 to present on Murphy Oil Tank 250-2 and or its piping systems, ring wall, foundation, floating roof, roof drains, containment dikes and/or any other appurtenances. | Fact | May |
| Representative of O'Briens Group 3850 N. Causeway Blvd. Ste. 1090 Metairie, LA 70002 | 30(b)(6) Representative of O'Brien's Group to testify concerning any and all protocols which indicate procedures established to comply with certain regulatory agencies, including, but not limited to, Louisiana Department of Transportation and Development, Department of Environmental Quality, PPM's Health and Safety Plan (HASP), as well as any crude oil recovered as a result of this spill and any remediation/cleanup in the area and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Representative of US Environmental Service 2809 E. Judge Perez Dr. Meraux, LA 70075 | 30(b)(6) Representative of US Environmental Service to testify concerning any and all protocols which indicate procedures established to comply with certain regulatory agencies, including, but not limited to, Louisiana Department of Transportation and Development, Department of Environmental Quality, PPM's Health and Safety Plan (HASP), as well as any crude oil recovered as a result of this spill and any remediation/cleanup in the area and other relevant topics. | Fact | May |
| Representative of Garner Environmental Service, Inc. 3327 Ponchairtran Drive Ste. 102 Slidell, LA 70458 | 30(b)(6) Representative of Garner Environmental Service, Inc. to testify on any and all protocols which indicate procedures established to comply with certain regulatory agencies, including, but not limited to, Louisiana Department of Transportation and Development, Department of Environmental Quality, PPM's Health and Safety Plan (HASP), as well as any crude oil recovered as a result of this spill and any remediation/cleanup in the area and other relevant topics. | Fact | May |
| Representative of United States Coast Guard 2100 Second Street, SW Washington, DC 20593 | Representative may testify concerning this spill, any photos/ images and other relevant topics. | Fact | May |
| Representative of Center for Toxicology and Environmental Health 615 W. Markham St. Little Rock, AR 72201 | Representative may testify concerning this spill, testing, clean up/ remediation of this area and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Representative of Woodside Landfill 29340 Woodside Dr. Denham Springs, LA 70706 | Representative may testify as to the total weight of the material that has been disposed of in the Woodside Landfill and what the material consists of and other relevant topics. | Fact | May |
| Representative of Gulf Coast Analytical Laboratories (GCAL) 7979 GSRI Avenue Baton Rouge, LA 70820 | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |
| Representative of Alpha Labs 8 Walkup Drive Westborough, MA 01851 | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |
| Representative of Alpha Woodshole Laboratory Raynham, MA | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |
| Representative of Zymax 71 Zaca Lane San Luis Obispo, CA 93401 | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |
| Representative of ALS Environmental Ontario 5420 Mainway Dr. Unit 5 Burlington ON L7L 6A4 | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |
| Representative of ALS Environmental Vancouver 1988 Triumph Street Vancouver BC Canada V5L 1K5 | Representative may testify concerning sampling, testing, test results, and clean up and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Rick Crowsey (obtained aerial photographs for Defendant) Murphy Oil Meraux, LA | Photographs and other relevant topics. | Fact | May |
| Representative of Center for Disease Control (CDC) 1600 Clifton Rd. Atlanta, GA 30333 | Investigation of this incident, testing, cleanup, and other relevant topics. | Fact | May |
| Marco Kaltofen, P.E. Boston Chemical Data Corp 2 Summer St., Ste. 14 Natick, MA 01760 | Expert who will testify concerning this spill, sampling, testing, extent of the spill, content and composition of the oil, and other relevant topics. | Expert | Will |
| Brian Moore 25 Lincoln Street South Natick, MA 01760 | May testify concerning sampling, drilling, groundwater wells, test results and other relevant topics. | Fact | May |
| Mr. Lonny Gaudet Devonian Group LLC 148 Easy Street Suite C Lafayette LA 70506 | May testify concerning drilling, groundwater wells, and other relevant topics. | Fact | May |
| Mason Stevenson Aurora Environmental 235 Lavoisier Street Gretna, LA 70053 | May testify concerning sampling, drilling, groundwater wells, test results and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Philip Bedient, Ph.D., P.E.<br>Dept. of Civil and Environmental Engineering<br>Rice University<br>6100 Main St/ MS-317<br>Houston, TX 77005 | Expert who will testify concerning groundwater contamination, subsurface soil contamination, and other relevant topics. | Expert | May |
| Paul Templet, Ph.D.<br>Department of Environmental Studies<br>1285 Energy, Coast and Environment Building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert who will testify concerning contamination issues, clean up/ remediation, RECAP, the spill and other relevant topics. | Expert | Will |
| Dr. Vincent L. Wilson, Ph.D.<br>1253 Energy, Coast & Environmental Building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert toxicologist who will testify concerning the spill, contamination, cleanup, cross contamination, health effects and other relevant topics. | Expert | Will |
| Stanley George Guidry, C.L.V.S.<br>PO Box 8191<br>Metairie, LA 70011 | Expert photographer who will testify concerning photographs taken and facts observed as a result of this spill. | Fact/ Expert | May |
| Lee E. Branscome, Ph.D., C.C.M. of Climatological Consulting Corporation<br>7338 155th Place North<br>Palm Beach Garden, FL 33418 | Expert weather consultant concerning weather, advisories, the storm, storm surges, flooding, and other relevant topics. | Expert | May |

