UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATHLEEN TERREBONNE,                    CASE NO.:  06-04696
PETER TERREBONNE,                       CIVIL ACTION
TIEN TRAN AND NUOI HAN

                    **Plaintiff**

                                        SECTION L
Versus                                  JUDGE FALLON


MURPHY OIL CORPORATION                  MAGISTRATE SECTION 2
AND/OR MURPHY OIL USA, INC.             JUDGE WILKERSON

                    **Defendants**

                **AMENDED COMPLAINT- NO ANSWER FILED**


        NOW INTO COURT, through undersigned counsel, come Plaintiffs, Kathleen

Terrebonne, Peter Terrebonne, Tien Tran and Nuoi Han,  Diep Nguyen, Lynette Harvey,

Thomas S. Moran, Darnell Fredric and Charles Fredric who for their Amended

Complaint respectfully aver that their has been no answer or other pleadings filed in this

matter:

                        **The Parties**

1.

Plaintiff, Kathleen Terrebone and Peter Terrebonne, are persons of the full age of majority and  currently resides in the Parish of St. Bernard, State of Louisiana.

2.

Plaintiffs, Tien Tran and Nuoi Han, are persons of the full age of majority and currently reside in the Parish of St. Bernard, State of Louisiana.

3.

Plaintiff, Diep Nguyen, is a person of the full age of majority and currently resides in the Parish of Jefferson.

4.

Plaintiff, Lynette Harvey, is a person of the full age of majority and currently resides in the Parish of St. John The Baptist.

5.

Plaintiff, Thomas S. Moran, is a person of the full age of majority and currently resides in the Parish of Jefferson.

6.

Plaintiffs, Darnell and Charles Frederic, are persons of the full age of majority and currently reside in the Parish of St. Tammany, State of Louisiana.  At all material times Darnell and Charles Frederic have been lawfully married.

7.

Named Defendants are Murphy Oil USA, Inc. and/or Murphy Oil Corporation

(hereinafter collectively "Murphy"), a Delaware Corporation with its principal place of business in El Dorado, Arkansas. Murphy actively conducts business in the State of Louisiana, including within this District.

## Jurisdiction & Venue

8.

This Court has diversity jurisdiction under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00

9.

Venue is appropriate pursuant to 28 U.S.C. § 1391(a).

## Allegations

10.

Plaintiff, Kathleen Terrebonne and Peter Terrebonne, are the former owners and residents of a single-family home located at 3901 Blanchard Drive in St. Bernard Parish, Louisiana.

11.

Plaintiffs, Tien Tran and Nuoi Han are the former owners and residents of a single-family home located at 3900 Blanchard in St. Bernard Parish, Louisiana.

12.

Plaintiff, Diep Nguyen, is the owner and resident of a single-family home located at 3812 Blanchard Drive, in St. Bernard Parish, Louisiana.

13.

Plaintiff, Lynette Harvey, is the owner and resident of a single-family

home located at 5709 Sixth Street, in St. Bernard Parish, Louisiana.

14.

Plaintiff, Thomas S. Moran, was working in St. Bernard Parish at the pumping station at the time of the spill. He was exposed to diesel, oil and other known carcinogens, toxic chemicals and other known cancer causing agents.

15.

Plaintiffs, Darnell and Charles Frederic, are the owners and former residents of a single-family home located at 2713 Bartolo Drive, in St. Bernard Parish, Louisiana.

16.

Murphy owned, operated, and had care custody and control of a large petrochemical refinery and petroleum storage facility in Meraux, Louisiana.

17.

On or about September 3, 2005, over 25,000 barrels of crude oil and other hazardous substances were released from a storage tank at the Murphy facility. The oil and other hazardous substances quickly spread and inundated surrounding areas, including extensive permanent damage to Plaintiff's above-described property.

18.

Plaintiff's losses were caused solely by the negligence and fault of Murphy, in the following non-exclusive particulars:

A) Failing to take appropriate measures to prevent the release of crude oil and other hazardous substances;

B) Failing to properly design, construct, or maintain storage tanks at its facility;

C) Failing to properly store or contain crude oil and other hazardous substances;

D) Failing to design, implement, and/or follow safety procedures;

E) Failing to design, construct, or maintain sufficient barriers or other devices to contain or reduce the release of crude oil and other hazardous substances;

F) Failing to discover or repair the damage or defects in the crude oil tanks and/or retention mechanisms;

G) Failing to comply with applicable federal and state laws and regulations relating
to the storage of hazardous substances; and

H) All other acts of negligence and fault that will be proven at trial.

19.

As a result of Murphy's negligence and fault, Plaintiffs has been damaged, the full extent of which will be proven at trial. Plaintiff's damages include, but are not limited to: (a) Damage and/or destruction of real and personal property; (b) Diminution in property value; (c) Remediation expenses; (d) Loss of use of their property; (e) Increased cost of living expenses; (f) Inconvenience; (g) Past, present and future mental anguish; (h) Past, present and future pain and suffering; (i) Loss of enjoyment of life; and (j) punitive damages.

WHEREFORE, Plaintiffs, Kathleen Terrebone, Peter Terrebonne, Tien Tran and Nuoi Han, Diep Nguyen, Lynette Harvey, Thomas S. Moran, Darnell Fredric and Charles Fredric respectfully prays that their Amended Complaint be deemed good and sufficient, and that Defendants, Murphy Oil USA, Inc., and Murphy Oil Corporation, be duly served and cited with a copy of this Complaint, and that they be made to appear and answer same within the delay allowed by law, and after all due and legal proceedings are

had herein, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff and against Defendants, in an amount that is reasonable under the premises, including punitive damages, penalties, attorney's fees, and all costs of these proceedings, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

RESPECTFULLY SUBMITTED,

KEITH COUTURE, #22759
SAMUEL BEARDSLEY, JR., #22252
Law Office of Keith Couture
1341 W. Causeway Approach
Post Office Box 2381
Mandeville, LA  70470-2381
(985) 674-4428
(985) 674-4462  Fax