

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29 PM 2: 42

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN GUIDRY, JULIE GUIDRY, | * | CIVIL ACTION NO. |
| LINDA FRISCHHERTZ KELLER, | * | 05-4206 |
| LOIS MCGRATH, MAC MACGRATH | * | 06-4900 |
| HENRY NEHLIG, JR, JOANNE | * | c/w |
| NEHLIG | * | |
| | * | |
| VERSUS | * | JUDGE FALLON |
| | * | |
| | * | |
| MURPHY OIL USA, INC., AND/OR | * | MAGISTRATE: 2 |
| MURPHY OIL CORPORATION | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, come Plaintiffs, Brian Guidry, Julie Guidry, Linda Frischhertz

Keller, Lois McGrath, Mac McGrath, Henry Nehlig, Jr., and Joanne Nehlig, all persons of the

full age of majority, who respectfully file their First Amended Complaint as follows **prior to an**

**answer by any Defendant to this proceeding**:

1.

Plaintiffs re-aver and re-allege paragraphs I through XVIII as if copied fully in extenso

herein.

2.

Plaintiffs supplement their caption to name all Plaintiffs as follows:

___ Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc No_____

Page 1 of 3

**BRIAN GUIDRY, JULIE GUIDRY, LINDA FRISCHHERTZ KELLER, LOIS MCGRATH, MAC MCGRATH, HENRY NEHLIG, JR., JOANNE NEHLIG, KEITH VALLAS, AND GERALYNN VALLAS**

**VERSUS**

**MURPHY OIL USA, INC. AND/OR MURPHY OIL CORPORATION**

3.

Plaintiffs supplement and amend paragraph I with the following:

I.

Made Plaintiffs herein are the following:

e.    **Keith Vallas and Geralynn Vallas**, who are the owners of the property located at 4000 Mistrot Meraux, Louisiana 70075, which was damaged as a result of the conduct of the Defendants named herein on or about August 29, 2005;

Respectfully Submitted,

Lloyd Frischhertz (# 5749)
Marc L. Frischhertz (#29194)
**Dominick F. Impastato, III (#29056)**
FRISCHHERTZ & ASSOCIATES
1130 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 523-1500
Facsimile:  (504) 581-1670

8211 Goodwood Blvd., Suite A-1
Baton Rouge, Louisiana 70806
Telephone: (225) 218-8047
Facsimile:  (225) 248-0143

**SERVICE PROCURED THROUGH CERTIFIED MAIL AS FOLLOWS:**
**Murphy Oil USA, Inc. And/or Murphy Oil Corporation**
through its registered agent
CT Corporation System

8550 United Plaza Blvd.
BATON ROUGE , LA 70809