FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP - 1  AM 9: 27

LORETTA G. WHYTE
CLERK



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY BOUVIER  ET AL. | * |
| | *     CIVIL ACTION NO. 06-557 |
| |        consolidated w/ C.A. 05-4206 |
| | * |
| VS. | *     SECTION "L" |
| | * |
| MURPHY OIL USA, INC. | *     MAGISTRATE "2" |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*

### Plaintiffs' First Amended Complaint

The plaintiffs, Tammy Bouvier and others, who are not members of the class-action, amend their Original Complaint as follows:

1.

The plaintiffs re-allege the contents of the Original Complaint and its attachments as if fully rewritten here.

2.

Sub-section A of Section I of the Original Complaint is amended as follows:

A.     Paragraphs 36 through 105 of sub-section A of Section I are added as follows:

36.     Appel, Lena         2316 Munster Blvd., Meraux, LA 70075, 1912 Rodriguez Ln., Meraux, LA 70075

37.     Appel, Lloyd         2316 Munster Blvd., Meraux, LA 70075

38.     Ballard, Henry        3113 Lakewood & 3206 Daniel Dr.,Violet, LA 70092

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

| 39. | Ballard, Zina | 3113 Lakewood, Violet, LA 70092 |
| 40. | Bolin, Charlene | 104 Jaguar St., Arabi, LA 70032 |
| 41. | Carballo, Linda | 8509 Fairfax Dr., Chalmette, LA |
| 42. | Carballo, Michael, Jr. | 8509 Fairfax Dr., Chalmette, LA |
| 43. | Carballo, Michael, Sr. | 8509 Fairfax Dr., Chalmette, LA |
| 44. | Chatelain, John M. | 2904 Lyndell, Chalmette, LA |
| 45. | Chatelain, Nedy M. | 2904 Lyndell, Chalmette, LA |
| 46. | Chouest, Peggy B | 2520 Munster Road, Meraux, LA 70075 |
| 47. | Chouest, Johnson V. | 2520 Munster Road, Meraux, LA 70075 |
| 48. | Dalman, Dennis | 2529 Munster Blvd., Meraux, LA. 70075 |
| 49. | Delacruz, Carol | 3417 Decamine Dr., Chalmette, LA 70043 |
| 50. | Delacruz, Simeon | 3417 Decamine Dr., Chalmette, LA 70043 |
| 51. | Dudoussat, Bryan | 2512 Munster Blvd., Meraux, LA 70075 |
| 52. | Dudousat, Edwin A | 2512 Munster Blvd., Meraux, LA 70075 |
| 53. | Dudoussat, Jacequline H | 2512 Munster Blvd., Meraux, LA 70075 |
| 54. | Ferguson, Mae | 104 Jaguar St., Arabi, LA 70032 |
| 55. | Gagliano, Barbara | 2321 Munster Blvd., Meraux, LA 70075 |
| 56. | Gagliano, Manuel | 321 Munster Blvd., Meraux, LA 70075 |
| 57. | Gaspar, Hervin | 3116 Angelique Dr., Violet, LA 70092 |
| 58. | Girior, Brandon | 2308 Pelitere Dr., Chalmette, LA 70043 |
| 59. | Gregiore, Douglas | 4432 Stella Dr., Meraux, LA 70075 |
| 60. | Hester, Jerry | 2501 Munster Blvd., Meraux, LA 70075 |

