

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 12  AM 8/ 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PATRICK JOSEPH TURNER, ET AL                    CIVIL ACTION
                                                NO. 05-4206

VERSUS                                          CONSOLIDATED CASES

MURPHY OIL USA, INC.                            SECTION "L" (2)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PRELIMINARY
## APPROVAL OF CLASS SETTLEMENT

Considering the motion of class counsel for preliminary approval of the proposed class

settlement hearing, presented in open Court on October 10, 2006,

IT IS ORDERED that the parties' "Settlement Agreement" placed in the record on

October 10, 2006, the class settlement set forth therein, and all exhibits attached to the

"Settlement Agreement," be preliminarily approved by the Court as fair, reasonable and

adequate, as negotiated and entered into at arms' length, in good faith, and free of collusion to

the detriment of the plaintiff class, and as being within the range of possible judicial approval at a

prospective Fairness Hearing;

IT IS FURTHER ORDERED that the opt-in procedure set forth in the "Settlement

Agreement" in Section VIII, ¶1, p. 18, be authorized and approved, allowing certain individuals

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

to opt back into or rejoin the plaintiff class by December 8, 2006, in order to participate in the proposed settlement;

IT IS FURTHER ORDERED that the proposed notice to the class concerning the settlement [Attachment A] be approved;

IT IS FURTHER ORDERED that the proposed notice to individuals who have opted out of the class concerning the opt-in procedure [Attachment B], as well as the "Decision to Rejoin Class" form attached to this notice be approved;

IT IS FURTHER ORDERED that the protocol for the dissemination and publication of the notice to class members concerning settlement, as set forth in the "Settlement Agreement" at Section VII, ¶2, pp. 17-18, be approved;

IT IS FURTHER ORDERED that the protocol for dissemination of the notice to opt-outs by first-class mail to all known addresses of those individuals identified on the list attached as Exhibit I to the "Settlement Agreement," be approved;

IT IS FURTHER ORDERED that the defendant Murphy Oil USA, Inc. be granted access to all properties within the class area to effectuate the remediation program (Closure Plan) previously submitted to the Court, and now to be carried out under the "Settlement Agreement" subject to this Court's review;

IT IS FURTHER ORDERED that the prosecution of all of the "Related Actions" brought and pending against the defendant Murphy Oil USA, Inc., as defined in the "Settlement Agreement" and as identified in the list attached hereto as Attachment C, be stayed pending the settlement proceedings and further orders of the Court;

IT IS FURTHER ORDERED that the prosecution of all interventions in this consolidated

litigation be stayed pending the settlement proceedings and further orders of the Court;

IT IS FURTHER ORDERED that the defendant Murphy Oil USA, Inc. immediately

request a stay of the appeal it has taken to the U.S. Fifth Circuit Court of Appeals from this

Court's "set-aside" orders of March 27, 2006 (Pretrial Order No. 8) and April 7, 2006 (Pretrial

Order No. 8-A);

IT IS FURTHER ORDERED that the parties have reserved all claims and defenses in this

litigation, should the proposed class settlement not become final;

IT IS FURTHER ORDERED that Global Risk Solutions serve as the Court-Appointed

Disbursing Agent (CADA) for purposes of the proposed settlement, responsible for disbursing

payments to class members in accordance with the provisions of the "Settlement Agreement;"

IT IS FURTHER ORDERED that Bourgeois Bennett, L.L.C. be authorized to perform

accounting functions on behalf of the Plaintiffs' Steering Committee (PSC) with respect to the

services provided by the CADA, and that the reasonable costs incurred by Bourgeois Bennett in

this regard be treated as "common benefit" costs herein, all as provided for and agreed to in the

"Settlement Agreement," Section II, ¶9, pp. 6-7;

IT IS FURTHER ORDERED that a Fairness Hearing take place on the _4th_ day of

_January_, 200~~6~~7, at _9_ o'clock (a.m)/p.m., in order to consider

comments on and objections to the "Settlement Agreement," and to approve thereafter the class

settlement as fair, reasonable and adequate, pursuant to Rule 23 of the Federal Rules of Civil

Procedure; and

IT IS FINALLY ORDERED that all objections to the proposed class settlement be filed

and made in accordance with the "Settlement Agreement," Section VIII, ¶2-3, pp. 18-20, no later

than twenty days before the date of the Fairness Hearing, i.e., no later than the _15th_ day of

_December_, 2006, or otherwise be deemed waived.

THIS DONE the _10th_ day of October, 2006, New Orleans, Louisiana.

HONORABLE ELDON E. FALLON
United States District Court