

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL. | * | CIVIL ACTION |
| Plaintiffs | * | NO. 05-4206 |
| | * | |
| VERSUS | * | SECTION "L", MAGISTRATE 2 |
| | * | |
| MURPHY OIL U.S.A., INC. | * | Judge Eldon E. Fallon |
| Defendant | * | Magistrate Jay Wilkinson |

### JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND OPPOSITION TO OBJECTIONS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Murphy Oil U.S.A., Inc. ("Murphy") and the Plaintiffs' Steering Committee ("PSC") on behalf of the Plaintiff Class, who respectfully represent to the Court that the Parties have agreed to a Settlement Agreement that, pursuant to FRCP 23, is fair, adequate, and reasonable to all Class Members. For this reason, and for the reasons more fully set forth in the Memorandum attached hereto, the Parties jointly move the Court for an Order of Final Approval of the Class Action Settlement.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____
```

Respectfully Submitted,

DEFENDANT LIAISON COUNSEL

*/s/ Kerry J. Miller*

KERRY J. MILLER (#24562)
**FRILOT PARTRIDGE, L.C.**
1100 Poydras Street Suite 3600
New Orleans, LA 70163
Telephone: (504)599-8000
Facsimile: (504)599-8145

**FRILOT PARTRIDGE, L.C.**
GEORGE A. FRILOT (#57478)
EDWARD F. KOHNKE, IV (#7824)
A. J. KROUSE (#14426)
PATRICK J. McSHANE (#19055)
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163
PH: (504) 599-8000
FAX: (504) 599-8100

And

DANIEL L. DYSART (#5156)
**DYSART & TABARY**
#3 Courthouse Square
Chalmette, LA 70043
PH: (504) 271-8011
FAX: (504) 271-8020

**Attorneys for Defendant Murphy Oil USA, Inc.**

And

PLAINTIFFS' LIASON COUNSEL

_____
SIDNEY D. TORRES, III, ESQ. (# 12869)
**Law Offices of Sidney D. Torres, III**
1290 7th Street
Slidell, Louisiana 70458
Telephone (985) 661-8910

On Behalf of the Court Appointed
Plaintiffs' Steering Committee

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon plaintiffs' liaison counsel via e-mail and/or United States Mail, properly addressed and postage pre-paid on this 5 day of January, 2007.

_____