## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| Cynthia Aisola, *et al.*, | * | Civil Action |
|  | * |  |
|  | * | Docket: 06-4064 |
| versus | * | Consolidated with 05-4160 |
|  | * | Judge: |
| Murphy Oil USA, Inc. | * |  |
| and/or Murphy Oil Corporation | * | Magistrate:  Sect. L, Mag. 2 |

**************************************

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff's, Cynthia Aisola, *et al.*, to supplement and amend the petition as follows:

**1.**

Specifically, Plaintiffs supplement and amend the Complaint to add the following individually to the list of Plaintiffs:

"116)  **BRENDA SUAREZ**, a person of full age and majority domiciled in St. Bernard Parish and owner of real property located at 2718 Myrtle Grove Dr., Meraux, Louisiana 70075."

**2.**

Plaintiffs' incorporate herein all other claims and assertions made in Plaintiffs' Complaint.

Respectfully submitted,

**SMITH STAG, LLC.**

/s/ Michael G. Stag
Stuart H. Smith, No. 17805
Michael G. Stag, No. 23314
Amber E. Cisney, No. 28821
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 Telephone
(504) 593-9601
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon defendants

counsel listed below by facsimile on this 8th day of January, 2007.


Kerry J. Miller
George A. Frilot
Edward F. Kohnke, IV
Allen J. Krouse, III
Patrick J. McShane
Frilot Partridge
1100 Poydras Street Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (5040 599-8145/ 599-8100

Daniel L. Dysart
Dysart & Tabary
Three Courthouse Square
Chalmette, LA 70043
Telephone: (504) 271-8011
Facsimile: (504) 271-8020


/s/ Michael G. Stag_____
Michael G. Stag

## LOCAL RULE 7.6(E) CERTIFICATE

I, Michael G. Stag., hereby certify that prior to filing Plaintiffs' Motion for Leave of Court to File First Supplemental and Amending Complaint, Smith Stag, LLC. contacted opposing counsel regarding the aforementioned motion.   Plaintiffs' Motion for Leave of Court to File First Supplemental and Amending Complaint is unopposed.

This 8th day of January, 2007.

/s/ Michael G. Stag

Michael G. Stag