UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK JOSEPH TURNER, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4206** |
| | * | **CONSOLIDATED CASES** |
| | | |
| **MURPHY OIL USA, INC.** | * | **SECTION "L" (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This pleading applies to : 06-4830**

## THIRD SUPPLEMENTAL AND AMENDED COMPLAINT

NOW COME Plaintiffs, through undersigned counsel, who file a Third Supplemental and Amended Complaint to aver as follows:

I.

By amending the introductory paragraph to read as follows:

The Complaint of Plaintiffs, BERNAL L. AGUILAR and the Individuals identified on Exhibit "A", Exhibit "B", Exhibit "C" and Exhibit "D" (collectively herein known as "Plaintiffs"), each of whom are major individuals, domiciled in the Parish of St. Bernard, State of Louisiana or other locations within the State of Louisiana and/or are property owners or business owners in the Parish of St. Bernard, State of Louisiana, who file these claim as follows:

II.

Plaintiffs supplement and amend the Original Complaint, First Supplemental and Amended Complaint and Second Supplemental and Amended Complaint to add those Plaintiffs listed on Exhibit

"D" attached hereto.

III.

Plaintiffs reallege and reassert all allegations contained in the Original Complaint, First Supplemental and Amended Complaint and Second Supplemental and Amended Complaint.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs, BERNAL L. AGUILAR and those Plaintiffs referenced on Exhibit "A", Exhibit "B", Exhibit "C" and Exhibit "D", pray that Defendant Murphy Oil USA Inc. be served with a copy of this Original Petition and that, after due proceedings that there be a judgment herein in favor of Plaintiffs' against Defendant, for all compensatory damages which are reasonable in the premises, as well as punitive damages, together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings; and for all other general, equitable, injunctive, and further relief as the Court may deem just and proper.

Respectfully submitted;
**MARTZELL & BICKFORD**

_____*/s/ Christopher H. Sherwood*_____
**SCOTT R. BICKFORD T. A. (#1165)**
**JOHN R. MARTZELL (#9013)**
**CHRISTOPHER H. SHERWOOD (#27643)**
**SPENCER R. DOODY (#27795)**
**JEFFREY BURG (# 25993)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     504/581-9065
Facsimile:      504/581-7635

**PLEASE SERVE:**
**Murphy Oil USA, Inc.**
Through its attorney of record
Kerry Miller, Esq.
Frilot, Partridge, Kohnke & Clements
3600 Energy Center
1100 Poydras Street
New Orleans, LA 70139

F:\Clients\Murphy Oil 03 Zone 2 Individual Claims\Pleadings USDCEDLA\Third Supplemental and Amended Complaint.wpd

BERNAL L. AGUILAR, ET AL
VERSUS
MURPHY OIL USA, INC.

**LIST OF PLAINTIFFS
EXHIBIT "D"**

BROWN, ROY AND YVONNE
2229 Mary Ann Drive, Lot 17C
Meraux, LA 70075
**DAMAGED ADDRESS: 2433 Mary Ann Drive, CHALMETTE**

BROWN, TAMMY BROWN Individually and on behalf of the minor LAURA BROWN
CHARLES CHAUPPETTA Individually and on behalf
of the minors MALCOLM CHAUPPETTA AND KERRIE CHAUPPETTA
6 Campbell Road
Carriere, MS 39426
**DAMAGED ADDRESS: 2437 Mary Ann Drive, CHALMETTE**

F:\Clients\Murphy Oil 03 Zone 2 Individual Claims\Clients\Murphy 03 - Exh D.wpd