UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK JOSEPH TURNER, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4206 CONSOLIDATED CASE** |
| **MURPHY OIL USA, INC.** | * | **SECTION "L" (2)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

### FINAL JUDGMENT PURSUANT TO RULE 54(b) APPROVING CLASS ACTION SETTLEMENT AND AWARD OF COMMON-BENEFIT FEES AND EXPENSES

Considering the evidence presented and the record made at the Fairness Hearing conducted in this matter on January 4, 2007, and for the reasons stated in the Court's Order & Reasons accompanying this Final Judgment,

IT IS ORDERED that the proposed class settlement is APPROVED as fair, reasonable, and adequate, pursuant to Rule 23(e)(1)C) of the *Federal Rules of Civil Procedure*.

IT IS FURTHER ORDERED that each and every term, provision, condition, and agreement of the Settlement Agreement, including all exhibits and amendments thereto, apply and are adopted, incorporated, and made part of this Judgment, as if copied herein *in extenso* and shall be effective, implemented, and enforced as provided in the Settlement Agreement.

IT IS FURTHER ORDERED that Murphy pay a common-benefit fee in the amount of $33,746,241.88, and reimburse class counsel the total of $2,659,043 in common-benefit expenses, with legal interest on these amounts until paid in full.

IT IS FURTHER ORDERED that Murphy pay $1,500 to each of the following class

representatives: Phyllis N. Michon, Cherie Scott Perez, James Shoemaker, Fernand Marsolan, and Robin Diaz Clark.

IT IS FURTHER ORDERED that Pretrial Order No. 8 (Rec. Doc 277) and Pretrial Order No. 8A (Rec. Doc. 284) are hereby VACATED and that all amounts set-aside from voluntary settlements in accordance with these Pretrial Orders shall be refunded to the parties from whom they were withheld.

IT IS FURTHER ORDERED that the Class Action and all cases consolidated with or therein, and all other actions now existing or hereafter brought asserting any Released Claims, as that term is defined in Section IX of the Settlement Agreement, by any Class Member, are hereby DISMISSED WITH PREJUDICE upon the Final Settlement Date as defined in Section II.13 of the Settlement Agreement, with each party to bear its own costs, excluding only the claims of those individuals or entities who properly and timely opted out of the Class as defined.

IT IS FURTHER ORDERED that all Class Members (including, without limitation, all persons and entities claiming by, through, or on behalf of a Class Member) are hereby finally and permanently barred and enjoined from pursuing and/or asserting any and all Released Claims.

IT IS FURTHER ORDERED that as of the Final Settlement Date, the Released Parties are hereby finally released from any and all Released Claims by, through, or on behalf of a Class Member.

IT IS FURTHER ORDERED that this Judgment extinguishes any liability of the Released Parties with respect to any cause of action related to the Released Claims, whether those claims are asserted against any Released Party or any other party.

IT IS FURTHER ORDERED that any and all persons, but excluding only those individuals and entities who properly and timely opted out of the Class as defined, are hereby finally and permanently barred and enjoined from pursuing and/or bringing against Murphy, and the Released Parties, any cause of action related to the Incident as set forth in Section II.14 of the Settlement Agreement (including, without limitation, all causes of action based on claims of the Class as set forth in the Master Consolidated Class Action Complaint).

IT IS FINALLY ORDERED that, pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure*, there is no just reason for delay in the entry of this Judgment.

New Orleans, Louisiana, this 30th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE