UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 13  AM 8: 03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4206 |
| | | CONSOLIDATED CASE |
| MURPHY OIL USA, INC. | * | SECTION "L" (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

The Court received the attached letter from Mr. Wayne J. Duchmann on

February 8, 2007.  IT IS ORDERED that the correspondence shall be entered into the record.

New Orleans, Louisiana, this  12th  day of February, 2007.

UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
__X_ Dktd _____
____ CtRmDep_____
____ Doc. No_____

RE ; *PATRICK JOESPH TURNER ET AL. VERSUS MUPHY OIL USA INC.*

WAYNE J. DUCHMANN
3209 CLEARY AVE #2
METAIRIE LA. 70002.
(504) 610-8320

February 8, 2007.

Hon. Eldon E. Fallon.

With very much regret I must in form this Court that I will Appeal
    The Court ruling enter January 4, 2007. and singed on January 30, 2007.
(Record Document 1073.) It was always my intent to see that some kind
Justice to take place for the Citizen of St. Bernard. And that the health
And the safety of our community be preserved for future generations .
It is my duty as a citizen of the Untied State of America  as well a concerned
Citizen of  the local emergency planning committee (L.E.P.C.) to request
The Untied State Environment Protection Agency (E.P.A.)  do a preliminary
Assessment petition under (C.E.R.C.L.A.) Comprehensive Environment
Response ,Compensation and Liability Act. Section 105 (d).

                    Also I'm at lost for words on the issuer of legal standing ?
The only issuer the the court need to  address is the misconduct Murphy oil
        Attorney Mr. Kerry Miller. I will filed motion on this issuer.
And the legal standing if the court request me to do so . I would like
the Court on it own motions to address  these issuers . I will not ask the
Court To Vacate it Judgment if some misconduct  took place but will not
Object To it if it did so.
                    Attorney fee and expenses'  I want to express my real
concern  regarding attorney  fee that now some law firm now will not want
to take Environmental class action . When and if the appeal is granted the
court will set attorney fee at 33% and real expense cost. To insure that
today's Law student at Tulane & Loyola university and all other who pursue
Law degree in environment law will be fully monetary compensation  For
the work they do. Also as the court is aware that I don't have council at this
time .but will have to retain one for the appeal .Nevertheless I hereby
requests That this court keep me inform on any proceeding to which my
Right, Liberty, Property .With regard to Due process of law as requited

Plaintiff/mover/concern citizen

*Wayne J. Duchmann*

Wayne J Duchmann

cc: all counsel of record