UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMMY BOUVIER  ET AL. | * | |
| | * | CIVIL ACTION NO. 06-557 |
| | | consolidated w/ C.A. 05-4206 |
| | * | |
| vs. | * | SECTION "L" |
| | * | |
| MURPHY OIL USA, INC            . | * | MAGISTRATE "2" |
| | * | |
| *    *    *    *    *    *    *    * | | |

**Plaintiff's Second Amended Complaint**

Plaintiffs, Tammy Bouvier and others, who are not members of this class-action, amend their Original and First Amended Complaint as follows:

1.

The plaintiffs re-allege the contents of the Original Complaint and the First Amended Complaint and all attachments as if fully rewritten here.

2.

Section XVI of the Original Complaint is amended as follows:

A.    Paragraph 2 through 4 are added as follows:

2.    **Wrongful Death & Survival Claims**

(a.) Pursuant to Louisiana Civil Code articles 2315.1 and 2315.2, the heirs of Simeon Delacruz hereby bring a Wrongful Death and Survival action in this case. The heirs have lost the love, affection, solace, comfort, companionship, society, assistance necessary for a successful marriage, care, maintenance, support, services, advice, counsel, reasonable contributions of

pecuniary value, and the present value of the assets that these loved ones would in reasonable probability have added to the estate and left to the heirs. The heirs would also show that they have suffered mental anguish and will continue to suffer mental anguish for which elements of damage these plaintiffs would show they are entitled to recover of and from defendant.

(b) The survival plaintiffs would show that prior to the death of their loved one, plaintiffs' loved ones sustained medical costs and expenses; pain and suffering, mental anguish, disability, loss of income, loss of earning capacity, loss of consortium, physical impairment, and disfigurement, as a result of the acts of defendant complained of above. The survival claim is brought on behalf of the estate and heirs of the plaintiffs' deceased love ones, together with a claim for expenses of funeral and burial.

( c) On December 11, 2006, Simeon Delacruz died of neuroendocrine cancer.  Mr. Delacruz was diagnosed with neuroendocrine cancer on October 05, 2006 which is fourteen months after being continuously exposed to the crude oil from the Murphy Oil spill. Mr. Delacruz gutted his house, cleaned and removed debris in attempt to move back in his property.

3.    **Other Health Effects**

(a.) Thomas Madden, Jr was diagnosed with basal cell carcinoma of the skin on November 30, 2006 which is fifteen months after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

2

(b) Peggy B. Chouest was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. She gutted her house, cleaned and removed debris in attempt to move back in her property.

( c) Johnson V. Chouest was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

( d) James McConnell was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

(e) Nedy Chatelain was diagnosed with chemical pneumonia after returning to his property and was told by his doctor not to return to his home due to the crude oil. He was exposed to crude oil contamination when he returned to his home to gather belongings, clean and remove debris from his property.

4.      **ATSDR Health Consultation of the Murphy Oil Spill**

On December 09, 2005 the Agency for Toxic Substances and Disease Registry prepared a Health Consultation of the Murphy Oil Spill. The ATSDR reported that an increased risk of skin cancer, sinonasal cancer, gastrointestinal cancer, skin rashes, burns and other disorders could occur through dermal contact.  All of the plaintiffs symptoms or diseases including cancer in this second amended complaint are mentioned in the ATSDR Health Consultation. The plaintiffs diseases were caused by their exposure to crude oil from the Murphy Oil Spill.

Considering the allegations in the Plaintiffs' Original, First and Second Amended

Complaints, the plaintiffs respectfully request this court to grant the relief prayed for in the

Original, First, and Second Amended Complaint.


Respectfully Submitted:


    /s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr. (La. Bar No. 26773)
Scott W. Smith (La. Bar No. 27091)
**LYNN ERIC WILLIAMS, JR., A.P.L.C.**
Co-Counsel for Plaintiffs
826 Focis Street, Suite 100
Metairie, LA 70004
Phone: (504) 832-9898
Fax: (504) 832-9838
eric@toxictortlaw.net
scott-smith@cox.net

AND

**THE CARLILE LAW FIRM, L.L.P.**
D. Scott Carlile
Texas State Bar Number 24004576
Mark D. Strachan
Texas State Bar Number 19351500
Casey Q. Carlile
Texas State Bar Number 24025868
David C. Carlile
Texas State Bar Number 03804500
400 S. Alamo
Marshall, Texas 75670
Telephone Number:    (903) 938-1655
Facsimile Number:    (903) 938-0235
**Attorneys for Ms. Bouvier and Others**

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served upon all counsel of record, by hand, by telefax, or by depositing same in the United States Mail, properly addressed and postage prepaid, this 29th day of March, 2007.

 /s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr.