ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

June 4, 2007

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

Re:  Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
 USDC Docket No. 05-CV-4206

Dear Judge Fallon:

I enclose monthly invoices for services rendered in connection with my appointment as Special Master.

I also attach the invoice from Middleberg Riddle & Gianna in connection with the appointment of Dominic J. Gianna as counsel to the Special Master. I have reviewed and approve the invoices. Please put these invoices in line for payment.

Sincerely,

Robert J. Klees

Hon. Robert J. Klees, Special Master

Enclosures

ND: 4836-9464-8577, v. 1

ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

# INVOICE

June 4, 2007
Invoice No. 0001

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

FOR PROFESSIONAL SERVICES

Re:  Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
     USDC Docket No. 05-CV-4206

LEGAL SERVICES

| Date | Hours | Description |
|---|---|---|
| 04/23/07 | 1.2 | Lunch meeting with D. Gianna to discuss employment as counsel for Special Master. |
| 4/24/07 | 1.5 | Meeting with Sidney Torres at his office, along with Dominic Gianna. Lunch meeting with Dominic Gianna. |
| 04/24/07 | 1.0 | Met with D. Gianna for arrangement of office space; meeting with Judge Fallon; travel to and from court. |
| 04/25/07 | 2.6 | Meeting with D. Gianna and S. Torres. |
| 04/25/07 | 1.5 | Meeting with D. Gianna/PSC/Judge Fallon. |
| 04/28/07 | .5 | Telephone call with Sidney Torres. |
| 04/28/07 | .5 | Telephone call with S. D. Torres; telephone call with V. Exnicios. |

| | | |
|---|---|---|
| 04/29/07 | .3 | Telephone conference with Danny Becnel. |
| 04/30/07 | 2.0 | Preparation of Schedule and Case Management Order. |
| 05/01/07 | .3 | Telephone call with Bourgeois Bennett (Dennis McCartney). |
| 05/01/07 | .5 | Meeting with D. Gianna. |
| 05/01/07 | 1.7 | Meeting with S. Torres, R .Burns. V. Exnicios, G. Meunier and D. Gianna. |
| 05/02/07 | .2 | Review of materials submitted from parties; review proposed order; call to Judge Fallon; finalizing and signing of order. |
| 05/03/07 | 1.0 | Review of Case Management Order. |
| 05/10/07 | .9 | Travel to and from downtown office and meeting with Dominic Gianna and law clerk, Nathan Fry. |
| 05/14/07 | 4.3 | Meeting with parties pursuant to order in Judge Fallon's courtroom. |
| 05/14/07 | 1.0 | Preparation for Status Conference. |
| 05/15/07 | .5 | Review CMO suggestions. |
| 05/22/07 | 2.1 | Meeting with Dominic Gianna and representatives of Bourgeois, Bennett, CPA firm. |
| | 23.6 | **TOTAL HOURS** |

Total Fees: $6,490.00 (23.6 hours @$275.00/hour)

*Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
*USDC Docket No. 05-CV-4206*
June 4, 2007 - Invoice No. 0001
Page 3 of 3

**EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 05/01/07 | 10.00 | R. Klees - parking expense |
| 05/02/07 | 10.00 | R. Klees - parking expense |
| 05/10/07 | 10.00 | R. Klees - parking expense |
| 05/14/07 | 10.00 | R. Klees - parking expense |
| 05/18/07 | 10.00 | R. Klees - parking expense |
|  | $50.00 | TOTAL EXPENSES |

Total Expenses:        $50.00

| Total Fees: | $6,490.00 |
|---|---|
| Total Expenses: | $50.00 |

## Total amount due: $6,540.00

ND: 4836-9464-8577, v. 1

## CASH RECEIPT
### FROM
## DOWNTOWN PARKING SERVICE, INC.
327 S. RAMPART ST.
NEW ORLEANS, LA. 70112

5/1/2007 20____  TICKET NUMBER _____

AMOUNT FOR STORAGE  $ 10.—

MANY THANKS!                    CASHIER

---

## CASH RECEIPT
### FROM
## DOWNTOWN PARKING SERVICE, INC.
327 S. RAMPART ST.
NEW ORLEANS, LA. 70112

5/10/2007 20____  TICKET NUMBER _____

AMOUNT FOR STORAGE  $ 10.—

MANY THANKS!                    CASHIER

---

## CASH RECEIPT
### FROM
## DOWNTOWN PARKING SERVICE, INC.
327 S. RAMPART ST.
NEW ORLEANS, LA. 70112

5/2/2007 20____  TICKET NUMBER _____

AMOUNT FOR STORAGE  $ 10.—

MANY THANKS!                    CASHIER

---

## CASH RECEIPT
### FROM
## DOWNTOWN PARKING SERVICE, INC.
327 S. RAMPART ST.
NEW ORLEANS, LA. 70112

5/14/2007 20____  TICKET NUMBER _____

AMOUNT FOR STORAGE  $ 10.—

MANY THANKS!                    CASHIER

---

## CASH RECEIPT
## CENTRAL PARKING SYSTEMS
365 CANAL ST., SUITE 2330
NEW ORLEANS, LA 70130
TEL: 504-525-5476

Paid

Date: 5-18-07   Time: Cash

$ 10.04

Attendant: _____
Form - 19