ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

# INVOICE

August 6, 2007
Invoice No. 0003

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

**FOR PROFESSIONAL SERVICES**

*Re:  Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
*USDC Docket No. 05-CV-4206*

**LEGAL SERVICES**

| Date | Hours | Description |
| --- | --- | --- |
| 07/02/07 | 5.5 | Travel to and from downtown office; meeting with D. Gianna; prepare monthly report and expense report; transmittal letter to court |
| 07/11/07 | 6.0 | Reading Common Benefit Fund Affidavits and supporting documents |
| 07/12/07 | 4.0 | Reading Common Benefit Fund Affidavits |
| 07/16/07 | 6.0 | Continue reading Common Benefit Fund Affidavits |
| 07/17/07 | 6.0 | Continue review of Common Benefit Fund Affidavits |
| 07/18/07 | 5.5 | Travel to and from downtown office; meeting with D. Gianna re: Common Benefit Fund Affidavits. Also meet with JP Morgan Bank regarding interest rates. |
| 07/24/07 | 1.5 | Meeting with Executive Committee at D. Gianna's office regarding possible expediting of process |

*Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
USDC Docket No. 05-CV-4206
August 6, 2007 - Invoice No. 0003
Page 2 of 2

| 7/31/07 | 4.0 | Continue reading Common Benefit Fund Affidavits |
|---|---|---|
|  | 38.5 | TOTAL HOURS |

Total Fees: $10,587.50 (38.5 hours @$275.00/hour)

**EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 07/02/07 | 10.00 | R. Klees - parking expense |
| 07/18/07 | 10.00 | R. Klees - parking expense |
|  |  | TOTAL EXPENSES |

Total Expenses: $20.00

| Total Fees: | $10,587.50 |
|---|---|
| Total Expenses: | $20.00 |

## Total amount due: $10,607.50

ND: 4832-8184-6273, v. 1

## CASH RECEIPT
### FROM
## DOWNTOWN PARKING SERVICE, INC.
327 S. RAMPART ST.
NEW ORLEANS, LA. 70112

7/2/00   20____   TICKET NUMBER ____

**AMOUNT FOR STORAGE** $ 10.

**MANY THANKS!**   CASHIER

---

Ticket Expires:
07:20 PM Wed
2007 Jul 18

Ticket:  0000000912
Time:    10:20 AM Wed
Date:    2007 Jul 18
Price:   $10.00

Cash:    $10.00

RETAIN THIS RECEIPT