# Boston Chemical Data Corp.
2 Summer Street Suite 14
Natick, MA 01760
tel. (508) 651 1661   Fax. (847) 589 5831
www.labs.pro

## INVOICE

The Law Offices of
Daniel E. Becnel, Jr.
106 West Seventh Street - P.O. Drawer H
Reserve, LA   70084

May 12, 2007
**Murphy Oil matter**

Lambert & Nelson
701 Magazine Street
New Orleans, LA   70130
Office: (504) 581-1750

**Case ID = Post-Settlement - Murphy Oil Co./St. Bernard Parish, LA**
**In class cases**

Professional Services, Hourly: $ 2,180.

Ground water well abandonment
Outside data review
Preparation of maps and software updates

13.5 . hrs. @ 110./hr.                1430.

Data review and consultations

3.75 hours @ 200./hr.                 750.

Please make all checks payable to:  Boston Chemical Data Corp.

Devonian Group

148 Easy St.
Suite C
Lafayete, LA 70506

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2007 | 7010 |

| Bill To |
|---|
| Lambert & Nelson<br>701 Magazine Street<br>New Orleans, LA 70130 |

| Project | Terms |
|---|---|
| Murphy Case | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | ***Murphy Case, Chalmette, LA*** | | |
| 1 | P & A of 1" Monitor Wells | 5,375.00 | 5,375.00T |
| | Sales Tax | 0.00% | 0.00 |

*Phone # (504) 581-1750* (handwritten)

| | Total | $5,375.00 |
|---|---|---|

A1