

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44653 |

| BILL TO |
|---|
| Neblett, Beard & Arsenault |
| Richard J. Arsenault |
| 2220 Bonaventure Court |
| P.O. Box 1190 |
| Alexandria, Louisiana 71309-1190 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| R. Arsenault | Due on receipt | Murphy Oil-Turner |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the Murphy Oil - Turner litigation. | | |
| | | | TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker, SC: Sally Costello | | |
| CP | 0.5 | 1/2/2007 | Contact representatives for proof of performance needed for submission with implementation affidavit. | 175.00 | 87.50 |
| TH | 5.6 | 1/2/2007 | Prepare for hearing; get data for testimony; correspondence, re: proof of publication notice appearances; obtain and study response stats. | 425.00 | 2,380.00 |
| TH | 0.5 | 1/2/2007 | Gather and study materials for hearing preparations. | 425.00 | 212.50 |
| CP | 0.33333 | 1/3/2007 | Review tear sheets for size, quality, and positioning details; revise final report to reflect positioning; contact representative for remaining proofs of performance required. | 175.00 | 58.33 |
| TH | 9.2 | 1/3/2007 | Travel to New Orleans; study documents; meet with counsel; study materials and prepare outline for testimony. | 425.00 | 3,910.00 |
| TH | 10.3 | 1/4/2007 | Study and prepare for hearing; meet with counsel; attend hearing; travel to office. | 425.00 | 4,377.50 |
| MCI | | | Phone charges from 12/22/06-01/04/07. | 6.04 | 6.04 |
| Reim. Meal | | | T. Hilsee lunch while in Louisiana for the Murphy Oil hearing. | 9.18 | 9.18 |
| Reim. Meal | | | T. Hilsee breakfast in Philadelphia airport. | 9.49 | 9.49 |
| Reim. Meal | | | T. Hilsee dinner while in Louisiana for the Murphy Oil hearing. | 11.85 | 11.85 |
| Reim. Internet | | | T. Hilsee Internet/phone service at hotel. | 11.95 | 11.95 |

Fed. ID 23-2785427
Thank You

**Total**

Page 1



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44653 |

| BILL TO |
|---|
| Neblett, Beard & Arsenault |
| Richard J. Arsenault |
| 2220 Bonaventure Court |
| P.O. Box 1190 |
| Alexandria, Louisiana 71309-1190 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| R. Arsenault | Due on receipt | Murphy Oil-Turner |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| Reim. Shipping | | | 01/04/07-Vendor sent Hilsoft proof of performance. | 19.35 | 19.35 |
| Reim. Shipping | | | 01/04/07-Vendor sent Hilsoft proof of performance. | 23.45 | 23.45 |
| Reim. Shipping | | | 12/22/06 Sent R. Arnseault affidavit for Murphy Oil. | 32.54 | 32.54 |
| Reim. Park | | | T. Hilsee parking in Philadelphia while at the Murphy Oil hearing. | 34.00 | 34.00 |
| Reim. Auto | | | T. Hilsee cab to airport in Louisiana. | 35.00 | 35.00 |
| Reim. Auto | | | T. Hilsee cab to hotel in Louisisna. | 35.00 | 35.00 |
| MILES | | | T. Hilsee mileage to and from airport from Souderton. | 41.71 | 41.71 |
| Reim. Lodging | | | T. Hilsee lodging in Louisiana for Murphy Oil hearing. | 320.33 | 320.33 |
| Reimb. Air & ... | | | T. Hilsee airfare to and from Louisiana for Murphy Oil hearing. | 1,491.69 | 1,491.69 |

Fed. ID 23-2785427
Thank You

**Total**  $13,107.41