UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMMY BOUVIER  ET AL.                    *
                                         *     CIVIL ACTION NO. 06-557
                                         *     consolidated w/ C.A. 05-4206
                                         *
vs.                                      *     SECTION "L"
                                         *
MURPHY OIL USA, INC           .          *     MAGISTRATE "2"
                                         *
*     *     *     *     *     *     *     *

**Plaintiff's Third Amended Complaint**

Plaintiffs, Tammy Bouvier and others, who are not members of this class-action, amend their Original, First, and Second Amended Complaint as follows:

1.

The plaintiffs re-allege the contents of the Original, First, and Second Amended Complaint and all attachments as if fully rewritten here.

2.

Sub-section A of Section I of the Original and First Amended Complaint is amended as follows:

A.     Paragraph 106 of Sub-Section A of Section I is added as follows:

106.   Destinee Chouest      2525 Munster Blvd., Meraux, LA. 70075

3.

Section XVI of the Original and Second Amended Complaint are amended as follows:

A.    Paragraph 3 is amended by adding sub-section (f)- (aa) as follows:

3.    **Other Health Effects**

(a.) Thomas Madden, Jr was diagnosed with basal cell carcinoma of the skin on November 30, 2006 which is fifteen months after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

(b) Peggy B. Chouest was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. She gutted her house, cleaned and removed debris in attempt to move back in her property.

( c) Johnson V. Chouest was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

( d) James McConnell was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. He gutted his house, cleaned and removed debris in attempt to move back in his property.

(e) Nedy Chatelain was diagnosed with chemical pneumonia after returning to his property and was told by his doctor not to return to his home due to the crude oil. He was exposed to crude oil contamination when he returned to his home to gather belongings, clean and

remove debris from his property.

(f) Tammy Bouvier was diagnosed with eye irritations which have aggravated her glaucoma after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(g) Sidney Snow was diagnosed with skin cancer after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(h) Eric Eilers was diagnosed with skin cancer after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(i) Irene Luparello was diagnosed with respiratory problems after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(j) Joseph Luparello was diagnosed with severe kidney disease which now requires dialysis after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(k) John Chatelain was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(l) Brandon Giroir was diagnosed with respiratory problems after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed

trash, and gutted his house.

(m) Josephine Thompson was diagnosed with skin cancer after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(n) Audrey Schenck was diagnosed with skin lesions and respiratory problems after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(o) Robert Schulter was diagnosed with respiratory problems after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(p) Mitchell Wiggins was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(q) Geraldine Wiggins was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

( r) Carol Delacruz was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(s) Gayle Madden was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and

gutted her house.

(t) Hebert Ourso was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(u) Diane Ourso was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(v) Charles Smith was diagnosed with skin cancer after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(w) Craig Schouest was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(x) Kadel Schouest was diagnosed with skin rashes after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

(y) Destinee Chouest was born in August of 2006 with numerous birth defects including but not limited to skin rashes, and respiratory problems. Her mother Kadel Schouest was continuously exposed to crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house while she was pregnant.

(z) Jerry Hester was diagnosed with skin lesions after being continuously exposed to the crude oil from the Murphy Oil spill. He cleaned his house, cut grass, removed trash, and gutted his house.

(aa) Patricia Hester was diagnosed with skin eye irritations which have aggravated her glaucoma after being continuously exposed to the crude oil from the Murphy Oil spill. She cleaned her house, cut grass, removed trash, and gutted her house.

Considering the allegations in the Plaintiffs' Original, First, Second and Third Amended Complaints, the plaintiffs respectfully request this court to grant the relief prayed for in the Original, First, Second, and Third  Amended Complaint.


Respectfully Submitted:


    /s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr. (La. Bar No. 26773)
Scott W. Smith (La. Bar No. 27091)
**LYNN ERIC WILLIAMS, JR., A.P.L.C.**
Co-Counsel for Plaintiffs
826 Focis Street, Suite 100
Metairie, LA 70004
Phone: (504) 832-9898
Fax: (504) 832-9838
eric@toxictortlaw.net
scott-smith@cox.net

AND

6

**THE CARLILE LAW FIRM, L.L.P.**
D. Scott Carlile
Texas State Bar Number 24004576
Casey Q. Carlile
Texas State Bar Number 24025868
David C. Carlile
Texas State Bar Number 03804500
400 S. Alamo
Marshall, Texas 75670
Telephone Number:    (903) 938-1655
Facsimile Number:     (903) 938-0235
**Attorneys for Ms. Bouvier and Others**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served upon all counsel of record, via electronic filing, this 15th day of August, 2007.

  /s/ Lynn Eric Williams, Jr.
      Lynn Eric Williams, Jr.

7