UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK JOSEPH TURNER, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4206<br>CONSOLIDATED CASE |
| MURPHY OIL USA, INC. | * | SECTION "L" (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER & REASONS

Before the Court is Val P. Exnicios' Motion to Quash Discovery Propounded Untimely, Not Properly Served Pursuant to the FRCP and Propounded in Bad Faith (the "Motion") (Rec. Doc. No. 1979).

The Court awarded common benefit fees and expenses of $33,746,241.88 in this case. (Rec. Doc. No. 1072). The Court appointed Special Master Klees to determine the apportionment of the common benefit fund fees among the attorneys claiming eligibility for such funds and Special Master Klees issued a case management order which laid out the process by which such determinations would be made. (Rec. Doc. No. 1667)

Mr. Exnicios, by letter dated August 8, 2007, propounded discovery against only a few attorneys in connection with their common benefit fee applications. Specifically, Mr. Exnicios sent interrogatories and requests for production to Sidney Torres, Scott Bickford, Hugh Lambert, Gerry Meunier and Joe Bruno. Mr. Bruno, by email of August 9, 2007, propounded similar discovery on Mr. Exnicios.

The Court finds that the discovery material, if relevant, is relevant with respect to all attorneys seeking compensation from the common benefit fund, and Court orders that any discovery that has been propounded pursuant to the Case Management Order shall be deemed

propounded against all attorneys seeking funds from the common benefit fund. Additionally, any party that has propounded discovery is expected to answer the same interrogatories and produce the same documents, to the extent that such documents have not already been produced.

Accordingly, Val P. Exnicios' Motion to Quash Discovery Propounded Untimely, Not Properly Served Pursuant to the FRCP and Propounded in Bad Faith is DENIED.

IT IS FURTHER ORDERED that any and all discovery that has been propounded pursuant to Special Master Klees' case management order shall be deemed propounded on all attorneys seeking fees from the common benefit fund, including the party that has demanded such discovery. Any party that has propounded discovery shall have five (5) days to withdraw any such request, if they desire to do so.

New Orleans, Louisiana, this 24th of August, 2007.

UNITED STATES DISTRICT JUDGE