ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

# INVOICE

September 4, 2007
Invoice No. 0004

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

**FOR PROFESSIONAL SERVICES**

*Re:* Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
USDC Docket No. 05-CV-4206

**LEGAL SERVICES**

| Date | Hours | Description |
|---|---|---|
| 08/02/07 | 3.0 | Meeting with D. Gianna and preparation of Special Master report and time sheets |
| 08/13/07 | 6.0 | Read and review claims and discovery filed |
| 08/14/07 | 6.0 | Read and review discovery filed |
| 08/17/07 | 4.0 | Read and review discovery filed |
| 08/20/07 | 3.0 | Meeting with Judge Fallon |
| 08/28/07 | 1.0 | Meeting with D. Gianna/review discovery filed |
| 08/19/07 | 6.0 | Read and review email and discovery filed |
| | 29 | TOTAL HOURS |

Total Fees: $7,975 (29 hours @$275.00/hour)

*Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
*USDC Docket No. 05-CV-4206*
September 4, 2007 - Invoice No. 0004
Page 2 of 2

**EXPENSES**

| Date | Amount | Description |
|---|---|---|
|  |  |  |
|  |  | **TOTAL EXPENSES** |

Total Expenses:    $0.00

| Total Fees: | $7,975 |
|---|---|
| Total Expenses: | $0.00 |

## Total amount due: $7,975

ND: 4829-4362-2145, v. 1