**ROBERT J. KLEES**
**CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)**
**41409 RUE CHENE**
**PONCHATOULA, LA 70454**
**PHONE: 225-294-0698**
**EMAIL: rklees@charter.net**
**Tax Id No. 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**

# INVOICE

November 5, 2007
Invoice No. 0006

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

**FOR PROFESSIONAL SERVICES**

*Re:* *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
     *USDC Docket No. 05-CV-4206*

**LEGAL SERVICES**

| Date | Hours | Description |
|---|---|---|
| 10/1/07 | 1.00 | Prepare report to Judge Fallon. |
| 10/17/07 | 3.00 | Prepare for Motion to Compel hearing. Review of documents in preparation for hearing. |
| 10/18/07 | 2.00 | Travel to and from New Orleans for hearing on Motion to Compel. |
| 10/18/07 | 2.00 | Hearing on Motion to Compel. |
|  | 8.00 | **TOTAL HOURS** |

Total Fees: $2,200.00 (8.00 @$275.00/hour)

| Total Fees: | $2,200.00 |
|---|---|
| Total Expenses: | $.00 |

# Total amount due: $2,200.00

ND: 4853-1531-5458, v. 1