# Middleberg Riddle & Gianna

Attorneys and Counselors

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

November 1, 2007

Bill Number 63434
File Number 05305-0001

JUDGE ROBERT J. KLEES
41409 RUE CHENE
PONCHATOULA, LA 70454

**FOR PROFESSIONAL SERVICES**

Through October 31, 2007

Re: IN RE: MURPHY OIL SETTLEMENT FUNDS DISBURSEMENT

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/07 | CRB | Work on draft of court interrogatories. | 0.50 Hrs | 65/hr | $32.50 |
| 09/25/07 | CRB | Receive and review responses to discovery. | 2.30 Hrs | 65/hr | $149.50 |
| 09/25/07 | CRB | Create list of counsel who complied with court interrogatories. | 1.00 Hrs | 65/hr | $65.00 |
| 09/25/07 | CRB | Hand delivery to Judge Fallon. | 0.50 Hrs | 65/hr | $32.50 |
| 09/26/07 | CRB | Review discovery responses. | 1.00 Hrs | 65/hr | $65.00 |
| 10/01/07 | CRB | Assist Special Master with preparation of status report. | 0.50 Hrs | 65/hr | $32.50 |
| 10/01/07 | CRB | Hand delivery of status report to Judge Fallon. | 0.50 Hrs | 65/hr | $32.50 |
| 10/01/07 | CRB | Revise deposition schedule. | 0.50 Hrs | 65/hr | $32.50 |
| 10/01/07 | CRB | Put together bid package for court reporters. Contact several court reporters for invitation to bid on services for upcoming depositions. | 1.30 Hrs | 65/hr | $84.50 |
| 10/03/07 | CRB | Revise deposition schedule. | 1.00 Hrs | 65/hr | $65.00 |
| 10/05/07 | CRB | Telephone conference with Ralph Alexis regarding review of Common Benefit Fund affidavits. | 0.20 Hrs | 65/hr | $13.00 |
| 10/08/07 | CRB | Review of discovery responses made by CBF applicants. | 1.30 Hrs | 65/hr | $84.50 |
| 10/09/07 | CRB | Review of CBF applicants discovery responses. | 1.30 Hrs | 65/hr | $84.50 |
| 10/09/07 | CRB | Begin review of applicant's time sheets for possible duplicate work reported. | 1.20 Hrs | 65/hr | $78.00 |
| 10/10/07 | DJG | Review affidavits in preparation for depositions. | 1.00 Hrs | 250/hr | $250.00 |

