ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

# INVOICE

January 7, 2008
Invoice No. 0008

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

**FOR PROFESSIONAL SERVICES**

Re:  Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
     USDC Docket No. 05-CV-4206

**LEGAL SERVICES**

| Date | Hours | Description |
|---|---|---|
| 12/03/07 | 2.0 | Travel to and from Middleberg Riddle & Gianna office |
| 12/03/07 | 2.0 | Preparation of report to Judge Fallon |
| 12/13/07 | 2.5 | Review and analyze claims and depositions |
| 12/14/07 | 4.0 | Review and analyze claims and depositions |
| 12/15/07 | 4.0 | Review and analyze claims and depositions |
| 12/17/07 | 4.0 | Review and analyze claims and depositions |
| 12/18/07 | .5 | Meeting with Chris Barbier at Middleberg Riddle & Gianna |
|  | 19 | **TOTAL HOURS** |

Total Fees:  $5,225.00 (19 hours @$275.00/hour)

| | |
|---|---|
| Total Fees: | $5,225.00 |
| Total Expenses: | $.00 |

**<u>Total amount due: $5,225.00</u>**

ND: 4849-5848-6018, v. 1