ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

RECEIVED
FEB 7 2008
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

February 6, 2008

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

    Re:    Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
             USDC Docket No. 05-CV-4206

Dear Judge Fallon:

    I enclose my monthly invoice for services rendered in connection with my appointment as Special Master. I also attach the following:

- an invoice from Middleberg Riddle & Gianna in connection with the appointment of Dominic J. Gianna as counsel to the Special Master, and

- request for payment of 2 invoices from Zymax Forensics, copies attached.

I have reviewed these invoices and approve payment.

                            Sincerely,

                            Hon. Robert J. Klees, Special Master

RJK:dla
Encls.

ND: 4826-8517-7346, v. 1

ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4ᵀᴴ CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net

February 6, 2008

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

    Re:    *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*
            *USDC Docket No. 05-CV-4206*

Dear Judge Fallon:

    I submit this report on my activities as Special Master since my last report of January 7, 2008.

    Last month I reported that I had begun the process of analyzing the work done by each individual claimant with factors such as:

- Committee assignment
- Court appearances, pleadings and courses of action
- Expert involvement
- Critical mass/claims office work
- Common benefit work
- Time sheet review
- Total time submitted
- Deposition testimony
- Trial preparation

    I have completed this phase and am in the process of crafting a report recommending appropriate distribution of the fee fund for each claimant.

    I attach copies of itemized statements of fees and expenses to the Court as mandated by the Court's order of April 24, 2007.

Respectfully submitted,

Hon. Robert J. Klees, Special Master

RJK:dla
Encls.

ND: 4811-2489-6258, v. 1

ROBERT J. KLEES
CHIEF JUDGE COURT OF APPEAL, 4TH CIRCUIT (RET.)
41409 RUE CHENE
PONCHATOULA, LA 70454
PHONE: 225-294-0698
EMAIL: rklees@charter.net
Tax Id No. 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

# INVOICE

February 6, 2008
Invoice No. 0009

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
Section "L"
500 Poydras St., Room C456
New Orleans, LA 70130

**FOR PROFESSIONAL SERVICES**

Re:  Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.
     USDC Docket No. 05-CV-4206

**LEGAL SERVICES**

| Date | Hours | Description |
|---|---|---|
| 1/5/08 | 2.0 | Review and analyze claims and depositions |
| 1/7/08 | 3.0 | Preparation of report to Judge Fallon |
| 1/7/08 | 2.0 | Travel to and from Middleberg Riddle & Gianna office |
| 1/15/08 | 3.0 | Review and analyze claims and depositions |
| 1/16/08 | 3.0 | Review and analyze claims and depositions |
| 1/17/08 | 4.0 | Review and analyze claims and depositions |
| 1/18/08 | 3.0 | Review and analyze claims and depositions |
| 1/28/08 | 4.0 | Review and analyze claims and depositions |
| | 24.0 | **TOTAL HOURS** |

Total Fees: $6,600.00 (24 hours @$275.00/hour)

| Total Fees: | $6,600.00 |
|---|---|
| Total Expenses: | $40.00 Parking 1/7/08 |

## Total amount due: $6,640.00

ND: 4829-7071-7698, v. 1



A DPRA Company

Invoice To:  
    Becnel Law Offices  
    Daniel E. Becnel, Jr.  
    P.O. Drawer H  
    Reserve, LA 70084

Remit To:  
    ZymaX Forensics  
    A DPRA Company  
    200 Research Drive  
    Manhattan, KS 66503

Invoice Date: 05/31/2006  
Invoice Number: 2007-000002580  
Project #: 40069.BECNEL  
Project: Turner v. Murphy Oil

Project #:  
Proj. Manager: Linda Nelson  
Purchase Order#:  
Lab Number:

| Accounting Code | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| A. Jeffrey | Data evaluation and phone communications | 6 hrs | $200/hr | $1,200.00 |

|  |  | Total Invoice: | $1,200.00 |
|---|---|---|---|



**ZymaX FORENSICS**

A DPRA Company

| Invoice To: | | Remit To: | |
|---|---|---|---|
| | Becnel Law Offices | | ZymaX Forensics |
| | Daniel E. Becnel, Jr. | | A DPRA Company |
| | P.O. Drawer H | | 200 Research Drive |
| | Reserve, LA 70084 | | Manhattan, KS 66503 |

| | | | |
|---|---|---|---|
| Invoice Date: | 06/30/2006 | Project #: | |
| Invoice Number: | 2007-0000003003 | Proj. Manager: | Linda Nelson |
| Project #: | 40069.BECNEL | Purchase Order#: | |
| Project : | Turner v. Murphy Oil | Lab Number: | |

| Accounting Code | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| A. Jeffrey | Data interpretation and expert report preparation | 12 hrs | $200.00 | $2,400.00 |

| | | |
|---|---|---|
| | Total Invoice: | $2,400.00 |