# Middleberg Riddle & Gianna

**Attorneys and Counselors**

TAXPAYER I. D. NO 72-0894859

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

February 1, 2008

Bill Number 65337
File Number 05305-0001

JUDGE ROBERT J. KLEES
41409 RUE CHENE
PONCHATOULA, LA 70454

**FOR PROFESSIONAL SERVICES**

Through January 31, 2008

Re: IN RE: MURPHY OIL SETTLEMENT FUNDS DISBURSEMENT

**LEGAL SERVICES**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/08 | CRB | Work on review and summary of timesheets and depositions of common benefit fund applicants. | 1.20 Hrs | 65/hr | $78.00 |
| 01/03/08 | DJG | Review Special Master documents. | 1.30 Hrs | 250/hr | $325.00 |
| 01/07/08 | CRB | Meet with Judge Klees regarding ranking list. | 1.00 Hrs | 65/hr | $65.00 |
| 01/08/08 | CRB | Review of timesheets and common benefit fund applications. | 1.20 Hrs | 65/hr | $78.00 |
| 01/09/08 | CRB | Review of timesheets and depositions of common benefit fund applicants. | 1.00 Hrs | 65/hr | $65.00 |
| 01/10/08 | CRB | Work on review of timesheets and deposition testimony of common benefit applicants. | 2.00 Hrs | 65/hr | $130.00 |
| 01/15/08 | CRB | Work on review of timesheets and deposition testimony of common benefit applicants. | 1.30 Hrs | 65/hr | $84.50 |
| 01/16/08 | CRB | Work on timesheet review and deposition testimony review of common benefit fund applicants. | 1.20 Hrs | 65/hr | $78.00 |
| 01/17/08 | CRB | Complete review of all timesheets and depositions of common benefit applicants. | 3.00 Hrs | 65/hr | $195.00 |
| 01/28/08 | CRB | Telephone conference with Judge Klees. | 0.20 Hrs | 65/hr | $13.00 |
| 01/30/08 | CRB | Prepare for meeting with Judge Klees. | 1.00 Hrs | 65/hr | $65.00 |
| 01/31/08 | CRB | Prepare for meeting with Judge Klees. | 1.30 Hrs | 65/hr | $84.50 |

**If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200**

**NET DUE 30 DAYS**

Page 1

# Middleberg Riddle & Gianna

**Attorneys and Counselors**

**TAXPAYER I. D. NO 72-0894859**

Suite 2400
717 North Harwood
Dallas, Texas 75201
(214) 220-6500
(214) 220-2785 (Telecopier)

JUDGE ROBERT J. KLEES

|  | TOTAL LEGAL SERVICES | $1,261.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| CHRIS R. BARBIER | 14.40 Hrs | 65/hr | $936.00 |
| DOMINIC J. GIANNA | 1.30 Hrs | 250/hr | $325.00 |
| | 15.70 Hrs | | $1,261.00 |

| | TOTAL THIS BILL | $1,261.00 |

If you have any questions regarding this invoice, please call Edie Koonce or Trey Tramell at 504-525-7200

**NET DUE 30 DAYS**