## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TAMMY BOUVIERET AL.** | * | |
| | * | **CIVIL ACTION NO. 06-557** |
| | * | **consolidated w/ C.A. 05-4206** |
| **vs.** | * | |
| | * | **SECTION AL@** |
| | * | |
| **MURPHY OIL USA, INC** | * | **MAGISTRATE A2"** |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### Plaintiffs' Fourth Amended Complaint

Plaintiffs Tammy Bouvier et al., who are not members of this class-action, amend their Third Amended Complaint as follows:

1.

Plaintiffs incorporate herein their Third Amended Complaint and all documents attached or incorporated in the Third Amended Complaint as if fully rewritten here except as shown below in Section 2.

2.

Paragraphs 1 through 106 of Subsection A of Section I of the Third Amended Complaint are amended as follows:

A.    The Plaintiffs

Plaintiffs are the following individuals who were citizens of Louisiana when they became parties of this case, and they have property damage at the indicated addresses as a result of the oil spill in St. Bernard Parish in September 2005:

1. Lena Appel - 2316 Munster Blvd., Meraux, LA 70075 and 1912 Rodriguez Lane, Meraux, LA 70075;

PLAINTIFFS' FOURTH AMENDED COMPLAINT                                                         PAGE 1

2.  Lloyd Appel - 2316 Munster Blvd., Meraux, LA 70075;

3.  Henry Ballard - 3013 Lakewood and 3206 Daniel Dr., Violet, LA 70092;

4.  Zina Ballard - 3013 Lakewood, Violet, LA 70092;

5.  Charlene Bolin - 104 Jaguar St., Arabi, LA 70032;

6.  John J. Cangelosi - 324½ Friscoville Ave., Arabi, Louisiana 70032;

7.  Linda Carballo - 8509 Fairfax Dr., Chalmette, LA 70043;

8.  Michael Carballo, Jr. - 8509 Fairfax Dr., Chalmette, LA 70043;

9.  Michael Carballo, Sr. - 8509 Fairfax Dr., Chalmette, LA 70043;

10. Anthony Carbone, Sr. - 2501 Mary Ann Drive, Lot 50C, Meraux, Louisiana, 70075 and on behalf of the estate of Anthony Carbone, Jr., deceased, who was residing at 2501 Mary Ann Drive, Lot 50C, Meraux, Louisiana, 70075;

11. Heidi Stroebel Chappuis - 3012 A, Jean Lafitte Parkway, Chalmette, Louisiana 70043;

12. Claire Chopfield - 2901 Acorn Drive, Violet, Louisiana 70092;

13. Peggy B. Chouest - 2520 Munster Blvd., Meraux, LA 70075;

14. Johnson V. Chouest - 2520 Munster Blvd, Meraux, LA 70075;

15. Dennis Dalman - 2529 Munster Blvd., Meraux, LA. 70075;

16. Bridget A. Derbyshire - 2305 Munster Blvd., Meraux, Louisiana 70075;

17. Carol L. Derbyshire - 2305 Munster Blvd., Meraux, Louisiana 70075;

18. Debra Ann Derbyshire - 2305 Munster Blvd., Meraux, Louisiana 70075;

19. Robert C. Derbyshire - 2305 Munster Blvd., Meraux, Louisiana 70075;

20. Bryan Dudoussat - 2512 Munster Blvd., Meraux, LA 70075;

21. Edwin A. Dudoussat - 2512 Munster Blvd., Meraux, LA 70075;

22. Jacqueline H. Dudoussat - 2512 Munster Blvd., Meraux, LA 70075;

23. Mae Ferguson - 104 Jaguar St., Arabi, LA 70032;

24. Barbara Gagliano - 2321 Munster Blvd., Meraux, LA 70075;

25. Manuel Gagliano - 2321 Munster Blvd., Meraux, LA 70075;

26. Hervin Gaspar - 3116 Angelique Dr., Violet, LA 70092;

27. Douglas Gregoire - 4432 Stella Dr., Meraux, LA 70075;

28. Jerry Hester - 2501 Munster Blvd., Meraux, LA 70075;

29. Patricia Hester - 2501 Munster Blvd., Meraux, LA 70075;

30. Betty Lou Hicks - 2516 Bartola Dr., Meraux, LA 70075;

31. Melissa Hicks - 2520 Munster Blvd., Meraux, LA 70075;

32. Kevin Jackson, 3204 Oak Drive, Violet, Louisiana, 70092 and 2901 Acorn Drive, Violet, Louisiana, 70092;

33. Tonya Jackson - 3204 Oak Drive, Violet, Louisiana, 70092 and 2901 Acorn Drive, Violet, Louisiana, 70092 and as the tutor of her minor children, Shawn Sherman Jackson and Shawna Sherman Jackson;