| David P. Barnes, Jr.<br>521 Crossroads Blvd.<br>Bossier City, LA 71111 | Expert weather consultant concerning weather, advisories, the storm, storm surges and other relevant topics. | Expert | May |
|---|---|---|---|
| Alan W.A. Jeffrey, Ph.D. of ZymaX Envirotechnology, Inc.<br>71 Zaca Lane<br>San Luis Obispo, CA 93401 | Expert regarding testing, sampling, test results, fingerprinting, content and composition of the crude oil and other relevant topics. | Expert | May |
| Frank L. Willis, P.E., P.L.S. of Willis and Company Engineering and Surveying, LLC<br>804 Versailles Boulevard<br>Alexandria, LA 71303 | Expert surveyor concerning surveys and observations concerning this refinery, tank farm, this spill, and other relevant topics. | Fact/Expert | May |
| Florence Cone of Thielsch Engineering, Inc.<br>195 Frances Avenue<br>Cranston, RI 02910-2211 | Expert who will testify concerning this tank farm, the spill, and other relevant topics. | Expert | Will |
| Ara Nalbandian, P.E. of Thielsch Engineering, Inc<br>195 Frances Avenue<br>Cranston, RI 02910-2211 | Expert who will testify concerning this tank farm, the spill, and other relevant topics. | Expert | May |
| A.E. Schuele of Structural Integrity Associates, Inc.<br>27 Farm Street<br>Cranston, RI 02920 | Expert concerning the tank, tank farm, this spill and other relevant topics. | Expert | Will |

| | | | |
|---|---|---|---|
| R.O. McGill, P.E. of Structural Integrity Associates, Inc. 27 Farm Street Cranston, RI 02920 | Expert concerning the tank, tank farm, this spill and other relevant topics. | Expert | May |
| A.F. Deardorff, P.E. of Structural Integrity Associates, Inc. 27 Farm Street Cranston, RI 02920 | Expert concerning the tank, tank farm, this spill and other relevant topics. | Expert | May |
| B. Amend, P.E. of Structural Integrity Associates, Inc. 27 Farm Street Cranston, RI 02920 | Expert concerning the tank, tank farm, this spill and other relevant topics. | Expert | May |
| Vasilis M. Fthenakis, Ph.D. of Enviroconsultants, Inc Enviromental Science Department Brookhaven National Laboratory Upton, NY 11973 | Expert concerning the tank, tank farm, this spill and other relevant topics. | Expert | Will |
| Charles M. Duhon 3 Muirfield Drive Laplace, LA 70068 | Expert concerning refinery operations, procedures, regulations, the tank, tank farm, this spill and other relevant topics. | Expert | Will |
| David Johnson - Murphy Oil Safety (on 8/30 and 8/31 fly-overs) Murphy Oil Meraux, Louisiana | Murphy employee to testify concerning corporate fly-overs and photos taken of the tank farm, refinery, and surrounding area, safety issues, this spill and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Claiborne Demming - President and CEO of Murphy Oil Corporation 200 Peach Street PO Box 7000 El Dorado, AK 71731 | Murphy employee who will testify concerning the refinery, this spill, cleanup and other related topics. | Fact | May |
| Jerry Mayeaux - Murphy Terminal Manager, onsite at time Murphy Oil Meraux, Louisiana | Murphy employee who will testify concerning the refinery, this spill, hurricane preparation, cleanup and other related topics. | Fact | May |
| Bobby Landry - Murphy Oil Maintenance Manager Murphy Oil Meraux, Louisiana | Murphy employee who will testify concerning the refinery, hurricane preparations, this spill, cleanup and other related topics. | Fact | May |
| Kenny Henderson - Murphy Oil-Movement Supervisor Murphy Oil Meraux, Louisiana | Murphy employee who will testify concerning the refinery, this spill, hurricane preparations, cleanup and other related topics. | Fact | May |
| Jim Britt - Murphy Safety Murphy Oil Meraux, Louisiana | Murphy employee who will testify concerning the refinery, this spill, cleanup and other related topics. | Fact | May |
| Murphy Employees on the "Fill Logs" Tommy E, Lil Daddy, Clyde, Slick, Ron, Tony Murphy Oil Meraux, Louisiana | Murphy employee who will testify concerning the refinery, this spill, cleanup and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Mindy West - Murphy Oil Press Relations<br>200 Peach Street<br>PO Box 7000<br>El Dorado, AK 71731 | Murphy employee concerning press releases, efforts to confirm amount of oil in tank before and after the storm, the spill, reporting of the spill, public relations issues, and other related topics. | Fact | May |
| Olin Brown<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee concerning the refinery, the spill and other related topics. | Fact | May |
| Representative of Gandolfo Kuhn, LLC<br>5413 Powell Street<br>New Orleans, LA 70123 | May testify concerning work performed at refinery including any and all surveys of the tank and tank farm areas. | Fact | May |
| Matt Dobbins of Murphy Oil<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee concerning the refinery, the spill and other related topics. | Fact | May |
| K.D. Tamberella of PetroChem<br>1036 Bert Street<br>Laplace, LA 70068 | May testify concerning the tank farm, tanks, repairs, inspection, maintenance of the tanks, the spill and other related topics. | Fact | May |
| Josh Strickland of PetroChem<br>1036 Bert Street<br>Laplace, LA 70068 | May testify concerning the tank farm, tanks, repairs, inspection, maintenance of the tanks, the spill and other related topics. | Fact | May |
| Lt. Commander Jimmy Duckworth of the United States Coast Guard<br>201 Metairie Hammond Hwy.<br>Metairie, LA 70005 | May testify concerning the US Coast Guard investigation, flyovers, the spill, reporting of the spill, photographs and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Cherie Scott Perez<br>729 Congress Street<br>New Orleans, LA 70117 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Phyllis N. Michon<br>206 Dublin Circle, Apt. F<br>Lafayette, LA 70506 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Fernand J. Marsolan, Jr.<br>308 Independence Dr.<br>Mandeville, LA 70471 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Robin D. Clark<br>PO Box 1744<br>Port Barre, LA 70577 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| James Leo Shoemaker<br>205 High Point Dr.<br>Diamondhead, MS 39525 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Philip Hebert<br>c/o St. John Sheriff's Office and Prison (Wardon)<br>U.S. Highway 61<br>Laplace, LA 70068 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Danny Gaspard<br>88 Lee Street<br>Franklin, LA 70538 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Joseph Giroux<br>2948 Amazon Street<br>New Orleans, LA 70114 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |

| | | | | |
|---|---|---|---|---|
| Charles Imbornone<br>410 Hancock<br>Bay St. Louis, MS 39520 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Tammie Oggs<br>2201 Houma Blvd.<br>Unit 204<br>Metairie, LA 70001 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Blaise Sauro<br>1542 Cutty Sark Cove<br>Slidell, LA 70458 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| Anthony J. Valenti<br>5817 Citrus Blvd.<br>Harahan, LA.70123 | Investigator concerning sampling, photographs, inspections, the spill, impact, and other related topics. | Fact | May |
| Glenn Shuerr<br>100 Marigold Drive<br>Covington, LA 70433 | May testify concerning photographs and/or images and other related topics. | Fact | May |
| Representative of Mark's Backhoe | May testify concerning inspection, maintenance and repair of the containment dikes, the spill and other related topics. | Fact | May |
| Theodore Oggs<br>2201 Houma Blvd.<br>Unit 204<br>Metairie, LA 70001 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Representative of US Department of Health and Human Services - Agency for Toxic Substances and Disease Registry<br><br>200 Independence Ave.<br><br>Washington, DC 20201 | Facts concerning the spill, clean up, health effects and other related topics. | Fact | May |
| William Michael "Mike" Hulse, President<br><br>Murphy Oil<br><br>200 Peach Street<br><br>PO Box 7000<br><br>El Dorado, AK 71731 | Murphy employee to testify concerning corporate policy, plans, procedure, applicable regulatory standards, the tank farm, preparation for the storm, weather advisories received by Murphy, the spill, cleanup and other related topics. | Fact | May |
| Representative of Center for Toxicology and Environmental Health (CTEH) (to verify sampling data used by Marco Kaltofen unless Defendant stipulates)<br><br>615 W. Markham St.<br><br>Little Rock, AR 72201 | Employed by Murphy Oil and may testify concerning sampling, testing, the spill, clean up, and other related topics. | Fact | May |
| Representative of the USEPA - Region 6<br><br>1445 Ross Avenue<br><br>Suite 1200<br><br>Dallas, TX 75202-2733 | May testify concerning sampling, testing, the spill, clean up, and other related topics. | Fact | May |
| Representative of the Louisiana DEQ<br><br>602 N. Fifth Street<br><br>Baton Rouge, LA 70802 | May testify concerning sampling, testing, the spill, clean up, and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Amanda Sutherland<br>Murphy Oil<br>200 Peach Street<br>PO Box 7000<br>El Dorado, AK 71731 | Murphy employee to testify concerning corporate policy, plans, procedure, applicable regulatory standards, the tank farm, preparation for the storm, weather advisories received by Murphy, the spill, cleanup and other related topics. | Fact | May |
| Aric Mayer<br>175 Adelphi Street<br>Brooklyn, NY 11205 | Photographer who may testify concerning the spill, visits to the area, and photographs of the area and other related topics. | Fact | May |
| ERM EnviroClean Southwest, LLC<br>16300 Katy Freeway<br>Suite 200<br>Houston, TX 77094 | Employed by Murphy Oil and may testify concerning the spill, clean up, testing and other related topics. | Fact | May |
| Don Dillard<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee who may testify concerning the Hurricane Preparation Plan, the spill, clean up and other related topics. | Fact | May |
| Jim Geziek - Murphy Oil former refinery manager, added hoses for collecting oily water in 90s<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee who may testify concerning the Hurricane Preparation Plan, the spill, clean up and other related topics. | Fact | May |
| Christopher Hebert of Impact Weather<br>8787 Tallyho<br>Houston, TX 77061 | Employed by Murphy Oil to provide weather advisories; may testify concerning weather advisories, Murphy's receipt of these advisories, propensity for storms, storm surges and flooding in S.E. Louisiana and other related topics. | Fact | Will |

| | | | |
|---|---|---|---|
| David Johnson<br>2005 ERT member<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee who may testify concerning hurricane preparation, the spill, response team efforts, clean up and other related topics. | Fact | May |
| Terry Termine<br>2005 ERT member<br>Murphy Oil<br>Meraux, Louisiana | Murphy employee who may testify concerning hurricane preparation, the spill, response team efforts, clean up and other related topics. | Fact | May |
| Representative of Garner Environmental Services, Inc.<br>3327 Ponchatrain Dr.<br>Ste. 102<br>Slidell, LA 70458 | Employed by Murphy Oil and may testify concerning testing, sampling, the spill, clean up and other related topics. | Fact | May |
| Sammy Jones<br>Garner Environmental Service, Inc.<br>3327 Ponchatrain Drive<br>Ste. 102<br>Slidell, LA 70458 | Employed by Murphy Oil and may testify concerning testing, sampling, the spill, clean up and other related topics. | Fact | May |
| Gary Mauseth - Polares; regarding where the oil was per Badon<br>O'Briens Group<br>3850 N. Causeway Blvd.<br>Ste. 1090<br>Metairie, LA 70002 | Employed by Murphy Oil and may testify concerning testing, sampling, the spill, clean up and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Dave Mendrek - Tech Service Manager Murphy Oil Meraux, Louisiana | Murphy employee who may testify concerning the spill, hurricane preparations, clean up and other related topics. | Fact | May |
| Jim Mullins - USEPA - on scene coordinator 1445 Ross Avenue Suite 1200 Dallas, TX 75202-2733 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Bob Myers - Myers' Group - Replaced by O'Brien | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Martin Padilla - O'Briens Group 3850 N. Causeway Blvd. Ste. 1090 Metairie, LA 70002 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Tim Perkins - O'Briens Group - Badon's boss 3850 N. Causeway Blvd. Ste. 1090 Metairie, LA 70002 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Glenn Triche - Murphy Oil ERT Member Murphy Oil Meraux, Louisiana | Murphy employee who may testify concerning hurricane preparation, the spill, response team efforts, clean up and other related topics. | Fact | May |
| Brian Tusa - Louisiana Department of Environmental Quality 602 N. Fifth Street Baton Rouge, LA 70802 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |

| | | | |
|---|---|---|---|
| Paul Doherty -<br><br>Lead USEPA on scene<br><br>USEPA - Region 6<br><br>1445 Ross Avenue<br><br>Suite 1200<br><br>Dallas, TX 75202-2733 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Jerome Donnelly -<br>O'Briens Group - On scene incident commander<br><br>3850 N. Causeway Blvd.<br><br>Ste. 1090<br><br>Metairie, LA 70002 | May testify concerning the spill, testing, sampling, cleanup, and other related topics. | Fact | May |
| Representative of Pace Analytical Laboratory<br><br>1000 Riverbend Blvd., Ste. F<br><br>St. Rose, LA 70087 | May testify concerning sampling, testing, the spill, cleanup and any other related topics. | Fact | May |
| Southern Petroleum Laboratory<br><br>500 Ambassadore Caffery Parkway<br><br>Scott, LA 70583 | May testify concerning sampling, testing, the spill, cleanup and any other related topics. | Fact | May |
| Matt Mayo<br><br>Northeast GeoScience<br><br>97 Walnut Street<br><br>Clinton, MA 01510 | May testify concerning computer programs and demonstrative computer graphics concerning test results, impact in community and other relevant topics. | Fact | May |

| | | | |
|---|---|---|---|
| Sean Silva<br>Boston Chemical Data Corp.<br>2 Summer St., Ste. 14<br>Natick, MA 01760 | May testify concerning sampling, testing and other relevant topics. | Fact | May |
| Pete Tufaro<br>3501 Palmisano Blvd.<br>Chalmette, LA 70043 | Will testify concerning his observation of oil and other relevant topics. | Fact | Will |
| Victor Michon<br>202 St. James Drive<br>Lafayette, LA 70506 | Will testify concerning his observation of oil and other relevant topics. | Fact | Will |
| Wanda Melerine<br>712 Walnut Street<br>Slidell, LA 70460 | Will testify concerning his observation of oil and other relevant topics. | Fact | May |
| Darlene and Fred Bergens<br>110 Mark Twain Drive, #4<br>River Ridge, LA 70123 | May testify concerning their observation of oil after clean up. | Fact | May |
| Ralph Herrmann<br>Cindy Herrmann<br>3712 Lyndell<br>Chalmette, LA 70043 | May testify concerning their observation of oil and other relevant topics. | Fact | May |

In light of the fact that discovery is ongoing, Plaintiffs reserve the right to supplement and amend this witness list.

Respectfully submitted,

LAW OFFICES OF LAMBERT & NELSON, PLC

BY:_____

HUGH P. LAMBERT, Esq.

La. Bar No. 7933
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750

**ON BEHALF OF THE COURT
APPOINTED PLAINTIFFS' STEERING
COMMITTEE:**

Mickey P. Landry, La. Bar No. 22817
Sidney D. Torres, III, La. Bar No. 12869
Scott R. Bickford, La. Bar No. 1165
Joseph M. Bruno, La. Bar No. 3604
N. Madro Bandaries, La. Bar No. 25339
William E. Bradley, La. Bar No. 22266
Ronnie G. Penton, La. Bar No. 10462
Robert Becnel, La. Bar No. 14072
Walter John Leger, Jr., La. Bar No. 8278
Donni Elizabeth Young, La. Bar No. 19843
Darleen M. Jacobs, La. Bar No. 7208
E. Carroll Rogers, La. Bar No. 11421
Salvador E. Gutierrez, Jr., La. Bar No.1401
Michael Hingle, La. Bar No. 6943
Walter C. Dumas, La. Bar No. 5163
AND

**COURT APPOINTED PLAINTIFFS'
EXECUTIVE COMMITTEE:**

Richard J. Arsenault, La. Bar No. 02563
Daniel E. Becnel, Jr., La. Bar No. 2926
Val P. Exnicios, La. Bar No. 19563
Michael G. Stag, La. Bar No. 23314
Sidney D. Torres, III, La. Bar No. 12869

F:\Amy\CASES\Katrina Murphy Oil\Class\Pleadings\Plaintiffs' Witness and Expert List for Phase I.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiffs' Liaison Counsel and Defendant's Liaison Counsel via e-mail on this 14th day of August, 2006.

_____
HUGH P. LAMBERT, ESQ.

F:\Amy\CASES\Katrina Murphy Oil\Class\Pleadings\Certificate of Sevice.wpd