| 61. | Hester, Patricia | 2501 Munster Blvd., Meraux, LA 70075 |
| 62 | Hicks, Betty Lou | 2516 Bartolo Dr., Meraux, LA 70075 |
| 63. | Hicks, Melissa | 2520 Munster Blvd., Meraux, LA 70075 |
| 64. | Kramer, William | 104 Jaguar St., Arabi, LA 70032 |
| 65. | Laigast, Earl Jr. | 2001 Gallo Dr., Apt. B, Chalmette, LA 70043 |
| 66. | Laigast, Stephen | 2001 Gallo Dr., Apt. B, Chalmette, LA 70043 |
| 67. | Lamanette, Janis | 400 Ocelot Dr., Arabi, LA 70032 |
| 68. | Lamanette, Ronald | 400 Ocelot Dr., Arabi, LA 70032 |
| 69. | Lee, Dominque (Ballard) | 3013 Lakewood, Violet, LA 70092 |
| 70. | Lee, Tron (Ballard) | 3013 Lakewood, Violet, LA 70092 |
| 71. | Luparello, Irene | 2009 & 2011 Octavia Dr., Chalmette, LA 70043 |
| 72. | Luparello, Sr., Joseph | 2009 Octavia Dr., Chalmette 70043 |
| 73. | Madden, Gayle L. | 2505 Munster Rd., Chalmette, LA 70075 |
| 74. | Madden, Jr., Thomas A. | 2505 Munster Rd., Chalmette, LA 70075 |
| 75. | McConnell, James | 313 Southern Pl., Apt. B, Chalmette, LA 70047 |
| 76. | McDaniel. Daniel | 2037 Margaret Lake, Meraux, LA 70075 |
| 77. | McKenna, Barbara | 2108 Munster Blvd., Meraux, LA 70075 |
| 78. | McKenna, William | 2820 Mayflower Dr., Meraux, LA 70075 |
| 79. | Menzato, Barbara | 2112 Gallant Dr., Chalmette, LA 70043 |
| 80. | Moreno, Stacy | 28 Gibbs Dr., Chalmette, LA 70043 |
| 81. | Nosacka, David | 8505 Fairfax Dr., Chalmette, LA 70043 |
| 82. | Nosacka, Matthew | 8505 Fairfax Dr., Chalmette, LA 70043 |

| | | |
|---|---|---|
| 83. | Nosacka, Robert | 505 Fairfax Dr., Chalmette, LA 70043 |
| 84. | Nuccio, Amelia | 3310 Jacob Dr., Chalmette, LA 70043 |
| 85. | Nuccio, Christine | 3308 Jacob Dr., Chalmette, LA 70043 |
| 86. | Nuccio, John E., Sr. | 3310 Jacob Dr., Chalmette, LA 70043 |
| 87. | Nuccio, John E., III | 3310 Jacob Dr., Chalmette, LA 70043 |
| 88. | Nuccio, Jr., John | 3308 Jacob Dr., Chalmette, LA 70043 |
| 89. | Nuccio, Taylor | 3310 Jacob Dr., Chalmette, LA 70043 |
| 90. | O'Neil, Jr. Michael | 2618 Chalona, Chalmette, LA 70043 |
| 91. | Schenck, Audrey O. | 409, 411, 413, 415 E. Solidelle, Chalmette, 70043 |
| 92. | Schouest, Brenda B. | 2525 Munster Rd., Meraux, LA 70075 |
| 93. | Schouest, Craig A. | 2525 Munster Rd., Meraux, LA 70075 |
| 94. | Schouest, Kadel | 2525 Munster Rd., Meraux, LA 70075 |
| 95. | Schluter, Robert E. | 413 E. Solidelle, Chalmette, LA 70043 |
| 96. | Smith, Charles M. | 2509 Munster Rd., Meraux, LA 70075 |
| 97. | Smith, Priscilla R. | 2509 Munster Rd., Meraux, LA 70075 |
| 98. | Taylor, Rachel C. | 2609 Volpe Dr., Chalmette, LA 70043 |
| 99. | Tenorio, Tyler (R. Taylor) | 2609 Volpe Dr., Chalmette, LA 70043 |
| 100. | Wiggins, Geraldine | 2618   Cholona Dr., Chalmette, LA 70043 |
| 101. | Wiggins, Mitchell | 2618   Cholona Dr., Chalmette, LA 70043 |

Considering the allegations in the Plaintiffs' Original and First Amended Complaints, the plaintiffs respectfully request this Court to grant the relief prayed for in Section XIX of the Original Complaint.

Respectfully Submitted:

Lynn Eric Williams, Jr. (La. Bar No. 26773)
LYNN ERIC WILLIAMS, JR., A.P.L.C.
Co-Counsel for Plaintiffs
826 Focis Street, Suite 100
Metairie, LA 70004
Phone: (504) 832-9898
Fax: (504) 832-9838
eric@toxictortlaw.net

John M. Futrell (La Bar No. 5865)
LEE, FUTRELL & PERLES L.L.P.
Trial Attorney
201 St. Charles Ave., Suite 4120
New Orleans, Louisiana 70170
Telephone No. (504) 569-1725
Facsimile No. (504) 569-1726
jfutrell@leefutrell.com

**Attorneys for Ms. Bouvier and Others**

**Certificate of Service**

I certify that a copy of the foregoing has been served upon all counsel of record, by hand, by telefax, by e-mail transaction or by depositing same in the United States Mail, properly addressed and postage prepaid, this 24 day of August, 2006.