**If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200**

NET DUE 30 DAYS
Page 1

# Middleberg Riddle & Gianna

**Attorneys and Counselors**

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

JUDGE ROBERT J. KLEES

Re: IN RE: MURPHY OIL SETTLEMENT FUNDS DISBURSEMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/07 | DJG | Meeting with Judge Fallon re: deposition schedule. | 1.00 Hrs | 250/hr | $250.00 |
| 10/10/07 | DJG | Telephone conference with court reporter. | 0.30 Hrs | 250/hr | $75.00 |
| 10/10/07 | DJG | Review affidavits in preparation for deposition. | 0.80 Hrs | 250/hr | $200.00 |
| 10/11/07 | CRB | Review of Common Benefit Fund Applicant discovery responses. | 2.00 Hrs | 65/hr | $130.00 |
| 10/11/07 | CRB | Draft and send correspondence to all counsel regarding assignment of court reporter. | 0.50 Hrs | 65/hr | $32.50 |
| 10/12/07 | CRB | Prepare notebook of all CBF applicants in preparation for depositions. | 6.00 Hrs | 65/hr | $390.00 |
| 10/13/07 | CRB | Prepare for depositions of CBF applicants. | 3.60 Hrs | 65/hr | $234.00 |
| 10/13/07 | DJG | Preparation for depositions. | 3.00 Hrs | 250/hr | $750.00 |
| 10/14/07 | DJG | Preparation for depositions. | 3.00 Hrs | 250/hr | $750.00 |
| 10/15/07 | CRB | Revise deposition schedule. Revise chart of CBF applicants. Draft and send correspondence to all counsel regarding updated schedule and chart. | 3.30 Hrs | 65/hr | $214.50 |
| 10/15/07 | CRB | Review of discovery responses. | 1.80 Hrs | 65/hr | $117.00 |
| 10/15/07 | DJG | Preparation for depositions. | 3.00 Hrs | 250/hr | $750.00 |
| 10/16/07 | CRB | Review timesheets of Scott Bickford. | 2.00 Hrs | 65/hr | $130.00 |
| 10/16/07 | CRB | Review timesheets of Darleen Jacobs. | 1.30 Hrs | 65/hr | $84.50 |
| 10/17/07 | DJG | Preparation for deposition. | 3.00 Hrs | 250/hr | $750.00 |
| 10/18/07 | CRB | Review of timesheets for Jonathan and Jay Andry. | 2.00 Hrs | 65/hr | $130.00 |
| 10/18/07 | CRB | Review of discovery responses of D. Jacobs. | 1.30 Hrs | 65/hr | $84.50 |
| 10/18/07 | CRB | Multiple telephone conferences with Beevers and Bandaries regarding cancellation of depositions. | 0.50 Hrs | 65/hr | $32.50 |
| 10/19/07 | CRB | Prepare for depositions of common benefit fund applicants. | 2.00 Hrs | 65/hr | $130.00 |
| 10/19/07 | CRB | Transport documents to courtroom for use during depositions. | 2.00 Hrs | 65/hr | $130.00 |
| 10/19/07 | CRB | Finalize court reporter arrangements. | 0.50 Hrs | 65/hr | $32.50 |
| 10/19/07 | DJG | Preparation for depositions. | 3.00 Hrs | 250/hr | $750.00 |
| 10/19/07 | DJG | Telephone conference with Special Master re: depositions. | 0.50 Hrs | 250/hr | $125.00 |

**If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200**

# Middleberg Riddle & Gianna

**Attorneys and Counselors**

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

JUDGE ROBERT J. KLEES

Re: IN RE: MURPHY OIL SETTLEMENT FUNDS DISBURSEMENT

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/07 | DJG | Telephone conference with court re: depositions. | 0.20 Hrs | 250/hr | $50.00 |
| 10/22/07 | CRB | Attend and assist at depositions of Kerry Miller, Hugh Lambert and Jonathan Andry. | 6.00 Hrs | 65/hr | $390.00 |
| 10/22/07 | CRB | Review timesheets of D. Becnel. | 1.30 Hrs | 65/hr | $84.50 |
| 10/22/07 | DJG | Attendance at and taking depositions of CBF applicants. | 6.00 Hrs | 250/hr | $1,500.00 |
| 10/23/07 | CRB | Attend and assist at depositions of Dennis McCartney and Eric Simonson. | 3.30 Hrs | 65/hr | $214.50 |
| 10/23/07 | CRB | Prepare orders for Judge Klees signature. Send signed orders to all counsel. | 2.00 Hrs | 65/hr | $130.00 |
| 10/23/07 | CRB | Review timesheets of Mike Stag. | 1.30 Hrs | 65/hr | $84.50 |
| 10/23/07 | CRB | Telephone conference with Val Exnicios regarding possible cancellation of depositions. | 0.30 Hrs | 65/hr | $19.50 |
| 10/23/07 | DJG | Attendance and taking depositions of CBF applicants. | 3.00 Hrs | 250/hr | $750.00 |
| 10/24/07 | CRB | Review timesheets of M. Stag, B. Beychock, Keith Couture, Scott Galante, Val Exnicios & Sal Gutierriez. | 4.20 Hrs | 65/hr | $273.00 |
| 10/24/07 | CRB | Attend and assist at depositions of Sidney Torres, Joe Bruno, G. Meunier. and Jay Andry. | 3.00 Hrs | 65/hr | $195.00 |
| 10/24/07 | CRB | Review submissions to the court by Madro Bandaries and Wiley Beevers. | 1.30 Hrs | 65/hr | $84.50 |
| 10/24/07 | DJG | Attendance and participation at deposition of CBF applicants. | 6.00 Hrs | 250/hr | $1,500.00 |
| 10/24/07 | DJG | Telephone conference with court. | 0.20 Hrs | 250/hr | $50.00 |
| 10/24/07 | DJG | Telephone conference with counsel. | 0.20 Hrs | 250/hr | $50.00 |
| 10/25/07 | CRB | Attend and assist at depositions of Ben Beychock, Keith Couture, Scott Galante, Val Exnicios, and Sal Gutierrez. | 6.50 Hrs | 65/hr | $422.50 |
| 10/25/07 | CRB | Review of timesheets of Diane Zink. | 1.50 Hrs | 65/hr | $97.50 |
| 10/25/07 | DJG | Attendance and participation at depositions of CBF applicants. | 8.00 Hrs | 250/hr | $2,000.00 |
| 10/26/07 | CRB | Attend and assist at depositions of A. Irpino, M. Landry, L. Licciardi, Carroll Rogers, Mike Stag and Diane Zink. | 7.30 Hrs | 65/hr | $474.50 |
| 10/26/07 | CRB | Review timesheets of A. Irpino for improper time entries. | 1.00 Hrs | 65/hr | $65.00 |
| 10/26/07 | DJG | Attendance at morning depositions of CBF applicants. | 3.50 Hrs | 250/hr | $875.00 |

**If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200**

# Middleberg Riddle & Gianna

Attorneys and Counselors

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

JUDGE ROBERT J. KLEES

Re: IN RE: MURPHY OIL SETTLEMENT FUNDS DISBURSEMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/07 | DJG | Attendance at afternoon depositions of CBF applicants. | 6.00 Hrs | 250/hr | $1,500.00 |
| 10/26/07 | DJG | Conference with court. | 0.40 Hrs | 250/hr | $100.00 |
| 10/29/07 | CRB | Begin review of depositions taken of Common Benefit applicants. | 2.30 Hrs | 65/hr | $149.50 |
| 10/29/07 | CRB | Begin assembly of Common Benefit Fund applicant profiles. | 2.00 Hrs | 65/hr | $130.00 |
| 10/29/07 | CRB | Review of timesheets of Hugh Lambert. | 1.30 Hrs | 65/hr | $84.50 |
| 10/29/07 | CRB | Retrieve boxes of affidavits from the courthouse. | 1.30 Hrs | 65/hr | $84.50 |
| 10/30/07 | CRB | Review of depositions taken of common benefit applicants. | 1.30 Hrs | 65/hr | $84.50 |
| 10/30/07 | CRB | Review of timesheets submitted by Hugh Lambert. | 2.00 Hrs | 65/hr | $130.00 |
| 10/31/07 | CRB | Review of depositions taken of common benefit fund applicants. | 2.30 Hrs | 65/hr | $149.50 |

TOTAL LEGAL SERVICES     $19,096.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| CHRIS R. BARBIER | 93.40 Hrs | 65/hr | $6,071.00 |
| DOMINIC J. GIANNA | 52.10 Hrs | 250/hr | $13,025.00 |
| | 145.50 Hrs | | $19,096.00 |

**DISBURSEMENTS**

OTHER

| 10/04/07 | Pacer Service Center Quarterly Billing, US Courts, 7/1/07 thru 9/30/07. 47 copies @ $.08 each. | 3.76 | |
| | | | $3.76 |

POSTAGE

| 10/15/07 | Postage authorized by Dominic J. Gianna. | 9.86 | |
| | | | $9.86 |

If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200

# Middleberg Riddle & Gianna

Attorneys and Counselors

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

JUDGE ROBERT J. KLEES

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $13.62 |
| TOTAL THIS BILL | $19,109.62 |

If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200

**NET DUE 30 DAYS**
Page 5

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | MR0322 | Edie Koonce |
|---|---|---|
| BILLING DATE: | 10/04/2007 | Middleberg, Riddle, & Gianna |
| BILLING CYCLE: | 07/01/07 to 09/30/07 | 504-207-7314 |
| PAGE: | 4 | |

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|
| 09/13/2007 | 3422-0059 MEI  65 | 13 | | 13 |
| 09/13/2007 | 5305-0001 CRB  64 | 2 | | 47 |
| 09/17/2007 | 3422-0062 MFH  62 | 1 | | 13 |
| 09/17/2007 | 3422-0112 MFH | 1 | | 2 |
| 09/17/2007 | 5231-0003 WPW  66 | 4 | | 45 |
| 09/17/2007 | 5307-0002 LFT  62 | 2 | | 46 |
| 09/17/2007 | 5307-0004 MEI  65 | 166 | | 1069 |
| 09/18/2007 | 3422-0062 MFH  62 | 3 | | 19 |
| 09/19/2007 | 1372-0054 JMB  64 | 20 | | 39 |
| 09/20/2007 | 3422-0062 MFH  62 | 2 | | 2 |
| 09/20/2007 | 5231-0003 WPW  66 | 5 | | 9 |
| 09/21/2007 | 5307-0004 LFT | 7 | | 76 |
| 09/21/2007 | 5307-0004 MEI  62 | 22 | | 92 |
| 09/24/2007 | 1881-0166 DCD  67 | 7 | | 39 |
| 09/24/2007 | 4601-0002 JRW  63 | 2 | | 4 |
| 09/24/2007 | 4967-0010 JMH  67 | 6 | | 18 |
| 09/24/2007 | 5321-0001 DCD  67 | 24 | | 156 |
| 09/25/2007 | 1372-0059 JMB  64 | 6 | | 10 |
| 09/25/2007 | 5307-0001 RCP  62 | 2 | | 26 |
| 09/26/2007 | 6000-6126 BHG  62 | 12 | | 21 |
| 09/27/2007 | 1372-0059 JMB  64 | 7 | | 48 |
| 09/27/2007 | 4896-0005 CRB  64 | 10 | | 47 |
| 09/27/2007 | 5307-0004 MEI  62 | 18 | | 66 |
| **LOUISIANA EASTERN DISTRICT COURT PACER-NET SUBTOTAL** | | | | **3099** |
| | | | | |
| **LOUISIANA MIDDLE BANKRUPTCY COURT** | | | | |
| 07/11/2007 | 6000-6164 DDM | 4 | | 4 |
| **LOUISIANA MIDDLE BANKRUPTCY COURT PACER-NET SUBTOTAL** | | | | **4** |
| | | | | |
| **LOUISIANA MIDDLE DISTRICT COURT** | | | | |
| 07/02/2007 | 1881-0146 CRP  67 | 7 | | 57 |
| 07/05/2007 | 6000-6133 JMH | 2 | | 18 |
| 07/06/2007 | 1881-0146 CRP  67 | 2 | | 26 |
| 07/09/2007 | 1881-0146 MLL | 2 | | 8 |
| 07/16/2007 | 6000-6126 BHG  62 | 3 | | 4 |
| 07/25/2007 | 1881-0146 MLL  67 | 1 | | 14 |
| 07/26/2007 | 1881-0271 RAS  65 | 1 | | 1 |
| 07/26/2007 | 4994-0003 JMH | 1 | | 2 |
| 07/30/2007 | 1881-0146 MLL  67 | 1 | | 1 |
| 07/30/2007 | 5285-0002 JRW  63 | 4 | | 38 |
| 08/01/2007 | 5285-0003 RAS | 4 | | 41 |
| 08/02/2007 | 5184-0004 RAS  65 | 1 | | 1 |
| 08/07/2007 | 6000-6126 BHG  62 | 3 | | 3 |
| 08/08/2007 | 5285-0003 SAM  63 | 2 | | 2 |
| 08/10/2007 | 5285-0003 RAS  65 | 1 | | 1 |
| 08/10/2007 | 5285-0003 SAM  63 | 1 | | 1 |
| 08/10/2007 | 9999-0001 CRB  64 | 1 | | 1 |
| 08/16/2007 | 4967-0010 JMH  67 | 5 | | 56 |
| 08/16/2007 | 5285-0003 JRW | 11 | | 66 |
| 08/16/2007 | 5285-0003 RAS  65 63 | 5 | | 24 |
| 08/17/2007 | 1881-0146 JWL  67 | 1 | | 11 |
| 08/17/2007 | 4967-0010 JMH  67 | 13 | | 84 |
| 08/17/2007 | 5285-0003 JRW  63 | 2 | | 5 |
| 08/17/2007 | 5285-0003 RAS | 3 | | 8 |
| 08/17/2007 | 5825-0003 RAS  65 | 1 | | 8 |
| 08/18/2007 | 6000-6126 BHG  62 | 4 | | 9 |
| 08/20/2007 | 1881-0146 JWL | 3 | | 36 |
| 08/20/2007 | 1881-0146 MLL | 1 | | 3 |
| 08/20/2007 | 4967-0010 JMH  67 | 3 | | 11 |
| 08/21/2007 | 4967-0010 JMH | 5 | | 17 |
| 08/21/2007 | 5285-0003 JRW  63 | 2 | | 4 |
| 08/23/2007 | 1881-0146 JWL | 3 | | 18 |
| 08/23/2007 | 4967-0010 JMH  67 | 3 | | 5 |
| 08/24/2007 | 4967-0010 JMH | 2 | | 3 |
| 08/24/2007 | 5285-0003 SAM  63 | 1 | | 1 |
| 08/29/2007 | 4967-0010 JMH  67 | 1 | | 3 |
| 08/29/2007 | 5285-0003 JRW  63 | 2 | | 18 |
| 08/30/2007 | 5285-0003 RAS  65 | 1 | | 5 |
| 08/30/2007 | 5285-0003 SAM  63 | 17 | | 83 |
| 09/04/2007 | 4967-0010 JMH  67 | 4 | | 20 |
| 09/04/2007 | 5285-0003 RAS  65 | 5 | | 22 |
| 09/05/2007 | 5285-0003 JRW | 21 | | 200 |
| 09/06/2007 | 5285-0003 JRW | 7 | | 44 |
| 09/06/2007 | 5285-0003 SAM  63 | 5 | | 26 |
| 09/07/2007 | 5285-0003 SAM | 19 | | 73 |
| 09/10/2007 | 4967-0010 JMH  67 | 1 | | 7 |
| 09/10/2007 | 5285-0003 JRW | 19 | | 89 |
| 09/10/2007 | 5285-0003 SAM  63 | 8 | | 50 |
| 09/11/2007 | 5285-0003 JRW | 15 | | 218 |
| 09/11/2007 | 5285-0003 SAM  63 | 11 | | 65 |
| 09/12/2007 | 4967-0010 JMH  67 | 3 | | 20 |
| 09/12/2007 | 5285-0003 JRW | 2 | | 10 |
| 09/12/2007 | 5285-0003 SAM | 7 | | 108 |
| 09/13/2007 | 5285-0003 JRW  63 | 4 | | 29 |

```
CLIENT CODE: 5305-0001 CRB
  09/13/2007    LAEDC                          17:19:56                    30           2.40
                2:05-CV-04206-EEF-JCW START DATE: 1/28/2 DOCKET REPORT
  09/13/2007    LAEDC                          17:21:21                    17           1.36
                2:05-CV-04206-EEF-JCW DOCUMENT 234-0       IMAGE234-0
  PACER-NET SUBTOTAL FOR   5305-0001 CRB                                   47           3.76
                                                                      ===============
SUBTOTAL FOR CLIENT CODE: 5305-0001 CRB                                                 3.76
```

# MIDDLEBERG, RIDDLE & GIANNA

## EXPENSE ITEM

____ Copies (Number) ____

✓ Postage    $17 X .58
             $9.86

____ Other: _____

Description _____

_____

Client Name: Klees
Matter: Murphy
Client No. 5305    File No. 000
Date: 10/15/87    Time: ____
Attorney: DG