34. William Kramer - 104 Jaguar St., Arabi, LA 70032;

35. Janis Lamanette - 400 Ocelot Dr., Arabi, LA 70032;

36. Ronald Lamanette - 400 Ocelot Dr., Arabi, LA 70032;

37. Dominque (Ballard) Lee - 3013 Lakewood, Violet, LA 70092;

38. Tron (Ballard) Lee - 3013 Lakewood, Violet, LA 70092;

39. Gayle L. Madden - 2505 Munster Blvd. Chalmette, LA 70075;

40. Thomas A. Madden, Jr. - 2505 Munster Blvd., Chalmette, LA 70075;

41. James McConnell - 313 Southern Pl., Apt. B, Chalmette, LA 70047;

42. Daniel McDaniel - 2037 Margaret Lake, Meraux, LA 70075;

43. Barbara McKenna - 2108 Munster Blvd., Meraux, LA 70075;

44. William McKenna - 2820 Mayflower Dr., Meraux, LA 70075;

45. Barbara Menzato - 2112 Gallant Dr., Chalmette, LA 70043;

46. Stacy Moreno - 28 Gibbs Dr., Chalmette, LA 70043;

47. David Nosacka - 8505 Fairfax Dr., Chalmette, LA 70043;

48. Matthew Nosacka - 8505 Fairfax Dr., Chalmette, LA 70043;

49. Robert Nosacka - 8505 Fairfax Dr., Chalmette, LA 70043;

50. Diane Ourso - 2308 Munster Blvd., Meraux, Louisiana 70075;

51. Herbert Ourso - 2308 Munster Blvd., Meraux, Louisiana 70075;

52. Carmelo F. Pagano - 10 Jo Ann Court, Violet, Louisiana 70092;

53. Elodie J. Pagano - 10 Jo Ann Court, Violet, Louisiana 70092;

54. Chad J. Perez - 9009 Amour Drive, Chalmette, Louisiana 70043 and 9011 Amour Drive, Chalmette, Louisiana 70043;

55. Audrey O. Schenck - 3121 Debouchel Blvd., Meraux, LA 70075, 800 Judge Perez, Chalmette, LA 70043;

56. Brenda B. Schouest - 2525 Munster Blvd., Meraux, LA 70075;

57. Craig A. Schouest - 2525 Munster Blvd., Meraux, LA 70075;

58. Kadel Schouest - 2525 Munster Blvd.., Meraux, LA 70075;

59. Charles M. Smith - 2509 Munster Blvd.., Meraux, LA 70075;

60. Priscilla R. Smith - 2509 Munster Blvd.., Meraux, LA 70075;

61. Craig W. Stroebel - 3012 A, Jean Lafitte Parkway, Chalmette, Louisiana 70043;

62. Courtney J. Stroebel, Jr. - 3012 A Jean Lafitte Parkway, Chalmette, Louisiana 70043;

63. Courtney J. Stroebel, Sr. - 3012 A, B, C, D Jean Lafitte Parkway, Chalmette, Louisiana 70043, and 3014 A, B, C, D, E Jean Lafitte Parkway, Chalmette, Louisiana 70043.

3.

Considering the allegations in the Plaintiffs' Third Amended Complaint, Plaintiffs

PLAINTIFFS' FOURTH AMENDED COMPLAINT                                    PAGE 4

respectfully request this court to grant the relief prayed for in the Third Amended Complaint.

Respectfully Submitted:

/s/Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr.

Lynn Eric Williams, Jr. #26773
3021 35th St., Ste. B
Metairie, Louisiana 70001
Telephone: (504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

D. Scott Carlile Texas Bar #24004576
Casey Q. Carlile Texas Bar #24025868
The Carlile Law Firm, L.L.P.
400 South Alamo Blvd.
Marshall, Texas 75670
Telephone: (903) 938-1655
Facsimile: (903) 938-0235
**Co-Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing on _____, 2008.

/s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr.